# EXHIBIT 1

**Subject:** Notice of Service of Process - Transmittal Number:32364366

| [?] | **Notice of Service of Process - Summons/Complaint - Doc ID: 45928964** |
|---|---|

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Document Type** | Summons/Complaint |
| **Matter Name** | M.S. Aerospace Inc. vs. Space Exploration Technologies Corp. (17956444) |
| **Case Number** | 26STCV27316 |
| **Court** | Los Angeles County Superior Court, California |

**VIEW MY DOCUMENT**

| | | |
|---|---|---|
| **Entity** | Space Exploration Technologies Corp. | |
| **Entity I.D. Number** | 2112254 | **Sender Information:** Ingber Law Group 213-805-8373 |
| **Entity Served** | Space Exploration Technologies Corp. | |
| **Nature of Case** | Contract | **Primary Contact:** Gail Patton Space Exploration Technologies Corp. |
| **Jurisdiction Served** | California | |
| **Date Served on CSC** | 09/29/2025 | |
| **Answer or Appearance Due** | 30 Days | **Electronic copy provided to:** gail.patton@spacex.com Kimberley.Thoren@spacex.com |
| **Originally Served On** | CSC | |
| **How Served** | Personal Service | |

## What are your next steps?

- Click the link to view and acknowledge your document
- Contact your attorney to review

## Who is CSC?

Who is CSC?

CSC® is the world's leading provider of business, legal, tax and digital brand services to companies around the globe. From keeping your business in compliance and streamlining operations, to protecting and promoting your brand online, we use our expertise and personal approach to help your business run smoother.

## What is SOP?

Service of Process (SOP) generally refers to the notice provided to a party at the initiation of a lawsuit. More broadly, in the context of a registered agent, it applies to documents related to litigation, wage garnishments, bankruptcies, foreclosures, subpoenas and other legal matters where your organization may be a party in some capacity.

## Why are we contacting you?

As your registered agent, CSC is responsible for receiving service of process (lawsuits, subpoenas, wage garnishments, etc.) on your organization's behalf. This notification provides some of the basic descriptive details related to a document that CSC has received in this capacity. Click the link above to view the full image of this document, so you can assess the required or appropriate responsive action.

**All service must be acknowledged. If you are unable to view the above link, click here to view other options.**

**To review other documents in this matter, please link to CSC's Matter Management Services at www.cscglobal.com**

**Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.**

Copyright ©2021 Corporation Service Company.
All rights Reserved

Privacy    Legal    Browser Policy

251 Little Falls Drive
Wilmington, Delaware 19808-1674
(888)-690-2882
sop@cscglobal.com

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

| |
|---|
| **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)* |

**Electronically FILED by**
**Superior Court of California,**
**County of Los Angeles**
**9/17/2025 11:16 PM**
**David W. Slayton,**
**Executive Officer/Clerk of Court,**
**By S. Ruiz, Deputy Clerk**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

SPACE EXPLORATION TECHNOLOGIES CORP., a Texas corporation; and DOES 1 through 50,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

M.S. AEROSPACE INC., a Delaware corporation,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Stanley Mosk Courthouse<br><br>111 N. Hill Street, Los Angeles, California | **CASE NUMBER:**<br>*(Número del Caso):*<br>**25STCV27316** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jason M. Ingber and Serach B. Shafa, 3580 Wilshire Blvd., Suite 1260, Los Angeles, California 90010

| | | | | |
|---|---|---|---|---|
| DATE:<br>*(Fecha)* | 09/17/2025 | Clerk, by<br>*(Secretario)* | David W. Slayton, Executive Officer/Clerk of Court<br>S. Ruiz | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

| | **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|
| [SEAL] | 1. ☐ as an individual defendant.<br>2. ☐ as the person sued under the fictitious name of *(specify):*<br><br>3. ☒ on behalf of *(specify):* SPACE EXPLORATION TECHNOLOGIES CORP., A TEXAS CORPORATION<br>under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)<br>☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)<br>☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)<br>☐ other *(specify):*<br>4. ☐ by personal delivery on *(date):* |

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100  [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

☐ Print this form   ☐ Save this form   ☐ Clear this form

Jason M. Ingber (SBN 318323)
ji@jasoningber.com
Serach B. Shafa (SBN 358332)
ss@jasoningber.com
**Ingber Law Group**
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
Telephone: (213) 805-8373

Attorneys for Plaintiff
M.S. AEROSPACE INC.

Electronically FILED by
Superior Court of California,
County of Los Angeles
9/17/2025 11:16 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By S. Ruiz, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| M.S. AEROSPACE INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP., a Texas corporation; and DOES 1 through 50,<br><br>　　　　　　Defendants. | CASE NO:  25STCV27316<br><br>**VERIFIED COMPLAINT FOR:**<br><br>1) **BREACH OF CONTRACT**<br>2) **PROMISSORY ESTOPPEL**<br>3) **NEGLIGENT**<br>　　**MISREPRESENTATION**<br><br>**JURY TRIAL DEMANDED** |

- 1 -
**COMPLAINT**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## I. INTRODUCTION

1.      SpaceX systematically deceived and exploited MSA, a specialized aerospace supplier, causing over $5.4 million in damages. This $200 billion corporation manipulated MSA into manufacturing millions of dollars in custom, unsellable aerospace parts through false promises of a long-term partnership, then abruptly cancelled all orders after MSA had committed irreversible resources. SpaceX's scheme involved secretly sourcing identical parts from competitors while maintaining MSA's orders as backup inventory, disabling MSA's shipping capabilities without notice, and repeatedly lying about future business to extract maximum manufacturing output before abandoning the relationship entirely.

## II. PARTIES

2.      Plaintiff MS Aerospace Inc. ("MSA") is a Delaware corporation with its principal place of business at 13928 Balboa Boulevard, Sylmar, California 91342. MSA manufactures aerospace fasteners and components.

3.      Defendant Space Exploration Technologies Corp. ("SpaceX") is a Texas corporation with its principal place of business at 1 Rocket Road, Brownsville, Texas 78521

## III. JURISDICTION AND VENUE

4.      This Court has jurisdiction under California Constitution Article VI, Section 10, and California Code of Civil Procedure Section 410.10. The amount in controversy exceeds the jurisdictional minimum. This Court has personal jurisdiction over SpaceX pursuant to Code of Civil Procedure Section 410.10 because SpaceX has purposefully availed itself of the privilege of conducting activities in California and the claims arise directly from SpaceX's substantial business activities conducted in this state, including: (a) contracting with California suppliers for the manufacture and delivery of aerospace components; (b) maintaining business operations and a mailing address at 1 Rocket Road, Hawthorne, California; (c) directing the performance of contracts within California; and (d) the tortious conduct giving rise to this action occurred in California. The exercise of jurisdiction over SpaceX is reasonable and does not offend traditional notions of fair play and substantial justice.

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5.    Venue is proper in Los Angeles County as the county where the contractual obligations were to be performed, where the contracts were entered into, and where Plaintiff's principal place of business is located.

### IV. GENERAL FACTUAL ALLEGATIONS

6.    MSA manufactures custom aerospace fasteners, i.e. nuts, bolts, screws, rivets and washers to insert into rocket ship engines and aircraft engines.

7.    For years MSA has supplied SpaceX with custom fasteners for its rockets. These fasteners are made from some titanium and mostly nickel-based alloys.

8.    Nickel-based alloys that are ready for aerospace manufacturers to process are extremely difficult to machine and are produced by only a handful of companies in the world.

9.    MSA supports SpaceX's main production lines including: Falcon 9 Rocket, Starlink satellite vehicle, Dragon Capsule vehicle, Starship Rocket, and Raptor engines. SpaceX commonly sends news about their record number of launches year over year.

10.    The COVID-19 pandemic stopped aerospace demand overnight when airlines grounded fleets. The industry shipping disruptions from rapid restrictions imposed by governments on imports and demand void devastated global supply chains.

11.    So, shortly after the pandemic, when demand rapidly ramped back between 2022 and 2023, no private company (no matter the size in market cap) had sufficient aerospace grade titanium or nickel-based alloys feedstock to support the aerospace worldwide demand in Aerospace fasteners at a decent scale. When material finally did become available it took much longer than usual for any of the metals to be shipped.

12.    When material became available, SpaceX demanded the impossible: deliver years of backlog in weeks. MSA successfully delivered numerous parts.

13.    MSA's sales manager Mike Ross and MSA's sales representative Alex Verebes worked overtime alongside the factory and lab to meet SpaceX's demands.

14.    Beginning in late 2023 and through early 2024, SpaceX escalated demands for expedited delivery for SpaceX's Raptor program fasteners, pressuring MSA to compress normal

- 3 -
**COMPLAINT**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

manufacturing timelines at no additional cost. Initially, MSA accommodated these expedite requests without charge to demonstrate partnership and support SpaceX's production schedules.

15.     However, when the expedited demands increased in frequency and scope it began disrupting MSA's production capacity and commitments to other customers, MSA proposed reasonable expedite fees consistent with industry practice. SpaceX responded with hostility, claiming MSA was not being a "partner" and expressing offense at standard commercial practices.

16.     This dispute over expedite fees marked the beginning of SpaceX's retaliatory conduct against MSA, as discovery will reveal that SpaceX began sourcing identical parts from competing suppliers while maintaining MSA's orders as backup inventory, demonstrating that SpaceX's later cancellations were motivated by retaliation rather than performance issues.

17.     SpaceX's part numbers (e.g. the A3001-C series) are not generic. The A3001-C series requires unique tooling, machining programs, and certification runs. That means specifications cannot be changed; MSA had to wait for specific material, and hand-build to spec.

18.     MSA's manufacturing process for SpaceX parts involves: (a) procurement of specialized aerospace-grade materials with long lead times; (b) custom machining program development; (c) precision manufacturing with skilled technicians; (d) rigorous testing and certification protocols; (e) packaging and handling procedures; and (f) coordination with SpaceX's quality control and shipping systems. This process typically requires 52-60 weeks from order placement to delivery. The aerospace-grade bar stock ordered for SpaceX parts must match precise diameters within thousandths of an inch. For example, a part requiring 0.385" diameter needs bar stock at 0.395". Ordering material 0.100" larger would triple machining time and costs. This diameter-specific ordering, combined with specialized alloy requirements (Inconel 718, A-286), renders materials ordered for cancelled SpaceX parts unsaleable to other customers.[1]

---

[1] Aerospace fastener manufacturing is uniquely vulnerable to the deceptive conduct alleged herein because: (a) aerospace fasteners must be manufactured to customer-specific specifications using specialized tooling and cannot be sold to alternative customers if orders are cancelled; (b) aerospace-grade materials require ~52 week lead times from limited global suppliers, forcing manufacturers to commit substantial capital months before payment; (c) manufacturing requires significant upfront investments in tooling, certifications, and skilled labor that cannot be recovered if orders are cancelled; and (d) aerospace customers are rare and represent a large percentage of a supplier's revenue so this gives customers disproportionate leverage to exploit suppliers through promises of future business while suppliers incur irreversible manufacturing costs.

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

19. The contractual relationship between MSA and SpaceX was governed by the parties course of dealing over four years. For each transaction, MSA issued quotations and/or acknowledgments that expressly conditioned sale on condition SpaceX assent to MSA's Terms and Conditions of Sale, which provide that any order to perform work and MSA's performance constitute SpaceX's assent, and that MSA objects to and does not accept SpaceX's different terms. SpaceX responded with purchase orders, and consistently accepted, used, and paid for MSA's goods over multiple years without objecting to MSA's terms. Under Cal. Com. Code §§ 2204, 2207, and 1303, the contracts are governed by the MSA Terms; any conflicting SpaceX boilerplate is rejected or knocked out, and the parties' course of performance confirms the MSA Terms control, including Sections 4 (acceptance/title/risk) and 11 (termination/cancellation charges).

20. The parties' contractual relationship was implemented through Schedule Agreement AGG-474-81560-16, effective October 16, 2023 through October 12, 2026 (attached as Exhibit B), and multiple schedule agreements including AGG-385-63531-15. These agreements were implemented through specific purchase orders, including Purchase Order 2465630 for $2,082,125 (cancelled November 19, 2024; MSA notified December 13, 2024) (attached as Exhibit C), Purchase Order 2425869 for $282,750.00 (cancelled February 12, 2025) (attached as Exhibit D), Purchase Order 2425868 for $1,666,000.00 (cancelled February 12, 2025) (attached as Exhibit E). Purchase Order 2465631 for $675,000 (cancelled February 12, 2025) (attached as Exhibit F), Purchase Order 2532797 for $1,918,650 (cancelled February 12, 2025) (attached as Exhibit G), and Purchase Order 2694108 for $113,920 (cancelled February 12, 2025) (attached as Exhibit H). All contracts incorporated MSA's Terms and Conditions of Sale (attached as Exhibit A).

21. The Schedule Agreement AGG-474-81560-16 is a long-term supply contract issued by SpaceX to MSA. It designates MSA as an approved supplier of specified fasteners, sets Net 30 payment terms, and establishes a three-year contractual term (October 16, 2023 – October 12, 2026).

22. The Schedule Agreement sets forth rolling demand forecasts for thousands of fasteners, which SpaceX updated through linked purchase orders. These forecasts provided the planning backbone for MSA's raw-material procurement and capacity commitments.

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef3bd

23.    Each item under the Schedule Agreement is subject to a "frozen window"—typically twenty-eight (28) days—during which forecasted quantities are locked, and cancellations or reductions are not permitted. The frozen window allows MSA to commit scarce aerospace-grade alloys and machining time with confidence that its investment will be compensated. By cancelling orders inside the frozen window, SpaceX breached this express contractual safeguard.

24.    The Schedule Agreement was implemented together with, and incorporated, MSA's Terms and Conditions of Sale (Exhibit A). Under Cal. Com. Code §§ 2207 and 1303, SpaceX's repeated course of performance—accepting and paying for deliveries over several years—confirmed MSA's Terms as governing, including Sections 4.1–4.2 (acceptance/title/risk) and Sections 11.4 & 11.6 (termination and cancellation charges).

25.    Although the Schedule Agreement permitted limited adjustments for future forecast quantities, it did not authorize or contemplate wholesale termination without liability once orders entered the frozen window or once MSA incurred costs on long-lead alloys and work-in-progress. SpaceX's mass cancellations in November 2024 and February 2025 violated their own Schedule Agreement's structure as well as MSA's Terms and Conditions.

26.    The SpaceX supplier portal is under the exclusive and sole control and possession of SpaceX. Only SpaceX can unilaterally make changes to the portal. The portal serves as the exclusive mechanism for MSA to: (1) request source inspection required before shipment; (2) generate shipping authorizations; (3) track order status; and (4) submit required documentation. Without portal access, MSA cannot complete delivery even for finished products, effectively preventing performance while orders appear active.

27.    Upon information and belief, in or around April 2024, SpaceX began sourcing identical A3001-C series fasteners from competing suppliers while maintaining MSA's orders as backup supply. Discovery will reveal SpaceX's procurement records showing this parallel sourcing of custom parts designed specifically for SpaceX.

28.    While not planning new orders in April 2024, SpaceX continued to maintain its existing purchase orders with MSA, representing millions of dollars in committed business. MSA relied on these outstanding orders in staffing, inventory, and production capacity decisions.

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

29.    During this time MSA was working at breakneck pace to meet the production demands of SpaceX.

30.    Throughout late 2024, SpaceX demonstrated MSA's essential role in SpaceX's operations. SpaceX used 500 A3001-C-3-6 parts weekly, making MSA's production critical to SpaceX's operations. SpaceX's urgent demands for these specialized parts occurred while SpaceX was secretly planning to cancel MSA's orders, demonstrating the pretextual nature of any later performance-based justifications for cancellation.

31.    In May 2024, Tom Neal had assured MSA: "we have tons in the pipeline to execute on over the next few years" and stated "we're pointing this back in the right direction" (attached as Exhibit I). This representation induced MSA to maintain capacity and continue investing in SpaceX-specific production. The pattern of deceptive promises continued throughout 2024. On October 22, 2024, Tom Neal sent emails praising MSA's contributions to SpaceX's operations and proposing facility visits to strengthen the partnership relationship.

32.    MSA's Jerome Taieb responded the same day by observing the "dichotomy between the recognition of our efforts in Tom's email and the extensive grievances presented in Fawzi's email," noting MSA's "tremendous efforts to give SpaceX superior customer service (far beyond what we do for other customers) at no cost to SpaceX despite added costs on our end." Jerome explicitly stated MSA's concern about whether "SpaceX views MSA as a key partner going forward or just a supplier being phased out" and requested "clarity to all parties in terms of expectations and support going forward" (attached as Exhibit J).

33.    On October 28, 2024, Tom Neal responded with renewed assurances about "restarting the open order review" and establishing "a productive weekly cadence" while promising to "stabilize this supply chain for the next few years of ramped Falcon production" and proposing facility visits to "ensure we stay on a great path between both companies" (Exhibit J). Just 22 days later, on November 19, 2024, SpaceX internally cancelled $2 million in orders without notice to MSA. This dramatic reversal from partnership promises to secret cancellations demonstrates the pretextual nature of SpaceX's later performance-based justifications.

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

34. On October 30-31, 2024, quality issues arose with A3001-C parts requiring immediate rework. MSA's entire leadership team—including the production director, engineering director, and special operations manager—personally worked to resolve the problems to prevent any disruption to SpaceX's production lines.

35. By November 5, 2024, MSA had successfully resolved all quality issues. The email chain from that date (attached as Exhibit K) demonstrates SpaceX's recognition of MSA's exceptional efforts and critical value to SpaceX's operations. SpaceX's Tom Neal acknowledged MSA's efforts to avoid production line shutdown. Fawzi Elansari confirmed MSA's success, stating "That is great news Mike, appreciate you and the team pushing this through." Just fourteen days later, SpaceX secretly cancelled $2 million in orders.

36. On November 19, 2024, fourteen days after praising MSA's successful resolution of quality issues, SpaceX secretly cancelled Purchase Order 2465630 in the amount of $2,011,642. This order covered 97,256 units of A20XX-C-series fasteners with delivery dates ranging from November 2024 through June 2025 - meaning the parts were not overdue when cancelled. SpaceX made this cancellation internally in its system but did not inform MSA.

37. Throughout November and early December 2024, MSA continued manufacturing parts for SpaceX orders. In early December 2024, MSA attempted to request source authorization through SpaceX's portal to ship completed products for SpaceX orders. The system would not accept requests. MSA discovered its shipping portal access had been intentionally disabled without notice or explanation. MSA was only able to discover this disabling through repeated unsuccessful attempts to ship parts and had to inquire via email about why source inspection requests were being rejected. SpaceX's secret disabling of portal access constituted a breach of the implied covenant of good faith and fair dealing, as SpaceX prevented MSA from performing its contractual obligations to deliver completed products while maintaining the pretense of ongoing orders.

38. Nearly a month after the secret cancellation, and only after MSA inquired about portal access issues, SpaceX finally notified MSA on December 13, 2024 of the November 19 cancellation. (Attached as Exhibit L).

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

39.     However, SpaceX simultaneously made false assurances in this same email, stating: "Our goal is to continue working with you on the delivery and timeline of our other open orders with M. S. and progress on that front" and "We appreciate your understanding and look forward to the continuous relationship." (Exhibit L).

40.     On December 16, 2024, MSA immediately objected to the cancellation through Sales Manager Mike Ross, stating: "We are unable to accept this cancelation unconditionally... We have parts in shipping that you are requesting cancelation on." MSA specifically requested "a negotiated termination plan and assessment of charges" and noted that "unlike SpaceX, MSA is a smaller company that can't just absorb a 2-million-dollar cancelation."

41.     Based on SpaceX's December 13 assurances about continuing to work together, MSA manufactured products to SpaceX's specifications between December 13, 2024, and February 12, 2025, incurring additional costs for materials and labor.

42.     On February 12, 2025, SpaceX abruptly cancelled all remaining open orders worth approximately $3.4 million additional value beyond the November cancellation. This mass termination came without warning after nearly two months of false reassurances and gave no advance notice that all orders would be terminated.

43.     Under MSA's Terms and Conditions, SpaceX is required to notify MSA in writing within 10 days of delivery of any product shortages, damage, or defects, and products are deemed accepted by the buyer unless such notice is given. Throughout the parties' relationship, SpaceX consistently accepted delivery of MSA's products without objection, thereby accepting the products under the Terms and Conditions and waiving rights to claim non-conformance.

44.     The parties' course of dealing established MSA's Terms and Conditions as governing. SpaceX's acceptance of delivery and payment of hundreds of thousands of dollars for products over multiple years, combined with its knowledge of MSA's Terms and Conditions, constituted acceptance of those terms.

45.     SpaceX claimed cancellations were "pursuant to Section 8 of the SpaceX Standard Terms and Conditions" for "breaches of the applicable delivery schedules." Yet, eighty percent of

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

the cancelled parts had delivery dates after February 12, 2025; most of the parts cancelled were not past due when cancelled.

46.     SpaceX's February 12, 2025 mass termination revealed the true commercial motivation behind the cancellations. For terminations made "for convenience," SpaceX explicitly admitted: "These additional terminations are effective immediately and are being made due to a variety of factors, including large swings in demand and updates to our forecast" (Exhibit M). SpaceX simultaneously claimed other orders were terminated for "breaches of the applicable delivery schedules" and "Late Delivery Default." This scattershot approach demonstrates SpaceX's search for post-hoc legal cover rather than legitimate grounds for termination. The February 12 termination notice offered to "keep" certain line items if delivered within 4 weeks, but this conditional offer was illusory as SpaceX had already disabled the portal access necessary for MSA to complete delivery and inspection requirements.

47.     Throughout 2020-2024, consistent with the complex nature of custom aerospace manufacturing, some MSA deliveries occurred after initially scheduled dates due to the inherent challenges of working with specialized alloys, custom tooling requirements, and stringent quality standards that characterize this industry. Importantly, SpaceX consistently accepted all such deliveries, made full payments without penalty or complaint, and never cancelled orders based on delivery timing. This four-year pattern of acceptance constituted a clear waiver of any right to claim late delivery as grounds for cancellation, particularly where SpaceX's own demand changes and urgent expedite requests frequently necessitated schedule adjustments.

48.     In total MSA manufactured products and materials exceeding $5.4 million in losses of raw materials and opportunity costs alone.

49.     Upon information and belief, SpaceX's cancellation of MSA's orders was not driven by forecast changes, but rather by SpaceX's decision to transfer MSA's entire order book to competing suppliers, including at least two competitors known to MSA, one of which has established a new dedicated production cell exclusive for SpaceX work. SpaceX's failure to disclose this fundamental strategic change while continuing to maintain active purchase orders with MSA demonstrates SpaceX's intention or recklessness to exploit MSA's manufacturing capacity while

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

secretly transitioning to alternative suppliers. Had SpaceX disclosed its intention to transition suppliers and negotiated a reasonable wind-down plan to use work-in-progress and completed products, MSA could have avoided millions in sunk costs and redirected its capacity to other customers.

50.     SpaceX's conduct violates industry norms. When aerospace customers need order modifications, industry standard is to notify through scheduled visible delays in portal systems and collaborative discussions to adjust delivery schedules. SpaceX instead secretly disabled MSA's portal access to copious orders without notice while representing to continue working with MSA. No other major aerospace customer in MSA's experience has ever permanently disabled MSA's portal access, or cancelled order books, while professing continued partnership.

51.     As reflected in the Revision History of Purchase Order 2465630 (Exhibit O), SpaceX's procurement system records show that, on November 18, 2024, SpaceX changed the status (without any notice) of numerous order lines from 'Open' to 'Canceled' or 'Closed,' including lines 2465630/1, 2465630/11, 2465630/13, 2465630/14, 2465630/18, and 2465630/19. Despite these internal cancellations, on December 13, 2024, SpaceX represented to MSA that its 'goal [was] to continue working…on other open orders.' This deliberate withholding of true order status deprived MSA of material information uniquely in SpaceX's possession.

52.     Under Section 11.6 of MSA's Terms and Conditions, SpaceX's cancellation of orders beyond four weeks into the stated lead time subjects SpaceX to cancellation charges and requires payment for "finished goods, and for work-in-progress inventory, comprised of raw materials costs and outside processing costs plus a percentage of completion times the sales price." SpaceX's February 12, 2025 cancellation of all orders occurred well beyond four weeks into production lead times and triggered these contractual cancellation charges, which SpaceX has refused to pay.

53.     The revision history of Purchase Order 2465630 and related orders demonstrates that SpaceX internally altered and cancelled order lines in November and December 2024 while maintaining the outward appearance of active orders to MSA. These changes occurred well after MSA had entered the "frozen window" identified in Schedule Agreement AGG-474-81560-16, a period during which cancellations were contractually barred and cancellation charges applied.

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

SpaceX's unilateral revision of orders inside the frozen window violated the express terms of the parties' Schedule Agreement and MSA's Terms and Conditions.

54.     SpaceX's disabling of MSA's portal access in December 2024 constituted an independent breach of Section 4.2 of MSA's Terms and Conditions. Title and risk of loss for completed goods was to pass Ex Works at MSA's facility, yet by blocking the only mechanism for source inspection and shipment, SpaceX prevented tender of delivery and unlawfully shifted the burden of its own breach onto MSA.

55.     Had SpaceX disclosed on November 19, 2024, that it intended to cancel all orders, MSA would have ceased production and focused their resources elsewhere immediately. For example, MSA had completed A3001-C-series fasteners valued at over $285,520 ready for immediate shipment when SpaceX disabled portal access. These parts remain in MSA's facility, taking up valuable storage space and tying up working capital.

56.     The pretextual nature of SpaceX's performance-based justifications is further exposed by SpaceX's own engineering team's conduct. On May 6, 2025, three months after SpaceX's procurement team had cancelled MSA's entire order book, SpaceX's Raptor Supply Chain Engineering team (Danica Hooper, with Cameron Knapp, Ryan Shane, Michael Parzuchowski, and Andy Hunkeler copied) emailed MSA to request technical guidance on hot-heading MP159 for an upcoming Raptor engine iteration, including inquiries regarding (a) the appropriate form/condition of input material (e.g., solution-treated and cold-drawn bar per AMS 5842), (b) expected changes in mechanical properties, (c) head-diameter limits from approximately 3/4-inch bar stock, and (d) thread-rolling capability (attached as Exhibit N). This outreach demonstrates that SpaceX's engineering personnel continued to view MSA as the industry expert for complex aerospace fastener challenges and were unaware of any performance issues that would justify the procurement team's cancellations. MSA's sales manager, Mike Ross, responded professionally that SpaceX procurement had cancelled all orders but that MSA remained ready to support technical work if business resumed.

57.     Under Section 4.2 of MSA's Terms and Conditions, title to products and risk of loss pass to the buyer upon delivery Ex Works from MSA's facility. Many of the products manufactured by MSA for SpaceX orders were completed and ready for delivery, meaning title should have

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

transferred to SpaceX upon completion at MSA's facility, yet SpaceX prevented delivery by disabling portal access and then wrongfully cancelled the orders without payment. MSA's total damages from cancelled purchase orders are approximately $5,400,000: (a) Purchase Order 2465630 ($1,950,438 cancelled); (b) Purchase Order 2425869 ($281,480 cancelled); (c) Purchase Order 2425868 ($900,692 cancelled); (d) Purchase Order 2465631 ($673,898 cancelled); (e) Purchase Order 2532797 ($1,538,628 cancelled); and (f) Purchase Order 2694108 ($113,920 cancelled).

58.    At present, SpaceX continues to dangle settlement discussions and potential new orders while refusing to make any payments, leaving MSA with over $5.4 million in sunk costs for materials, labor, and unsellable custom-manufactured parts. SpaceX's conduct has forced MSA to bear the entire financial burden of SpaceX's strategic decision to transition suppliers while SpaceX received the benefit of MSA's manufacturing capacity during the transition period.

## FIRST CAUSE OF ACTION
### (Breach Of Contract)

59.    Plaintiff incorporates all other paragraphs of this complaint into this cause of action.

60.    MSA and SpaceX entered into binding contracts through multiple schedule agreements, including Schedule Agreement AGG-474-81560-16 (October 16, 2023 - October 12, 2026), and specific purchase orders including PO 2465630 ($2,082,125), PO 2425869 ($282,750), PO 2425868 ($1,666,000), PO 2465631 ($675,000), PO 2532797 ($1,918,650) and PO 2694108 ($113,920), totaling over $6.7 million in specific contracted revenue. These contracts incorporated MSA's Terms and Conditions, and SpaceX's repeated acceptance and payment for delivered goods demonstrates its acceptance of MSA's contractual terms.

61.    The contracts between MSA and SpaceX formed via consistent course of dealing spanning multiple years, with MSA's Terms and Conditions governing all transactions: (a) MSA's Terms conditioned all sales on SpaceX's assent to the Terms and Conditions and stated that any acceptance was limited to those terms; (b) SpaceX issued detailed purchase orders specifying part numbers, quantities, delivery dates, and pricing; (c) MSA responded with quotations incorporating its Terms and Conditions; (d) SpaceX's conduct in accepting delivery and making payment for hundreds of orders over multiple years demonstrated its acceptance of MSA's Terms and

- 13 -
**COMPLAINT**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Conditions; (e) the Terms provide that "Any order to perform work and Seller's performance of work will constitute Buyer's assent to these Terms and Conditions"; and (f) this course of dealing created binding contractual obligations enforceable under California law as specified in the Terms.

62.   MSA fully performed its contractual obligations by: (a) manufacturing aerospace fasteners to SpaceX's exact specifications; (b) conducting required testing and certification; (c) maintaining production capacity during supply chain disruptions; (d) prioritizing SpaceX's urgent delivery requests; (e) delivering or attempting to deliver completed products when permitted by SpaceX's portal system; and (f) continuing manufacturing through February 12, 2025, in reliance on SpaceX's December 13, 2024 representations, i.e. MSA had manufactured products according to specifications and was able and ready to deliver and did deliver numerous parts per the contracts.

63.   Under Section 4.2 of MSA's Terms and Conditions, title to products and risk of loss pass to the buyer upon delivery Ex Works from MSA's facility. Many of the products manufactured by MSA for SpaceX orders were completed and ready for delivery, meaning title should have transferred to SpaceX upon completion at MSA's facility, yet SpaceX prevented delivery by disabling portal access and then wrongfully cancelled the orders without payment. MSA's damages total approximately $5,400,000 from cancelled purchase orders: (a) Purchase Order 2465630 ($1,950,438 cancelled); (b) Purchase Order 2425869 ($281,480 cancelled); (c) Purchase Order 2425868 ($900,692 cancelled); (d) Purchase Order 2465631 ($673,898 cancelled); (e) Purchase Order 2532797 ($1,538,628 cancelled); and (f) Purchase Order 2694108 ($113,920 cancelled).

## SECOND CAUSE OF ACTION
### (Promissory Estoppel)

64.   Plaintiff incorporates all other paragraphs of this complaint into this cause of action.

65.   On October 22, 2024, SpaceX's Tom Neal made a clear and unambiguous promise that SpaceX would "stabilize this supply chain for the next few years." (Attached as Exhibit J) SpaceX followed up with an email which states "[SpaceX's] goal is to continue working with [M.S.] on the delivery and timeline of our other open orders with M. S. and progress on that front."

66.   SpaceX made these promises knowing MSA would rely on them in making production and procurement decisions for specialized aerospace materials with 52-60 week lead times.

- 14 -
**COMPLAINT**

67.    MSA reasonably and foreseeably relied on these promises by: Continuing production from before November 19, 2024; maintaining specialized workforce through February 2025; completing work-in-progress rather than scrapping incomplete parts; foregoing other business opportunities.

68.    MSA's reliance was reasonable given the three-year Schedule Agreement, the parties' multi-year relationship, and SpaceX's urgent demands for MSA's specialized products. Consider the timeline: November 1: SpaceX says the shop might stop without MSA's parts; November 5: SpaceX praises MSA for "pushing this through" and on November 19 SpaceX internally cancels orders (14 days later!) finally, on December 13 SpaceX lies about continuing relationship.

69.    MSA suffered injury through this reliance, incurring $5.4 million in damages that include materials and labor that cannot be recouped.

70.    Injustice can be avoided only by enforcing SpaceX's promises or awarding damages for MSA's detrimental reliance; it would otherwise be unjust as SpaceX knew it would not accept all products MSA was manufacturing and were doubling their orders with MSA competitors.

**THIRD CAUSE OF ACTION**
**(Negligent Misrepresentation)**

71.    Plaintiff incorporates all other paragraphs of this complaint into this cause of action.

72.    By November 19, 2024, SpaceX knew with or should have know that it intended to cancel every single order with MSA, as shown by: (a) its cessation of new orders in April 2024 while simultaneously sourcing identical parts from MSA's competitors; (b) its deliberate disabling of MSA's portal access, which SpaceX exclusively controlled, thereby preventing shipment of completed goods; (c) its internal planning for supplier transition while externally reassuring MSA of continued partnership; and (d) the timing of its November 19 cancellation, occurring only fourteen days after praising MSA's expedited resolution of quality issues.

73.    Despite this knowledge, SpaceX: (a) disclosed only one cancellation while hiding its plan to cancel all orders; (b) expressly represented that its "goal is to continue working" on other orders as late as December 13, 2024; and (c) maintaining the pretense of ongoing business while secretly disabling MSA's portal access, which constituted a breach of the implied covenant of good

- 15 -
**COMPLAINT**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef3bd

faith and fair dealing by preventing MSA from performing its contractual obligations to deliver completed products.

74.    SpaceX had a duty to disclose these facts because: (a) the parties were in a contractual relationship involving substantial reliance; (b) SpaceX possessed exclusive control over the shipping portal, a material fact not available to MSA; and (c) MSA's continued performance depended on the truth of SpaceX's representations.

75.    MSA reasonably relied on SpaceX's assurances, particularly the December 13 email stating that other orders would continue, by: (a) procuring additional aerospace-grade materials; (b) maintaining staff and capacity dedicated to SpaceX orders; (c) completing manufacturing of parts in progress; and (d) foregoing opportunities to pursue other customers.

76.    Had SpaceX disclosed its true intent to cancel all orders, MSA would have immediately ceased production and avoided millions of dollars in losses.

77.    These representations concerned existing material facts—the status and viability of MSA's outstanding purchase orders totaling over $5.4 million. SpaceX had no reasonable grounds for believing these representations were true when made. Any reasonable review of SpaceX's internal systems would have revealed that MSA's orders were marked "cancelled/closed" and that continuing the relationship was not SpaceX's actual goal.

78.    SpaceX either failed to conduct a basic review or misrepresented on December 13, 2024, about multimillion dollar orders that its "goal [was] to continue working with [MSA] on the delivery and timeline of our other open orders," SpaceX intended or negligently induce MSA to continue production of custom fasteners, despite already having internally cancelled orders and disabled MSA's shipping portal. SpaceX made these representations knowing or should have known they were false at the time they were made. By November 19, 2024, SpaceX's internal records show that it had already marked major purchase orders as cancelled and upon information and belief they reassigned demand to competing suppliers, rendering its reassurances to MSA false. The communications that were misleading were conducted by multiple SpaceX employees, including but not limited to procurement representatives Tom Neal and Fawzi Elansari, and other members of the Raptor Supply Chain Engineering team. These individuals acted recklessly to conceal the true status

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

of MSA's orders, while expressing contradictory affirmative written communications designed to prolong MSA's reliance.

79.    MSA's reliance was particularly reasonable given that just weeks earlier, SpaceX had praised MSA's emergency response to quality issues, with Fawzi Elansari stating MSA's work prevented SpaceX production line shutdown.

80.    As a direct and proximate result of SpaceX's negligent misrepresentations, MSA suffered damages of over $5.4 million in materials, labor, and opportunity costs incurred between December 13, 2024, and February 12, 2025, that would have been avoided had SpaceX accurately represented its intentions.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendant as follows:

1.    Compensatory damages of at least $5,458,056 or according to proof at trial, representing cancelled purchase orders, raw materials, work-in-progress, and completed products, together with consequential and incidental damages;

2.    Contractual interest at 1.5% per month from November 2024 until the underlying debt is satisfied;

3.    Punitive damages;

4.    Prejudgment interest;

5.    Costs of suit;

6.    Such other relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Dated:  September 17, 2025

Respectfully submitted,

INGBER LAW GROUP


*/s/ Jason M. Ingber*
Jason M. Ingber, Esq.
Attorney for Plaintiff

- 17 -
**COMPLAINT**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

1

2

M.S. AEROSPACE INC.

**VERIFICATION FOR M.S. AEROSPACE**

3

I, Jerome Taieb, declare:

4

5

1.      I am the President of M.S. AEROSPACE, INC., the Plaintiff in the above-entitled action. I am authorized to make this verification on behalf of Plaintiff.

6

7

8

2.      I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated upon information and belief, and as to those matters, I believe them to be true.

9

10

11

12

13

3.      The matters stated in the Complaint regarding the business relationship between M.S. AEROSPACE, INC. and SPACE EXPLORATION TECHNOLOGIES CORP., the purchase orders issued, the communications between the parties, the cancellation of orders, and the damages sustained are based upon my personal knowledge and review of business records kept in the ordinary course of business.

14

15

16

17

18

4.      I am personally familiar with the facts and exhibits set forth in the Complaint as I directly participated in communications with SpaceX representatives, oversaw the manufacturing operations affected by the cancelled orders, and reviewed the financial impact of SpaceX's actions on our business and personally received the email messages quoted in the Complaint and attached as exhibits either directly from SpaceX or from MSA's internal team.

19

20

21

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22

23

Dated:  September 17, 2025

24

Respectfully submitted,

25

M.S. AEROSPACE, INC.

26



27

Jerome Taieb
President, M.S. Aerospace, Inc.

28

- 18 -
**COMPLAINT**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef38d

# EXHIBIT A

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**M.S. Aerospace, Inc.**
**Terms and Conditions of Sale**

**NOTICE: Sale of any Products is expressly conditioned on Buyer's assent to these Terms and Conditions. Any acceptance of Seller's offer is expressly limited to acceptance of these Terms and Conditions and Seller expressly objects to any additional or different terms proposed by Buyer. No purchase order will modify these Terms and Conditions even if signed by Seller's representative. Any order to perform work and Seller's performance of work will constitute Buyer's assent to these Terms and Conditions. These Terms and Conditions prevail over any of Buyer's general terms and conditions of purchase, regardless whether or when Buyer has submitted its purchase order or such terms. Fulfillment of Buyer's order does not constitute Seller's acceptance of any of Buyer's terms and conditions and does not serve to modify or amend these Terms and Conditions.**

1.      **Definitions**

"Buyer" means the entity to which Seller is providing Products under the Contract.

"Contract" means either the contract agreement signed by both parties, or the purchase order signed by Buyer and accepted by Seller in writing, for the sale of Products or Services, together with these Terms and Conditions, Seller's final quotation, the agreed scope(s) of work, and Seller's order acknowledgement. Unless provided otherwise in a contract agreement, these Terms and Conditions of Sale will take precedence over other documents included in the Contract.

"Contract Price" means the agreed price stated in the Contract for the sale of Products and Services, including adjustments (if any) in accordance with the Contract.

"Insolvent/Bankrupt" means that a party is insolvent, makes an assignment for the benefit of its creditors, has a receiver or trustee appointed for it or any of its assets, or files or has filed against it a proceeding under any bankruptcy, insolvency dissolution or liquidation laws.

"Products" means the equipment, parts, materials, supplies, and other goods Seller has agreed to supply to Buyer under the Contract.

"Seller" means the entity providing Products or performing Services under the Contract.

"Services" means the services Seller has agreed to perform for Buyer under the Contract.

"Site" means the premises where Products are used, not including Seller's premises from which it performs Services.

"Terms and Conditions" means these "Terms and Conditions," together with any modifications or additional provisions specifically stated in Seller's final quotation or expressly agreed upon by Seller in writing.

2.      **Payment**

**2.1.** Buyer shall pay Seller for the Products and Services by paying all invoiced amounts in U.S. dollars, without set-off for any payment from Seller not due under this Contract, within 30 days from the invoice date. For each calendar month, or fraction thereof, that payment is late; Buyer shall pay a late payment charge computed at the rate of 1.5% per month on the overdue balance, or the maximum rate permitted by law, whichever is less.

**2.2.** Seller is not required to commence or continue its performance unless and until any payments due have been received. If at any time Seller reasonably determines that Buyer's financial condition or payment history does not justify continuation of Seller's performance, Seller will be entitled to require full or partial payment in advance or otherwise restructure payments, request forms of payment security, suspend its performance, or terminate the Contract.

3.      **Taxes and Duties**

Seller shall be responsible for all corporate taxes measured by net income due to performance of or payment for work under this Contract ("Seller Taxes"). Buyer shall be responsible for all taxes, duties, fees, or other charges of any nature (including, but not limited to, consumption, gross receipts, import, property, sales, stamp, turnover, use, or value-added taxes, and all items of withholding, deficiency, penalty, addition to tax, interest, or assessment related thereto, imposed by any governmental authority on Buyer or Seller) in relation to the Contract or the performance of or payment for work under the Contract other than Seller Taxes ("Buyer Taxes"). The Contract Price does not include the amount of any Buyer Taxes. If Buyer deducts or withholds Buyer Taxes, Buyer shall pay additional amounts so that Seller receives the full Contract Price without reduction for Buyer Taxes. Buyer shall provide to Seller, within one month of payment, official receipts from the applicable governmental authority for deducted or withheld taxes.

Rev. 05/26/23

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

4.      **Deliveries; Title Transfer; Risk of Loss; Storage**

**4.1. Products** are deemed accepted by Buyer unless Buyer notifies Seller in writing within 10 days of delivery of product shortages, damage or defect. No returns may be made for any reason without a Return Material Authorization issued by Seller. If Buyer refuses to accept tender or delivery of any products or returns any products without authorization from Seller, such products will be held by Seller awaiting Buyer's instruction for 20 days, after which Seller may deem the products abandoned and dispose of them as it sees fit, without crediting Buyer's account.

**4.2.** Title to products and risk of loss or damage shall pass to Buyer upon delivery EXW-Ex Works Seller's factory or warehouse. Seller shall not be responsible for damage to any of the products while the products are in transit. Any claim Buyer may have due to damage in transit shall be made of Buyer against the carrier. For export shipments, Seller shall deliver Products to Buyer Ex Works Seller's factory or warehouse (Incoterms 2010). Buyer shall pay all delivery costs and charges or pay Seller's standard shipping charges. Seller reserves the right to make and to invoice for partial deliveries of completed articles. Delivery times are approximate and are dependent upon prompt receipt by Seller of all information necessary to proceed with the work without interruption. If Products delivered do not correspond in quantity, type or price to those itemized in the shipping invoice or documentation, Buyer shall so notify Seller within ten days after receipt.

**4.3.** The Products purchased under this order may be subject to export licensing and other export related requirements and restrictions of the U.S. Export Administration Regulations, 15 CFR Parts 730-774 (EAR), and/or the U.S. International Traffic in Arms Regulations, 22 CFR Parts 120-130 (ITAR).

Buyer shall comply with these regulations and all other applicable U.S. export laws and regulations when exporting the commodities or related technical data from the United States, including furnishing or transferring the Products or related technical data to a foreign person located anywhere.

**4.4.** If any Products to be delivered under this Contract cannot be shipped to or received by Buyer when ready due to any cause attributable to Buyer or its other contractors, Seller may ship the Products to a storage facility, including storage at the place of manufacture, or to an agreed freight forwarder. If Seller places Products into storage, the following apply: (a) title and risk of loss immediately pass to Buyer, if they have not already passed, and delivery will be deemed to have occurred; (b) any amounts otherwise payable to Seller upon delivery or shipment will be due; (c) all expenses and charges incurred by Seller related to the storage will be payable by Buyer upon submission of Seller's invoices; and (d) when conditions permit and upon payment of all amounts due, Seller shall make Products available to Buyer for delivery.

5.      **Warranty**

**5.1.** Seller warrants that Products shall be delivered free from defects in material, workmanship, and title and that Services shall be performed in a competent, diligent manner in accordance with any mutually agreed specifications.

**5.2.** All warranty requests must receive prior approval from Seller before Buyer returns any product. The Seller's Return Material Authorization (RMA) number will authenticate the warranty request upon receipt at Seller's facility. The Seller will have sole right to accept or deny any warranty upon evaluation of returned item. Failure to have Seller's RMA number clearly marked on Buyer documentation will invalidate warranty consideration. The product warranty shall start on date of delivery to Buyer, except as noted below, and shall apply as follows:

- New Products*: One year
- Repaired Products*: One year

*Note: Any Products returned and determined by Seller to have a No Fault Found (NFF) finding will result in charges to Buyer for inspection, test, and recertification. Seller's obligation is limited to the repair and/or replacement of such products returned to the Seller, transportation charges prepaid, within time periods listed above to the Buyer when examination thereof shall disclose them to Seller's satisfaction, to have been defective. This Warranty does not apply to any of Seller's products which have been disassembled, repaired, or altered by anyone other than Seller or subjected to improper installation, misuse, or abuse as determined by Seller. Except for the warranty coverage referenced above, Seller will not have any liability or obligation to Buyer or any other person for any claim, loss, damage, or expense caused in whole or in part, directly or indirectly, by the inadequacy of any products for any purpose, by any deficiency or defect in any product, by the use or performance of any products or by any failure or delay in Seller's performance hereunder, or for any special, direct, indirect, incidental, consequential, exemplary, or punitive damages, however caused, including, without limitation, personal injury or loss, or business or profit, whether or not Buyer will have informed Seller of the possibility or likelihood of any such damages.

**5.3.** If Products or Services do not meet the above warranties, Buyer shall promptly notify Seller in writing prior to expiration of the warranty period. Seller shall, at its option (a) repair or replace defective Products; and / or (b) re-perform defective Services. If despite Seller's reasonable efforts, a nonconforming Product cannot be repaired or replaced, or non-conforming Services cannot be re-performed, Seller shall refund or credit monies paid by Buyer for such non-

Rev. 05/26/23

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

conforming Products and Services. Warranty repair, replacement, or re-performance by Seller will not extend or renew the applicable warranty period. Buyer shall obtain Seller's agreement on the specifications of any tests it plans to conduct to determine whether a non-conformance exists.

**5.4.** The warranties and remedies set forth herein are expressly conditioned upon (a) proper storage, installation, use, operation, and maintenance of Products; (b) Buyer's keeping complete, accurate records of operation and maintenance during the warranty period and providing Seller access to those records; and (c) modification or repair of Products or Services only as authorized by Seller in writing. Failure to meet any such condition renders the warranty null and void. Seller is not responsible for normal wear and tear.

**5.5.** This Article 5 provides the exclusive remedies for all claims based on a failure of or defect in Products or Services, regardless of when such failure or defect arises, and whether a claim, however described, is based on contract, warranty, indemnity, tort/extra-contractual liability (including negligence), strict liability, or otherwise. The warranties provided in this Article 5 are exclusive and are in lieu of all other warranties, conditions and guarantees, whether written, oral, implied or statutory. **NO IMPLIED OR STATUTORY WARRANTY, OR WARRANTY OR CONDITION OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLIES.**

**6.     Confidentiality**

**6.1.** Seller and Buyer (as to information disclosed, the "Disclosing Party") may each provide the other party (as to information received, the "Receiving Party") with Confidential Information in connection with this Contract. "Confidential Information" means (a) information that is designated in writing as "confidential" or "proprietary" by Disclosing Party at the time of written disclosure, and (b) information that is orally designated as "confidential" or "proprietary" by Disclosing Party at the time of oral or visual disclosure and is confirmed to be "confidential" or "proprietary" in writing within 20 days after the oral or visual disclosure. In addition, prices for Products and Services will be considered Seller's Confidential Information.

**6.2.** Receiving Party agrees: (a) to use the Confidential Information only in connection with the Contract and associated Products and Services; (b) to take reasonable measures to prevent disclosure of the Confidential Information to third parties; and (c) not to disclose the Confidential Information to a competitor or any party affiliated with a competitor of Disclosing Party. The reasonable measures that Receiving Party shall take to prevent disclosure of the Confidential Information include the same security measures and degree of care that Receiving Party applies to its own confidential information, which Receiving Party warrants as providing adequate protection from unauthorized disclosure, copying or use.

**6.3.** Notwithstanding the restrictions set forth in 6.2, (a) Seller may disclose certain Confidential Information to its representatives and affiliates in connection with performance of the Contract; (b) a Receiving Party may disclose Confidential Information to its auditors; (c) Buyer may disclose certain Confidential Information to lenders as necessary for Buyer to secure or retain financing needed to perform its obligations under the Contract; and (d) a Receiving Party may disclose Confidential Information to any other third party with the prior written permission of Disclosing Party, and in each case, only so long as the Receiving Party obtains a non-disclosure commitment from any such auditors, lenders or other permitted third party that prohibits disclosure of the Confidential Information and provided further that the Receiving Party remains responsible for any unauthorized use or disclosure of the Confidential Information. Receiving Party shall upon request return to Disclosing Party or destroy all copies of Confidential Information except to the extent that a specific provision of the Contract entitles Receiving Party to retain an item of Confidential Information. Seller may also retain one archive copy of Buyer's Confidential Information.

**6.4.** The obligations under this Article 6 will not apply to any portion of the Confidential Information that: (a) is or becomes generally available to the public other than as a result of disclosure by Receiving Party, its representatives or its affiliates; (b) is or becomes available to Receiving Party on a non-confidential basis from a source other than Disclosing Party when the source is not, to the best of Receiving Party's knowledge, subject to a confidentiality obligation to Disclosing Party; (c) is independently developed by Receiving Party, its representatives or affiliates, without reference to or use of the Confidential Information; or (d) is required to be disclosed by law or court order provided that the Receiving Party promptly notifies the Disclosing Party in advance of such disclosure and reasonably cooperates in attempts to maintain the confidentiality of the Confidential Information.

**6.5.** Each Disclosing Party warrants that it has the right to disclose the Confidential Information that it discloses. Neither Buyer nor Seller will be permitted to make any public announcement about the Contract without prior written approval of the other party. As to any individual item of Confidential Information, the restrictions under this Article 6 shall expire five years after the date of disclosure, except with respect to information designated as a trade secret of the Disclosing Party, in which case the obligation will not expire unless and until such Confidential Information becomes part of the public domain or subject to an exception as set forth in section 6.4, through no act or omission of the Receiving Party. Nothing in this section is intended or will be construed to supersede any separate confidentiality or nondisclosure agreement signed by the parties.

Rev. 05/26/23

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**6.6.** In the event Buyer and Seller have entered into a separate confidentiality agreement or mutual non-disclosure agreement, the provisions of this Section 6, Confidentiality, shall supersede that agreement as relates to this Contract.

**7.        Intellectual Property**

**7.1.** Seller shall defend and indemnify Buyer against any claim by a nonaffiliated third party (a "Claim") alleging that Products or Services furnished under this Contract infringe a patent in effect in the U.S., an EU member state or the country of the Site (provided there is a corresponding patent issued by the U.S. or an EU member state), or any copyright or trademark registered in the country of the Site, provided that Buyer (a) promptly notifies Seller in writing of the Claim; (b) makes no admission of liability and does not take any position adverse to Seller; (c) gives Seller sole authority to control defense and settlement of the Claim; and (d) provides Seller with full disclosure and reasonable assistance as required to defend the Claim.

**7.2.** Section 7.1 will not apply and Seller will have no obligation or liability with respect to any Claim based upon (a) Products or Services that have been modified, or revised, (b) the combination of any Products or Services with other products or services when such combination is a basis of the alleged infringement, (e) unauthorized use of Products or Services, or (f) Products or Services made or performed to Buyer's specifications.

**7.3.** Should a Product or Service, or any portion thereof, become the subject of a Claim, Seller may in its discretion and at its option (a) procure for Buyer the right to continue using the Product or Service, or applicable portion thereof; (b) modify or replace it in whole or in part to make it non-infringing; or (c) failing (a) or (b), take back infringing Products or Services and refund the price received by Seller attributable to the infringing Products or Services.

**7.4.** Article 7 states Seller's exclusive liability for intellectual-property infringement by Products or Services.

**7.5.** Each party will retain ownership of all Confidential Information and intellectual property it had prior to the Contract. Any new intellectual property conceived or created by Seller in the performance of this Contract, whether alone or with any contribution from Buyer, will be owned exclusively by Seller, and Buyer agrees to cooperate as necessary to achieve that result.

**8.        Indemnity**

Each of Buyer and Seller (as an "Indemnifying Party") shall indemnify the other party (as an "Indemnified Party") from and against claims brought by a third party because of personal injury or damage to the third party's tangible property, to the extent caused by gross negligent or willful misconduct of the Indemnifying Party in connection with this Contract. In the event the injury or damage is caused by joint or concurrent gross negligence of Buyer and Seller, the loss shall be borne by each party in proportion to its degree of negligence. For purposes of Seller's indemnity obligation, no part of the Products or Site is considered third party property.

**9.        Insurance**

During the term of the Contract, Seller shall maintain for its protection Commercial General Liability with a limit of $1,000,000.00. If required in the Contract, Seller shall provide a certificate of insurance reflecting such coverage.

**10.       Excusable Events**

Seller will not be liable or considered in breach of its obligations under this Contract to the extent that Seller's performance is delayed or prevented, directly or indirectly, by any cause beyond its reasonable control, including but not limited to fire, flood or earthquake, or by armed conflict, acts or threats of terrorism, epidemics, strikes or other labor disturbances, or acts or omissions of any governmental authority or of the Buyer or Buyer's contractors or suppliers. If an excusable event occurs, the schedule for Seller's performance will be extended by the amount of time lost by reason of the event plus such additional time as may be needed to overcome the effect of the event. If acts or omissions of the Buyer or its contractors cause the delay, Seller will also be entitled to an equitable price adjustment.

**11.       Termination and Suspension**

**11.1.** Buyer may terminate the Contract (or the portion affected) for cause if Seller (a) becomes Insolvent/Bankrupt; or (b) commits a material breach of the Contract that does not otherwise have a specified contractual remedy, provided that (i) Buyer first provides Seller with detailed written notice of the breach and of Buyer's intention to terminate the Contract; and (ii) Seller then fails, within 60 days after receipt of the notice, to commence and diligently pursue cure of the breach.

**11.2.** If Buyer terminates the Contract pursuant to Section 11.1, Buyer shall pay to Seller the full sales price for finished goods, and for work-in-progress inventory, comprised of raw materials costs and outside processing costs plus a percentage of completion times the sales price net of raw materials costs and outside processing costs, measured by the percentage of completed manufacturing operations compared to the total of manufacturing operations needed for manufacture of an entire product, or Buyer will receive the inventory upon Seller's presentation to Buyer of objective

Rev. 05/26/23

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

evidence related to cost of raw materials and cost of outside processing incurred, plus evidence regarding percentage of completion achieved.

**11.3.** Seller may suspend or terminate the Contract (or any affected portion thereof) immediately for cause if Buyer (a) becomes Insolvent/Bankrupt; or (b) materially breaches the Contract, including but not limited to failure or delay in making any payment when due, or fulfilling any payment conditions.

**11.4.** If the Contract (or any portion thereof) is terminated for any reason other than Seller's default under Section 11.1, Buyer shall pay to Seller the full sales price for finished goods, and for work-in-progress inventory, comprised of raw materials costs and outside processing costs plus a percentage of completion times the sales price net of raw materials costs and outside processing costs, measured by the percentage of completed manufacturing operations compared to the total of manufacturing operations needed for manufacture of an entire product, or Buyer will receive the inventory upon Seller's presentation to Buyer of objective evidence related to cost of raw materials and cost of outside processing incurred, plus evidence regarding percentage of completion achieved.

**11.5.** Either Buyer or Seller may terminate the Contract (or the portion affected) upon 20 days' notice if there is an excusable event (as described in Article 10) lasting longer than 120 days. In such case, Buyer shall pay to Seller amounts payable under Section 11.4.

**11.6.** If Buyer, at any point beyond 4 weeks into the stated lead time, cancels or pushes out a forecast for over a ninety (90) day period, it will be subject to deemed cancellation charges, due and payable in accordance with section 2, Payment. In such case, Buyer shall pay to Seller amounts payable under Section 11.4.

### 12.      Compliance with Laws, Codes, and Standards

**12.1.** Seller shall comply with laws applicable to the manufacture of Products and its performance of Services. Buyer shall comply with laws applicable to the application, operation, use and disposal of the Products and Services.

**12.2.** Seller's obligations are conditioned upon Buyer's compliance with all U.S. and other applicable trade control laws and regulations. Buyer shall not transship, re-export, divert or direct Products other than in and to the ultimate country of destination declared by Buyer and specified as the country of ultimate destination on Seller's invoice.

### 13.      Changes

**13.1.** Each party may at any time propose changes in the schedule or scope of Products or Services. Seller is not obligated to proceed with any change until both parties agree upon such change in writing. The written change documentation will describe the changes in scope and schedule, and the resulting changes in price and other provisions, as agreed.

**13.2.** The scope, Contract Price, schedule, and other provisions will be equitably adjusted to reflect additional costs or obligations incurred by Seller resulting from a change, after Seller's proposal date, in Buyer's Site-specific requirements or procedures, or in industry specifications, codes, standards, applicable laws or regulations. However, no adjustment will be made because of a general change in Seller's manufacturing or repair facilities resulting from a change in laws or regulations applicable to such facilities.

### 14.      Limitations of Liability

**14.1.** The total liability of Seller for all claims of any kind arising from or related to the formation, performance or breach of this Contract, or any Products or Services, will not exceed the (a) Contract Price; or (b) if Buyer places multiple order(s) under the Contract, the price of each particular order for all claims arising from or related to that order and US $5,000 for all claims not part of any particular order.

**14.2.** Seller will not be liable for loss of profit or revenues, loss of use of equipment or systems, interruption of business, cost of replacement power, cost of capital, downtime costs, increased operating costs, any special, consequential, incidental, indirect, or punitive damages, or claims of Buyer's customers for any of the foregoing types of damages.

**14.3.** All Seller liability will end upon expiration of the applicable warranty period, if Buyer may continue to enforce a claim for which it has given notice prior to that date by commencing an action or arbitration, as applicable under this Contract, before expiration of any statute of limitations or other legal time limitation but in no event later than one year after expiration of such warranty period.

**14.4.** Seller will not be liable for advice or assistance that is not required for the work scope under this Contract.

**14.5.** If Buyer is supplying Products or Services to a third party, or using Products or Services at a facility owned by a third party, Buyer shall either (a) indemnify and defend Seller from and against any and all claims by, and liability to, any such third party in excess of the limitations set forth in this Article 14; or (b) require that the third party agree, for the benefit of and enforceable by Seller, to be bound by all the limitations included in this Article 14.

Rev. 05/26/23

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**14.6.** For purposes of this Article 14, the term "Seller" means Seller, its affiliates, subcontractors, and suppliers of any tier, and their respective employees. The limitations in this Article 14 will apply regardless of whether a claim is based in contract, warranty, indemnity, tort/extra-contractual liability (including negligence), strict liability or otherwise, and will prevail over any conflicting terms, except to the extent that such terms further restrict Seller's liability.

**15.    Governing Law and Dispute Resolution**

**15.1.** This Contract will be governed by and construed in accordance with the laws of the State of California, without regard to its conflict of law rules (the "Governing Law").

**15.2.** All disputes arising in connection with this Contract, including any question regarding its existence or validity, shall be resolved in accordance with this Article 15. If a dispute is not resolved by negotiations, either party may, by giving written notice, refer the dispute to a meeting of appropriate higher management, to be held within 20 business days after the giving of notice. If the dispute is not resolved within 30 business days after the giving of notice, or such later date as may be mutually agreed, either party may commence arbitration or court proceedings, in federal court with jurisdiction, or state court located, in either case, in Los Angeles County, State of California.

**15.3.** Notwithstanding the foregoing, each party will have the right at any time, at its option and where legally available, to immediately commence an action or proceeding in a court of competent jurisdiction, subject to this Contract, to seek a restraining order, injunction, or similar order to enforce the confidentiality provisions set forth in Article 6 or to seek interim or conservatory measures. Monetary damages will be available only in accordance with Section 15.2.

**16.    Inspection and Factory Tests**

Seller shall apply its normal quality-control procedures in manufacturing Products. Seller shall attempt to accommodate requests by Buyer to witness Seller's factory tests of Products, subject to appropriate access restrictions, if such witnessing can be arranged without delaying the work.

**17.    Data Privacy**

"Personal Data" is any information relating to an identified or identifiable natural person (an identifiable natural person is one who can be identified, directly or indirectly, in particular by reference to an identifier such as a name, an identification number, location data, an online identifier or to one or more factors specific to the physical, physiological, genetic, mental, economic, cultural or social identity of that natural person), or as that term (or similar variants) may otherwise be defined in applicable data protection, privacy, breach notification, or data security laws or regulations ("Applicable Data Privacy Laws"). Buyer and Seller may, in the course of performance of this Contract, provide each other with certain Personal Data such as name and certain business contact details relating to individuals engaged by the other Party or its affiliates ("Staff") for the purposes of executing and performing the obligations under this Contract and managing the business relationship between the Parties ("Purposes"). Any processing of Personal Data will be done in accordance with the terms of this Contract and Applicable Data Privacy Laws. Buyer and Seller will take all reasonable steps to only provide Personal Data to the other where strictly necessary to provide the Products and/or Services under this Contract. Neither Buyer nor Seller will access Personal Data controlled by the other for the provision of Products and/or Services] under this Contract. Each Party will (a) implement all appropriate security measures to protect Personal Data provided by the other Party against accidental, unlawful, or unauthorized (i) destruction (ii) loss, (iii) alteration, (iv) disclosure, or (v) access (including remote access), (b) protect Personal Data provided by the other Party against all other forms of unlawful processing, including unnecessary collection, transfer, or processing, beyond what is strictly necessary for the Purposes, (c) prior to any transfer of Personal Data, impose all obligations on third parties as required by this Contract and Applicable Data Privacy Laws, and (d) securely delete such Personal Data once it is no longer required for the Purposes. Each Party shall be responsible for providing necessary information and notifications required by Applicable Data Privacy Laws to its respective Staff, including with respect to their rights and how to exercise them vis-à-vis the other Party.

**18.    General Clauses**

**18.1.** Seller may assign or novate its rights and obligations under the Contract, in whole or in part, to any of its affiliates or may assign any of its accounts receivable under this Contract to any party without Buyer's consent. Buyer agrees to execute any documents that may be necessary to complete Seller's assignment or novation. Seller may subcontract portions of the work, so long as Seller remains responsible for it. The delegation or assignment by Buyer of any or all its rights or obligations under the Contract without Seller's prior written consent (which consent shall not be unreasonably withheld) will be void.

**18.2.** Buyer shall notify Seller immediately upon any change in ownership of more than 50% of Buyer's voting rights or of any controlling interest in Buyer. If Buyer fails to do so or Seller objects to the change, Seller may (a) terminate the Contract, (b) require Buyer to provide adequate assurance of performance (including but not limited to payment), and/or (c) put in place special controls regarding Seller's Confidential Information.

Rev. 05/26/23

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**18.3.** If any Contract provision is found to be void or unenforceable, the remainder of the Contract will not be affected. The parties will endeavor to replace any such void or unenforceable provision with a new provision that achieves substantially the same practical and economic effect and is valid and enforceable.

**18.4.** The following Articles will survive termination or cancellation of the Contract: 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 15, 17, and 18.

**18.5.** The Contract represents the entire agreement between the parties. No oral or written representation or warranty not contained in this Contract will be binding on either party. Buyer's and Seller's rights, remedies and obligations arising from or related to Products and Services sold under this Contract are limited to the rights, remedies and obligations stated in this Contract. No modification, amendment, rescission, or waiver will be binding on either party unless agreed in writing.

**18.6.** Except as provided in Article 14 (Limitations of Liability), this Contract is only for the benefit of the parties, and no third party will have a right to enforce any provision of this Contract.

**18.7.** This Contract may be signed in multiple counterparts that together will constitute one agreement. Seller may amend all or any part of these Terms, Service Contract(s) and/or Services. Any such modifications and/or amendments to these Terms will not apply retroactively (unless agreed to separately by Buyer) and shall become effective seven (7) days after publication, however, changes made for legal or regulatory reasons will be effective immediately upon publication.

**19.    U.S. Government Contracts**

**19.1.** This Article 18 applies only if the Contract is for the direct or indirect sale to any agency of the U.S. government and/or is funded in whole or in part by any agency of the U.S. government.

**19.2.** Orders are subject to U.S. Government regulation and shall abide by the requirements of 41 CFR §§ 60-1.4(a), 60-300.5(a) and 60-741.5(a). These regulations prohibit discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities and prohibit discrimination against all individuals based on their race, color, religion, sex, or national origin. Moreover, these regulations require that covered prime contractors and subcontractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, national origin, protected veteran status or disability.

Rev. 05/26/23

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# EXHIBIT B

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

## Schedule Agreement Change Summary

**Reference ID:**      AGG-474-81560-16
**Current Revision:**    10
**Compared Revision:**   9

BILL TO

**Space Exploration Technologies**
1 Rocket Road
Hawthorne, CA 90250

ISSUED TO

**M. S. Aerospace Inc.**
13928 Balboa Blvd.
Sylmar, CA 91342

CONTACT

**Alex Dobrenen**
Supply Chain Planning Manager
Alex.Dobrenen@spacex.com

TERMS

**Payment Terms:**     Net 30
**Effective Start Date:**   Oct 16, 2023
**Effective End Date:**    Oct 12, 2026

AGREEMENT ITEMS CHANGE SUMMARY

| Item | Has Pricing Changes? | Has Due Date Changes? | Has Quantity Changes? | Has Ship To Changes? | Has Ship Via Changes? | Has Order Changes? |
|---|---|---|---|---|---|---|
| 22 | New Item | New Item | New Item | New Item | New Item | New Item |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**22** **ITEM** **SpaceX Part Number: A2006-C-4-7**

Total QTY: 1,053
Total Price: $24,166.35

**Part Revision: B**

**Part Description:**

**FASTENER, DOUBLE ENDED, 1/4 TO 1/4**

## Pricing Information

| Unit Price | Unit of Measure | Effective Date |
|------------|-----------------|----------------|
| $22.95 | EA | Nov 25, 2024 |

## Delivery Summary

( NO DELIVERY CHANGES )

For delivery details, review appendix 22.

| Total Qty | Frozen Window | First Delivery | Last Delivery | Due Date Changes? | Quantity Changes? | Ship To Changes? | Ship Via Changes? |
|-----------|---------------|----------------|---------------|-------------------|-------------------|------------------|-------------------|
| 1,053 | 28 days | 11/25/24 | 11/25/24 | New Item | New Item | New Item | New Item |

## Purchase Orders

( HAS ORDER CHANGES )

| Purchase Order | Deliveries | Total Quantity | Ship To Location |
|----------------|------------|----------------|------------------|
| 2465630 | 1 | 1,053 | 12520 Wilkie Ave Hawthorne, CA 90250 |

## Appendix 22: Item 22 Delivery Schedule

| Need Date | Status | Needed Qty | Received Qty | Ship To | Ship Via | PO/Line |
|-----------|--------|-----------|--------------|---------|----------|---------|
| 11/25/24 | Open | 1,053 | 0 | 12520 Wilkie Ave Hawthorne CA 90250 | FedEx Ground - Acct# 631605893 - U.S. Only | 2465630/21 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

## Schedule Agreement Change Summary

**Reference ID:**   AGG-474-81560-16
**Current Revision:**  11
**Compared Revision:**  10

BILL TO
**Space Exploration Technologies**
1 Rocket Road
Hawthorne, CA 90250

ISSUED TO
**M. S. Aerospace Inc.**
13928 Balboa Blvd.
Sylmar, CA 91342

CONTACT
**Atiya Rauf**
Sourcing Manager
Atiya.Rauf@spacex.com

TERMS
**Payment Terms:**  Net 30
**Effective Start Date:** Oct 16, 2023
**Effective End Date:**  Oct 12, 2026

AGREEMENT ITEMS CHANGE SUMMARY

| Item | Has Pricing Changes? | Has Due Date Changes? | Has Quantity Changes? | Has Ship To Changes? | Has Ship Via Changes? | Has Order Changes? |
|---|---|---|---|---|---|---|
| | | | | | | |

# EXHIBIT C

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
AGG-474-81560-16
**PURCHASE ORDER**

**APPROVED**

PO Number: **2465630**

Revision Number: 1

**Bill To:**

Submit invoices using supplierportal.spacex.com
(more details below)

Space Exploration Technologies Corp.
1 Rocket Road
Hawthorne, CA 90250, USA

Order Date: 10/19/2023

MSA PROD CONTROL REVIEW: *Selina Esquivel*    DATE: 2/5/24

**Issued To:**

M. S. Aerospace Inc.
13928 Balboa Blvd.
Sylmar, CA 91342    US

2/2/24, mod to update REVS on all lines, AV

Phone:    Fax:
Contact:
Email:

MSA CONTRACT REVIEW LEVEL I: *C. Walker*    DATE: 2/5/24

Subject to MSA Terms and conditions of Sale, at
https://msaerospace.com/terms-conditions-sale/

**Ship To:**

Include SpaceX PO # on all shipping documents
Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA 90250
UNITED STATES

**Buyer Information:**

Buyer: Alex Dobrenen
Email: Alex.Dobrenen@spacex.com
Phone: +1 (310) 682-2372

## This Purchase Order is part of Schedule Agreement: AGG-474-81560-16

For more details please visit https://www.supplierportal.spacex.com/ and click on the "Agreements" link

| Terms | Supplier Code | Incoterms | Shipping Method | Status |
|---|---|---|---|---|
| Net 30 Days | MSAERO | Free Carrier | FedEx Ground - Acct# 631605893 - U.S. Only | Released |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500.0000 | EA | A2001-C-4-19 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 20.0000 | N | 10,000.00 |

MSA CONTRACT REVIEW LEVEL II:    DATE: 2/6/24

Total Line Charge    10,000.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, 5/16 INSERT

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00042457 v9.0
||End Specification List||



M S Aerospace

Order Confirmation

Received By    M. Klotzman

Date:    2/8/24

Page 1 of 23

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER

PO Number: 2465630

Revision Number: 1

|| BOM Information ||
A2001-C-4-19
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1000.0000 | EA | A2006-C-4-7 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 22.9500 | N | 22,950.00 |

Total Line Charge      22,950.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|
| FASTENER, DOUBLE ENDED, 1/4 TO 1/4 |

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2006-C-4-7
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d



| | | | SCHEDULE AGREEMENT | PO Number: | | | 2465630 |

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

PO Number: **2465630**

Revision Number: **1**

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|----|-----------------------------------|-----------|------------------|-------------------|----------------------|-----------|------------------|---------|----------------------|
| 3 | 1000.0000 | EA | A2003-C-2-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 26.0000 | N | 26,000.00 |
| | | | | | | | | **Total Line Charge** | | | **26,000.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | | NAICS Code | Size Standard In Million Dollars | | Size Standard In # Of Employees |
|----------------|--|------------|----------------------------------|--|---------------------------------|

| Description |
|-------------|

**FASTENER, DOUBLE ENDED, 5/16 TO 1/4, SHORT**

**THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:**

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2003-C-2-3
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|----|-----------------------------------|-----------|------------------|-------------------|----------------------|-----------|------------------|---------|----------------------|
| 4 | 2500.0000 | EA | A2006-C-3-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 19.9500 | N | 49,875.00 |
| | | | | | | | | **Total Line Charge** | | | **49,875.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | | NAICS Code | Size Standard In Million Dollars | | Size Standard In # Of Employees |
|----------------|--|------------|----------------------------------|--|---------------------------------|

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

**PO Number:** 2465630

**Revision Number:** 1

---

**Description**

**FASTENER, DOUBLE ENDED, 1/4 TO 1/4**

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

IIStart Specification ListII
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
IIEnd Specification ListII

II BOM Information II
A2006-C-3-3
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| 5 | 2500.0000 | EA | A2003-C-1-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 21.5000 | N | 53,750.00 |
| | | | | | | | | **Total Line Charge** | | | **53,750.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard in Million Dollars | Size Standard in # Of Employees |
|------|------|------|------|
| | | | |

**Description**

**FASTENER, DOUBLE ENDED, 5/16 TO 1/4, SHORT**

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

IIStart Specification ListII
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
IIEnd Specification ListII

II BOM Information II
A2003-C-1-3
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

| | SCHEDULE AGREEMENT | PO Number: | 2465630 |
|---|---|---|---|
| | AGG-474-81560-16 | | |
| | PURCHASE ORDER | Revision Number: | 1 |

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg. Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 3000.0000 | EA | A2021-C-6 | A | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 27.5000 | N | 82,500.00 |

|  |  |  | Total Line Charge |  | 82,500.00 USD |
|---|---|---|---|---|---|

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|

FASTENER, DOUBLE ENDED, FLAT, #10 TO 1/4

llStart Specification Listll
SPX-00000874 v56.0
SPX-00042457 v9.0
llEnd Specification Listll

ll BOM Information ll
A2021-C-6
   SPXQC-14 - NONDESTRUCTIVE TEST REPORT
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-29a - NDT CERTIFICATION
   SPXQC-54 - NON-DESTRUCTIVE TESTING (NDT)
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg. Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1500.0000 | EA | A2013-N-13-2 | E | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 36.9500 | N | 55,425.00 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d



| | SCHEDULE AGREEMENT AGG-474-81560-16 PURCHASE ORDER | PO Number: | 2465630 |
|---|---|---|---|
| | | Revision Number: | 1 |

**Total Line Charge**                                                    55,425.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

**FASTENER, DOUBLE ENDED 5/16 TO 3/8**

IIStart Specification ListII
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00042457 v9.0
IIEnd Specification ListII

II BOM Information II
A2013-N-13-2
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 30000.0000 | EA | A2014-C | B | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 25.5500 | N | 766,500.00 |

**Total Line Charge**                                    766,500.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

**FASTENER, DOUBLE ENDED, 7/16 TO 1/4**

IIStart Specification ListII
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00042457 v9.0
IIEnd Specification ListII

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

| | SCHEDULE AGREEMENT | PO Number: | 2465630 |
|---|---|---|---|
| | AGG-474-81560-16 | Revision Number: | 1 |
| | PURCHASE ORDER | | |

|| BOM Information ||
A2014-C
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 1000.0000 | EA | A2008-C-9-3 | B | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 22.9500 | N | 22,950.00 |

| | | | | | | | | **Total Line Charge** | | | **22,950.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|
FASTENER, DOUBLE ENDED, 3/8 TO 5/16

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2008-C-9-3
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-56 - FIRST ARTICLE SHIPMENT
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| | | **SCHEDULE AGREEMENT** | | **PO Number:** | | **2465630** |
| | | **AGG-474-81560-16** | | | | |
| | | **PURCHASE ORDER** | | **Revision Number:** | | 1 |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| 10 | 1500.0000 | EA | A2006-C-3-7 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 20.9500 | N | 31,425.00 |
| | | | | | | **Total Line Charge** | | | | | **31,425.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|

**Description**

**FASTENER, DOUBLE ENDED, 1/4 TO 1/4**

**THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:**

llStart Specification Listll
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll

ll BOM Information ll
A2006-C-3-7
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| 11 | 2500.0000 | EA | A2002-C-6-4 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 23.5000 | N | 58,750.00 |
| | | | | | | **Total Line Charge** | | | | | **58,750.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 1 |

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2002-C-6-4
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 2500.0000 | EA | A2006-C-1-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 19.9500 | N | 49,875.00 |
| | | | | | | **Total Line Charge** | | | | | **49,875.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2006-C-1-3
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER

PO Number: 2465630

Revision Number: 1

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| 13 | 7500.0000 | EA | A2002-C-4-2 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 20.5000 | N | 153,750.00 |

|  |  |  |  |  |  |  |  | **Total Line Charge** |  |  | 153,750.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|
| | | | |

| Description |
|------|
FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

llStart Specification Listll
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll

ll BOM Information ll
A2002-C-4-2
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| 14 | 2500.0000 | EA | A2015-C-4-8 | B | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 13.9500 | N | 34,875.00 |



| | SCHEDULE AGREEMENT<br>AGG-474-81560-16<br>PURCHASE ORDER | PO Number: | 2465630 |
|---|---|---|---|
| | | Revision Number: | 1 |

**Total Line Charge**                                      34,875.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, #10 TO #10

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2015-C-4-8
   SPXQC-14 - NONDESTRUCTIVE TEST REPORT
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-29a - NDT CERTIFICATION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID /<br>*Mfg Part ID /*<br>*Mfg Name* | Part<br>Rev. | Supplier<br>Part ID | Delivery<br>Schedule | Frozen<br>Window<br>(days) | Ship Mode | Unit Price<br>(USD) | Taxable | Extended Price<br>(USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 2500.0000 | EA | A2006-C-2-6 | C | | See Portal | 28 | FedEx<br>Ground -<br>Acct#<br>631605893 -<br>U.S. Only | 19.9500 | N | 49,875.00 |

**Total Line Charge**                                      49,875.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

| | SCHEDULE AGREEMENT | PO Number: | 2465630 |
| --- | --- | --- | --- |
| | AGG-474-81560-16 | Revision Number: | 1 |
| | PURCHASE ORDER | | |

IIStart Specification ListII
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
IIEnd Specification ListII

II BOM Information II
A2006-C-2-6
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3.

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 16 | 20000.0000 | EA | A2020-C-4 | A | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 16.5000 | N | 330,000.00 |
| | | | | | | | Total Line Charge | | | | 330,000.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
| --- | --- | --- | --- |
| | | | |

| Description |
| --- |

**FASTENER, DOUBLE ENDED, #10 TO 1/4**

IIStart Specification ListII
SPX-00000874 v56.0
SPX-00042457 v9.0
IIEnd Specification ListII

II BOM Information II
A2020-C-4
   SPXQC-14 - NONDESTRUCTIVE TEST REPORT
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-29a - NDT CERTIFICATION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d



**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 1 |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 10000.0000 | EA | A2015-C-2-4 | B | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 11.6500 | N | 116,500.00 |
| | | | | | | | | **Total Line Charge** | | | **116,500.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|

FASTENER, DOUBLE ENDED, #10 TO #10

llStart Specification Listll
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll

ll BOM Information ll
A2015-C-2-4
    SPXQC-14 - NONDESTRUCTIVE TEST REPORT
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-29a - NDT CERTIFICATION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 2500.0000 | EA | A2002-C-4-7 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 22.5000 | N | 56,250.00 |
| | | | | | | | | **Total Line Charge** | | | **56,250.00 USD** |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | | 2465630 |
|---|---|---|
| Revision Number: | | 1 |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG

**THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:**

llStart Specification Listll
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll

ll BOM Information ll
A2002-C-4-7
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in
Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 2500.0000 | EA | A2006-C-2-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 19.9500 | N | 49,875.00 |

| | | |
|---|---|---|
| | **Total Line Charge** | **49,875.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4

**THE FOLLOWING SPACEX QUALITY APPLY TO THIS PURCHASE ORDER LINE:**

llStart Specification Listll
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
| --- | --- |
| Revision Number: | 1 |

‖ BOM Information ‖
A2006-C-2-3
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

‖ End BOM Information ‖

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20 | 2500.0000 | EA | A2002-C-4-4 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 24.4000 | N | 61,000.00 |

| | | Total Line Charge | 61,000.00 USD |
| --- | --- | --- | --- |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
| --- | --- | --- | --- |
| | | | |

| Description |
| --- |

**FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG**

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

‖Start Specification List‖
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
‖End Specification List‖

‖ BOM Information ‖
A2002-C-4-4
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

‖ End BOM Information ‖

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d



**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | | 2465630 |
|---|---|---|
| Revision Number: | | 1 |

| | |
|---|---|
| ORDER TOTAL: | $2,082,125.00 USD |

**Order Specifications (no technical deviations)**

This purchase order is governed by a Schedule Agreement AGG-474-81560-16 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs.

*SpaceX prefers invoice submission via supplierportal.spacex.com or EDI 810. Need Portal access? Contact your buyer. New to Portal? Check out the User Guide by logging in and clicking 'How To I FAQ.' Interested in EDI 810? Contact EDI-Implementation@spacex.com Other invoicing questions? Contact AccountsPayable@spacex.com*

*SpaceX PO number must be included on all shipping and invoice documents.*

*Free Carrier assumes shipping point as the origin location. Delivered at Place assumes Ship To Location as destination location*

**Terms and Conditions.** Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR) and FAR Supplement clauses. The following documents are applicable to this purchase order and incorporated herein by reference: (1) SpaceX Standard Terms and Conditions available at http://www.spacex.com/legal/tsandcs; (2) SpaceX FAR and FAR Supplement Flowdown Clauses available at http://www.spacex.com/legal/farflowdown; (3) SpaceX Quality Clause Attachment for Purchase Orders available at http://www.spacex.com/legal/qualityclause; and (4) SpaceX Supplier Manual available at http://www.spacex.com/legal/suppliermanual. Additional supplier forms are available at http://www.spacex.com/legal. To access these websites, please enter the password #SallyRide.

By performing under this subcontract, the subcontractor confirms that subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) are current, accurate and complete as of the date of the offer for this subcontract for the NAICS and corresponding size standard stated above. If you are a Small Business based on SAM.gov Reps and Certs per FAR 52.219-1 but for the NAICS code assigned to the PO Line you are not a Small Business, please go to SpaceX.com/legal pass: #SallyRide fill out NAICSDispute.xlsx form and promptly email NAICS@spacex.com.

Note by performing this subcontract under the assigned NAICS and corresponding size standard stated above under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (i) Be punished by imposition of fine, imprisonment, or both; (ii) Be subject to administrative remedies, including suspension and debarment; and (iii) Be ineligible for participation in programs conducted under the authority of the Act.

**Tax Exemptions**

| PO Line Number | Misc Fee | Line/Fee Amount | Tax Exemptions |
|---|---|---|---|
| 1 | | $10,000.00 | California Flight Exemption |
| 2 | | $22,950.00 | California Flight Exemption |
| 3 | | $26,000.00 | California Flight Exemption |
| 4 | | $49,875.00 | California Flight Exemption |
| 5 | | $53,750.00 | California Flight Exemption |
| 6 | | $82,500.00 | California Flight Exemption |
| 7 | | $55,425.00 | California Flight Exemption |
| 8 | | $766,500.00 | California Flight Exemption |
| 9 | | $22,950.00 | California Flight Exemption |
| 10 | | $31,425.00 | California Flight Exemption |
| 11 | | $58,750.00 | California Flight Exemption |
| 12 | | $49,875.00 | California Flight Exemption |
| 13 | | $153,750.00 | California Flight Exemption |
| 14 | | $34,875.00 | California Flight Exemption |
| 15 | | $49,875.00 | California Flight Exemption |
| 16 | | $330,000.00 | California Flight Exemption |
| 17 | | $116,500.00 | California Flight Exemption |
| 18 | | $56,250.00 | California Flight Exemption |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| | | SCHEDULE AGREEMENT | PO Number: | | 2465630 |
|---|---|---|---|---|---|
| | | AGG-474-81560-16 | | | |
| | | PURCHASE ORDER | Revision Number: | | 1 |

| 19 | $49,875.00 | California Flight Exemption |
|---|---|---|
| 20 | $61,000.00 | California Flight Exemption |

## CHANGE SINCE PREVIOUS VERSION FOR PURCHASE ORDER: 2465630

## APPENDIX

| DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
|---|---|---|---|---|
| 1/10/2024 10:09 AM | AcknowledgedFlag | 2465630 | True | False |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/1 | | SPX-00025120 : v5.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/1 | | 6/13/2025 |
| 1/10/2024 10:08 AM | PartRevision | 2465630/1 | B | D |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/1 | | 6/13/2025 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/1 | AgreementItemReferenceId: AGG-ITEM-4381-41181-8 | |
| 1/10/2024 10:08 AM | PurchaseOrderReq uirementID | 2465630/1 | | A2001-C-4-19/D - Included |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/10 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/10 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/10 | | 2/23/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/10 | | 2/23/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/10 | AgreementItemReferenceId: AGG-ITEM-4392-45137-15 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/11 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/11 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/11 | | 4/14/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/11 | | 4/14/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/11 | AgreementItemReferenceId: AGG-ITEM-4385-81801-15 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/12 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/12 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/12 | | 8/5/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/12 | | 8/5/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/12 | AgreementItemReferenceId: AGG-ITEM-4388-68991-33 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/13 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/13 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/13 | | 8/5/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/13 | | 8/5/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/13 | AgreementItemReferenceId: AGG-ITEM-4382-25154-11 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/14 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/14 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/14 | | 8/5/2026 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| PO Number: | 2465630 |
|---|---|
| **Revision Number:** | 1 |

| | | | | |
|---|---|---|---|---|
| 10/20/2023 3:47 PM | PromiseDate | 2465630/14 | | 8/5/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/14 | AgreementItemReferenceId: AGG-ITEM-4398-15270-16 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/15 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/15 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/15 | | 8/5/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/15 | | 8/5/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/15 | AgreementItemReferenceId: AGG-ITEM-4390-94012-9 | |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/16 | | 8/14/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/16 | | 8/14/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/16 | AgreementItemReferenceId: AGG-ITEM-4399-92571-26 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/17 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/17 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/17 | | 10/10/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/17 | | 10/10/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/17 | AgreementItemReferenceId: AGG-ITEM-4397-19590-24 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/18 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/18 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/18 | | 10/21/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/18 | | 10/21/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/18 | AgreementItemReferenceId: AGG-ITEM-4384-41780-16 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/19 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/19 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/19 | | 10/21/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/19 | | 10/21/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/19 | AgreementItemReferenceId: AGG-ITEM-4389-66023-18 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/2 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/2 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/2 | | 10/31/2025 |
| 1/10/2024 10:08 AM | PartRevision | 2465630/2 | B | D |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/2 | | 10/31/2025 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/2 | AgreementItemReferenceId: AGG-ITEM-4393-42281-13 | |
| 1/10/2024 10:08 AM | PurchaseOrderReq uirementID | 2465630/2 | | A2006-C-4-7/D - Included |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/20 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/20 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/20 | | 10/21/2026 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d



**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

PO Number: 2465630
Revision Number: 1

| 10/20/2023 3:47 PM | PromiseDate | 2465630/20 | | 10/21/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/20 | AgreementItemReferenceId: AGG-ITEM-4383-25167-16 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/3 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/3 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/3 | | 10/31/2025 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/3 | | 10/31/2025 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/3 | AgreementItemReferenceId: AGG-ITEM-4387-40904-16 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/4 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/4 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/4 | | 12/8/2025 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/4 | | 12/8/2025 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/4 | AgreementItemReferenceId: AGG-ITEM-4391-48229-19 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/5 | | SPX-00025120 : v5.0 |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/5 | | SPX-00035093 : v3.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/5 | | 12/8/2025 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/5 | | 12/8/2025 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/5 | AgreementItemReferenceId: AGG-ITEM-4386-31387-20 | |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/6 | | 12/8/2025 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/6 | | 12/8/2025 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/6 | AgreementItemReferenceId: AGG-ITEM-4400-24618-6 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/7 | | SPX-00025120 : v5.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/7 | | 12/28/2025 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/7 | | 12/28/2025 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/7 | AgreementItemReferenceId: AGG-ITEM-4395-43400-9 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/8 | | SPX-00025120 : v5.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/8 | | 2/14/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/8 | | 2/14/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/8 | AgreementItemReferenceId: AGG-ITEM-4396-32630-13 | |
| 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/9 | | SPX-00025120 : v5.0 |
| 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/9 | | 2/21/2026 |
| 10/20/2023 3:47 PM | PromiseDate | 2465630/9 | | 2/21/2026 |
| 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/9 | AgreementItemReferenceId: AGG-ITEM-4394-71159-20 | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 1 |

| REVISION NUMBER | DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
|---|---|---|---|---|---|
| 1 | 1/10/2024 10:09 AM | AcknowledgedFlag | 2465630 | True | False |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/1 | | SPX-00025120 : v5.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/1 | | 6/13/2025 |
| 1 | 1/10/2024 10:08 AM | PartRevision | 2465630/1 | B | D |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/1 | | 6/13/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/1 | | AgreementItemReferen ceId: AGG-ITEM-4381-41181-8 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderReq uirementID | 2465630/1 | | A2001-C-4-19/D - Included |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/10 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/10 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/10 | | 2/23/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/10 | | 2/23/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/10 | | AgreementItemReferen ceId: AGG-ITEM-4392-45137-15 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/11 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/11 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/11 | | 4/14/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/11 | | 4/14/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/11 | | AgreementItemReferen ceId: AGG-ITEM-4385-81801-15 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/12 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/12 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/12 | | 8/5/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/12 | | 8/5/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/12 | | AgreementItemReferen ceId: AGG-ITEM-4388-68991-33 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/13 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/13 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/13 | | 8/5/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/13 | | 8/5/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/13 | | AgreementItemReferen ceId: AGG-ITEM-4382-25154-11 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/14 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/14 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/14 | | 8/5/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/14 | | 8/5/2026 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 1 |

| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/14 | AgreementItemReferenceId: AGG-ITEM-4398-15270-16 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/15 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/15 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/15 | | 8/5/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/15 | | 8/5/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/15 | AgreementItemReferenceId: AGG-ITEM-4390-94012-9 | |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/16 | | 8/14/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/16 | | 8/14/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/16 | AgreementItemReferenceId: AGG-ITEM-4399-92571-26 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/17 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/17 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/17 | | 10/10/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/17 | | 10/10/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/17 | AgreementItemReferenceId: AGG-ITEM-4397-19590-24 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/18 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/18 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/18 | | 10/21/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/18 | | 10/21/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/18 | AgreementItemReferenceId: AGG-ITEM-4384-41780-16 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/19 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/19 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/19 | | 10/21/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/19 | | 10/21/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/19 | AgreementItemReferenceId: AGG-ITEM-4389-66023-18 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/2 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/2 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/2 | | 10/31/2025 |
| 1 | 1/10/2024 10:08 AM | PartRevision | 2465630/2 | B | D |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/2 | | 10/31/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/2 | AgreementItemReferenceId: AGG-ITEM-4393-42281-13 | |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderRequirementID | 2465630/2 | | A2006-C-4-7/D - Included |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

| PO Number: | 2465630 |
| --- | --- |
| Revision Number: | 1 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/20 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/20 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/20 | | 10/21/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/20 | | 10/21/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/20 | AgreementItemReferen ceId: AGG-ITEM-4383-25167-16 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/3 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/3 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/3 | | 10/31/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/3 | | 10/31/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/3 | AgreementItemReferen ceId: AGG-ITEM-4387-40904-16 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/4 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/4 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/4 | | 12/8/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/4 | | 12/8/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/4 | AgreementItemReferen ceId: AGG-ITEM-4391-48229-19 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/5 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/5 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/5 | | 12/8/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/5 | | 12/8/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/5 | AgreementItemReferen ceId: AGG-ITEM-4386-31387-20 | |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/6 | | 12/8/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/6 | | 12/8/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/6 | AgreementItemReferen ceId: AGG-ITEM-4400-24618-6 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/7 | | SPX-00025120 : v5.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/7 | | 12/28/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/7 | | 12/28/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/7 | AgreementItemReferen ceId: AGG-ITEM-4395-43400-9 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/8 | | SPX-00025120 : v5.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/8 | | 2/14/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/8 | | 2/14/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/8 | AgreementItemReferen ceId: AGG-ITEM-4396-32630-13 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/9 | | SPX-00025120 : v5.0 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/9 | | 2/21/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/9 | | 2/21/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/9 | AgreementItemReferen ceId: AGG-ITEM-4394-71159-20 | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| | | PO Number: | 2465630 |
|---|---|---|---|

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

Revision Number:      Line: 1      0

**APPROVED**

**Bill To:**

Submit invoices using supplierportal.spacex.com
(more details below)

Order Date:      10/19/2023

Space Exploration Technologies Corp.
1 Rocket Road
Hawthorne, CA 90250, USA

**Issued To:**

M. S. Aerospace Inc.
13928 Balboa Blvd.
Sylmar, CA  91342   US

MSA CONTRACT REVIEW LEVEL I:   *C. Walker*   DATE: 1/3/24

Phone:   Fax:
Contact:
Email:

Subject to MSA Terms and conditions of Sale, at
https://msaerospace.com/terms-conditions-sale/

MSA PROD CONTROL REVIEW:  *Selina Esquivel*   DATE: 1/4/24

**Ship To:**

Include SpaceX PO # on all shipping documents
Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Alex Dobrenen
Email: Alex.Dobrenen@spacex.com
Phone: +1 (310) 682-2372

### This Purchase Order is part of Schedule Agreement: AGG-474-81560-16

For more details please visit https://www.supplierportal.spacex.com/ and click on the "Agreements" link

| Terms | Supplier Code | Incoterms | Shipping Method | Status |
|---|---|---|---|---|
| Net 30 Days | MSAERO | Free Carrier | FedEx Ground - Acct# 631605893 - U.S. Only | Released |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 500.0000 | EA | A2004-C-4-19 | B | | See Portal / Schedule 500pcs Due 6/13/25 JT 1/3/24 | 28 | FedEx Ground Acct# 631605893 - U.S. Only | 20.0000 | N | 10,000.00 |
| | | | | | | Total Line Charge | | | | | 10,000.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description:**

FASTENER, DOUBLE ENDED, 5/16 INSERT
AgreementItemReferenceId: AGG-ITEM-4381-41181-8

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00042457 v9.0
||End Specification List||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| | | |
|---|---|---|
| **SCHEDULE AGREEMENT** | PO Number: | **2465630** |
| AGG-474-81560-16 | | |
| **PURCHASE ORDER** | Revision Number: | 0 |

|| BOM Information ||
A2001-C-4-19
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1000.0000 | EA | A2006-C-4-7 | B | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 22.9500 | N | 22,950.00 |
| | | | | | | Schedule: 1) 500pcs Due 11/1/24 2) 500pcs Due 10/31/25 JT 1/3/24 | | | | | |
| | | | | | | **Total Line Charge** | | | | | 22,950.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|

FASTENER, DOUBLE ENDED, 1/4 TO 1/4
AgreementItemReferenceId: AGG-ITEM-4393-42281-13

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2006-C-4-7
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

PO Number: 

**2465630**

Revision Number: 0

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|----|------|------|------|------|------|------|------|------|------|
| 3 | 1000.0000 | EA | A2003-C-2-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 26.0000 | N | 26,000.00 |

Schedule:
1) 500pcs Due 11/1/24
2) 500pcs Due 10/31/25
JT 1/3/24

Total Line Charge          26,000.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|

Description

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, SHORT
AgreementItemReferenceId: AGG-ITEM-4387-40904-16

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2003-C-2-3
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|----|------|------|------|------|------|------|------|------|------|
| 4 | 2500.0000 | EA | A2006-C-3-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 19.9500 | N | 49,875.00 |

Schedule:
1) 1000pcs due 11/1/24
2) 500pcs Due 4/12/25
3) 500pcs Due 8/10/25
4) 500pcs Due12/8/25
JT 1/3/24

Total Line Charge          49,875.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| | |
|---|---|
| **SCHEDULE AGREEMENT** | PO Number: | **2465630** |
| **AGG-474-81560-16** | | |
| **PURCHASE ORDER** | Revision Number: | 0 |

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4
AgreementItemReferenceId: AGG-ITEM-4391-48229-19

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2006-C-3-3
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected.

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 2500.0000 | EA | A2003-C-1-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 21.5000 | N | 53,750.00 |
| | | | | | Schedule:<br>1) 1000pcs Due 11/1/24<br>2) 500pcs Due 4/12/25<br>3) 500pcs Due 8/10/25<br>4) 500pcs Due12/8/25<br>JT 1/3/24 | | | | | | |
| | | | | | | | **Total Line Charge** | | | | **53,750.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, SHORT
AgreementItemReferenceId: AGG-ITEM-4386-31387-20

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|

Revision Number: 0

|| BOM Information ||
A2003-C-1-3
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 3000.0000 | EA | A2021-C-6 | A | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 27.5000 | N | 82,500.00 |
| | | | | | Schedule: 1) 500pcs Due 11/1/24 2) 500pcs Due 4/12/25 3) 500pcs Due 12/8/25 JT 1/3/24 | | | | | | |
| | | | | | | **Total Line Charge** | | | | | 82,500.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|
| FASTENER, DOUBLE ENDED, FLAT, #10 TO 1/4 |

AgreementItemReferenceId: AGG-ITEM-4400-24618-6

||Start Specification List||
SPX-00000874 v56.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2021-C-6
  SPXQC-14 - NONDESTRUCTIVE TEST REPORT
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-29a - NDT CERTIFICATION
  SPXQC-54 - NON-DESTRUCTIVE TESTING (NDT)
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

### SCHEDULE AGREEMENT
### AGG-474-81560-16
### PURCHASE ORDER

**PO Number:** 2465630

**Revision Number:** 0

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|----|----|----|----|----|----|----|----|----|----|
| 7 | 1500.0000 | EA | A2013-N-13-2 | E | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 36.9500 | N | 55,425.00 |

Schedule:
1) 500pcs Due 11/1/24
2) 500pcs Due 4/12/25
3) 500pcs Due 12/25/25
JT 1/3/24

**Total Line Charge** **55,425.00 USD**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED 5/16 TO 3/8
AgreementItemReferenceId: AGG-ITEM-4395-43400-9

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2013-N-13-2
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|----|----|----|----|----|----|----|----|----|----|
| 8 | 30000.0000 | EA | A2014-C | B | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 25.5500 | N | 766,500.00 |

Schedule:
1) 12,500pcs Due 11/1/24
2) 2,500pcs Due 2/19/25
3) 2,500pcs Due 4/20/25
4) 5,000pcs Due 6/19/25
5) 5,000pcs Due 10/17/25
6) 2,500pcs Due 2/14/26
JT 1/3/24

**Total Line Charge** **766,500.00 USD**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER

PO Number: 2465630

Revision Number: 0

---

**Description**

FASTENER, DOUBLE ENDED, 7/16 TO 1/4
AgreementItemReferenceId: AGG-ITEM-4396-32630-13

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2014-C
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 1000.0000 | EA | A2008-C-9-3 | B | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 22.9500 | N | 22,950.00 |
| | | | | | | Schedule: 1) 500pcs Due 2/21/25 2) 500pcs Due 2/21/26 JT 1/3/24 | | | | | |
| | | | | | | **Total Line Charge** | | | | | **22,950.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

---

**Description**

FASTENER, DOUBLE ENDED, 3/8 TO 5/16
AgreementItemReferenceId: AGG-ITEM-4394-71159-20

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2008-C-9-3
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-56 - FIRST ARTICLE SHIPMENT
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 0 |

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected.

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 1500.0000 | EA | A2006-C-3-7 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 20.9500 | N | 31,425.00 |

Schedule:
1) 500pcs Due 11/1/24
2) 500pcs Due 6/28/25
3) 500pcs Due 2/23/26
JT 1/3/24

**Total Line Charge**                                                                     **31,425.00 USD**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4
AgreementItemReferenceId: AGG-ITEM-4392-45137-15

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2006-C-3-7
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 2500.0000 | EA | A2002-C-6-4 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 23.5000 | N | 58,750.00 |

Schedule:
1) 500pcs Due 12/20/24
2) 500pcs Due 4/19/25
3) 1000pcs Due 8/17/25
4) 500pcs Due 3/30/26
JT 1/3/24



| SCHEDULE AGREEMENT | PO Number: | 2465630 |
| AGG-474-81560-16 | | |
| PURCHASE ORDER | Revision Number: | 0 |

Total Line Charge                                                58,750.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
| --- | --- | --- | --- |

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG
AgreementItemReferenceId: AGG-ITEM-4385-81801-15

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2002-C-6-4
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | 2500.0000 | EA | A2006-C-1-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 19.9500 | N | 49,875.00 |

Schedule:
1) 500pcs Due 11/1/24
2) 500pcs Due 2/11/25
3) 500pcs Due 8/10/25
4) 1000pcs Due 2/6/26
JT 1/3/24

Total Line Charge                                                49,875.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
| --- | --- | --- | --- |

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4
AgreementItemReferenceId: AGG-ITEM-4388-68991-33

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | | 2465630 |
|---|---|---|
| Revision Number: | | 0 |

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2006-C-1-3
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 7500.0000 | EA | A2002-C-4-2 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 20.5000 | N | 153,750.00 |
| | | | | | Schedule: 1) 1,500pcs Due 11/1/24 2) 1,500pcs Due 2/11/25 3) 1,500pcs Due 8/10/25 4) 1,500pcs Due 2/6/26 5) 1,500pcs Due 3/30/26 JT 1/3/24 | | | | | | |
| | | | | | | Total Line Charge | | | | | 153,750.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG
AgreementItemReferenceId: AGG-ITEM-4382-25154-11

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2002-C-4-2
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| SCHEDULE AGREEMENT | PO Number: | 2465630 |
|---|---|---|
| AGG-474-81560-16 | | |
| PURCHASE ORDER | Revision Number: | 0 |

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 2500.0000 | EA | A2015-C-4-8 | B | | See Portal | 28 | FedEx Ground – Acct# 631605893 – U.S. Only | 13.9500 | N | 34,875.00 |

Schedule:
1) 500pcs Due 11/1/24
2) 500pcs Due 2/11/25
3) 500pcs Due 8/10/25
4) 1000pcs Due 2/6/26
JT 1/3/24

Total Line Charge                                                    34,875.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, #10 TO #10
AgreementItemReferenceId: AGG-ITEM-4398-15270-16

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2015-C-4-8
    SPXQC-14 - NONDESTRUCTIVE TEST REPORT
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-29a - NDT CERTIFICATION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15. | 2500.0000 | EA | A2006-C-2-6 | C | | See Portal | 28 | FedEx Ground – Acct# 631605893 – U.S. Only | 19.9500 | N | 49,875.00 |

Schedule:
1) 500pcs Due 11/1/24
2) 500pcs Due 2/11/25
3) 500pcs Due 8/10/25
4) 1000pcs Due 2/6/26
JT 1/3/24

Total Line Charge                                                    49,875.00 USD

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 0 |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4
AgreementItemReferenceId: AGG-ITEM-4390-94012-9

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2006-C-2-6
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3.

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 20000.0000 | EA | A2020-C-4 | A | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 16.5000 | N | 330,000.00 |

1) 7,500 Due 11/1/24
2) 2,500pcs Due 4/21/25
3) 2,500pcs Due 8/18/25
4) 2,500pcs Due 12/17/25
5) 5,000pcs Due 3/30/26
JT 1/3/24

**Total Line Charge**　　　330,000.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, #10 TO 1/4
AgreementItemReferenceId: AGG-ITEM-4399-92571-26

||Start Specification List||
SPX-00000874 v56.0
SPX-00042457 v9.0
||End Specification List||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 0 |

|| BOM Information ||
A2020-C-4
  SPXQC-14 - NONDESTRUCTIVE TEST REPORT
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-29a - NDT CERTIFICATION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID /<br>Mfg Part ID /<br>Mfg Name | Part<br>Rev. | Supplier<br>Part ID | Delivery<br>Schedule | Frozen<br>Window<br>(days) | Ship Mode | Unit Price<br>(USD) | Taxable | Extended Price<br>(USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 10000.000<br>0 | EA | A2015-C-2-4 | B | | See Portal<br>1) 2,500pcs Due 4/18/25<br>2) 2,500pcs Due 8/18/25<br>3) 5,000pcs Due 3/30/26<br>JT 1/3/24 | 28 | FedEx<br>Ground -<br>Acct#<br>631605893 -<br>U.S. Only | 11.6500 | N | 116,500.00 |
| | | | | | | **Total Line Charge** | | | | | 116,500.00<br>USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product;
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, DOUBLE ENDED, #10 TO #10
AgreementItemReferenceId: AGG-ITEM-4397-19590-24

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2015-C-2-4
  SPXQC-14 - NONDESTRUCTIVE TEST REPORT
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-29a - NDT CERTIFICATION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d



| | | | | | | | SCHEDULE AGREEMENT | | | PO Number: | | 2465630 |
| | | | | | | | AGG-474-81560-16 | | | | | |
| | | | | | | | PURCHASE ORDER | | | Revision Number: | | 0 |

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 2500.0000 | EA | A2002-C-4-7 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 22.5000 | N | 56,250.00 |
| | | | | | 1) 500pcs Due 11/1/24 2) 500pcs Due 4/29/25 3) 500pcs Due 10/26/25 4) 1000pcs Due 3/30/26 JT 1/3/24 | | | | | | |
| | | | | | | Total Line Charge | | | | | 56,250.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG
AgreementItemReferenceId: AGG-ITEM-4384-41780-16

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2002-C-4-7
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 2500.0000 | EA | A2006-C-2-3 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 19.9500 | N | 49,875.00 |
| | | | | | Schedule: 1) 500pcs Due 11/1/24 2) 500pcs Due 4/29/25 3) 500pcs Due 10/26/25 4) 1000pcs Due 3/30/26 JT 1/3/24 | | | | | | |
| | | | | | | Total Line Charge | | | | | 49,875.00 USD |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

PO Number: **2465630**

Revision Number: 0

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4
AgreementItemReferenceId: AGG-ITEM-4389-66023-18

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A2006-C-2-3
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected.

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 2500.0000 | EA | A2002-C-4-4 | D | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 24.4000 | N | 61,000.00 |

Schedule:
1) 500pcs Due 11/1/24
2) 500pcs Due 4/29/25
3) 500pcs Due 10/26/25
4) 1000pcs Due 3/30/26
JT: 1/3/24

**Total Line Charge**        61,000.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG
AgreementItemReferenceId: AGG-ITEM-4383-25167-16

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

PO Number: **2465630**

Revision Number: 0

|| BOM Information ||
A2002-C-4-4
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

**$2,082,125.00**
**ORDER TOTAL:**      **USD**

---

**Order Specifications (no technical deviations)**

This purchase order is governed by a Schedule Agreement AGG-474-81560-16 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs.

*SpaceX prefers invoice submission via supplierportal.spacex.com or EDI 810. Need Portal access? Contact your buyer. New to Portal? Check out the User Guide by logging in and clicking 'How To | FAQ.' Interested in EDI 810? Contact EDI-Implementation@spacex.com Other invoicing questions? Contact AccountsPayable@spacex.com*

*SpaceX PO number must be included on all shipping and invoice documents.*

*Free Carrier assumes shipping point as the origin location. Delivered at Place assumes Ship To Location as destination location*

**Terms and Conditions.** Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR) and FAR Supplement clauses. The following documents are applicable to this purchase order and incorporated herein by reference: (1) SpaceX Standard Terms and Conditions available at http://www.spacex.com/legal/tsandcs; (2) SpaceX FAR and FAR Supplement Flowdown Clauses available at http://www.spacex.com/legal/farflowdown; (3) SpaceX Quality Clause Attachment for Purchase Orders available at http://www.spacex.com/legal/qualityclause; and (4) SpaceX Supplier Manual available at http://www.spacex.com/legal/suppliermanual. Additional supplier forms are available at http://www.spacex.com/legal. To access these websites, please enter the password #SallyRide.

By performing under this subcontract, the subcontractor confirms that subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) are current, accurate and complete as of the date of the offer for this subcontract for the NAICS and corresponding size standard stated above. If you are a Small Business based on SAM.gov Reps and Certs per FAR 52.219-1 but for the NAICS code assigned to the PO Line you are not a Small Business, please go to SpaceX.com/legal pass: #SallyRide fill out NAICSDispute.xlsx form and promptly email NAICS@spacex.com.

Note by performing this subcontract under the assigned NAICS and corresponding size standard stated above under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (i) Be punished by imposition of fine, imprisonment, or both; (ii) Be subject to administrative remedies, including suspension and debarment; and (iii) Be ineligible for participation in programs conducted under the authority of the Act.

| MSAerospace | CONTRACT REVIEW CHECKLIST | | FRM-704 | REV: N |
|---|---|---|---|---|
| | (Ref. MSAW 7.1.1) | | | 06/11/2014 |

| Part No. | A2001-C-4-19 | Rev | D | Order No. | 24-1000 |
|---|---|---|---|---|---|
| Customer | Space Exploration Technologies Corp. | Customer PO No. | | 2465630-1 | |

## Determination of Requirements Related to Product

| | Yes | No | N/A |
|---|---|---|---|
| Required drawing revision, including ECNs, are available & legible. | X | | |
| All required documents (specifications, clauses, RCCs, etc.) are available & are the required or latest revision. | X | | |
| Special delivery requirements are identified (AOG, Expedite, schedules, etc.) | X | | |
| End user identified.        End user: SpaceX end user | X | | |

## Review of Requirements Related to the Product

| | Yes | No | N/A |
|---|---|---|---|
| All product requirements are defined. | X | | |
| Material Type: A286 | X | | |
| All contract or order requirements differing from those previously expressed are resolved & documented. | X | | |
| MSA is capable of meeting the requirements. | X | | |
| OEM-approved sources required.        OEM: SpaceX approved source required | X | | |
| Marking requirements specified. | X | | |

Material Specification: AMS5853

**2.3   Class 3(A or B) – 160 Ksi or 140 Ksi**

Hardware of this class shall be A286 heat and corrosion resistant steel.

| Class 3A F$_{tu}$ (ksi) | 160 |
|---|---|
| Class 3A F$_{ty}$ (ksi) | 120 |
| Class 3B F$_{tu}$ (ksi) | 140 |
| Class 3B F$_{ty}$ (ksi) | 95 |
| Density (lb/in³) | 0.287 |

Table 4: A286 Properties

**4.1.4   Class 3A:**

- A286 Stainless Steel Alloy per AMS 5853
  - Max stock size (ref: 1.25" diameter plus stated tolerance) set by AMS 5853 spec

Marking requirements specified:
Method: MArk per SPX-00025120 method per AS478 Method 2; Metal stamp, Press, Roll,Vibro Peen .006 max depth, Dot peen .002 max depth or Method 15 Laser marking

Marking: A2001-C-4-19

**6.0 MARKING, PACKAGING, AND SHIPMENT**

**6.1.   Part Identification**

**6.1.1   SpaceX Drawing Controlled Hardware**

Parts shall be identified per AS478-2 or -15 (shallow only). Marking with the full part number is preferable. If space is limited, mark at least the following information:

- part number (5 digit alphanumeric base number like A#### or 12 digit part number like #######-###)
- material code from Table 15
- oversize code (if applicable) such as "X" or "Y" as described on the drawing

Identification shall be on top or side of head, non-critical part surface, or per controlling drawing. Parts that are not suitable for marking of complete information shall have material code and oversize code (if applicable) only.

| Class | Material Code |
|---|---|
| 1 | M |
| 2 | N |
| 3 | C |
| 4 | T |
| 5 | B |
| 6 | K |

Table 15: Material Code for Classes of Hardware

If a locking element is specified per Section 11.8.2, a head marking of a minimum of six dots, raised or depressed .010 max, is required. Top or side location optional.

All types of hardware shall be identified in packages of quantity 10 to 100 per AS478-37. These packages shall identify part number, revision, and work (or purchase) order ID.

☐ Serial Numbers     ☐ DSCP – Marking Plan must be subject to QE(3) overview:  By _____   Date: _____

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

| MSAerospace | CONTRACT REVIEW CHECKLIST | FRM-704 | REV: N |
|---|---|---|---|
| | | | 06/11/2014 |

## (Ref. MSAW 7.1.1)

Special Requirements:

☐ None  ☐ MCS/LCS  ☒ DFARS Material Required ·  ☐ PWA301 Substitution  ☒ 1ˢᵗ Article  ☒ Source Inspection

☐ Vendor Substantiation  ☐ Flight Safety  ☐ Engineering Source Approval  ☐ Product Verification Testing

☐ Product Lot Testing  ☐ Acceptance Test Plan  ☐ Qualification  ☐ CCC-QE Review  ☐ PWA-QA6071

☐ Snecma - N1 ☐ N2 ☐ N3 ☐ – Director of QA _____  ☐ Snecma - N4
(Note: N1, N2 and N3 require approval prior to acceptance of the order)

☐ PO and Part Rev. ___ Match ___ DO NOT Match ☐ Other:

☐ DPAS Priority Rating: None                    Contract #

| | | |
|---|---|---|
| Critical/Flight Safety Characteristics: | | X |
| Key Characteristics: | | X |
| Laboratory test requirements & methods are defined & understood. | X | |
| MSA laboratory has the capability & resources to meet the defined requirements (including approved suppliers). | X | |
| Test coupons are required.          ☐ Long Parts  ☐ Raw Material      Qty: | | X |

Special Requirements, Forms, etc.:

*4.3.4    Class 3A:*

- Precipitation heat treat per AMS 2759/3 for AMS 5853 A-286 alloy to 160 Ksi min UTS

*4.6.4    Class 3A*

Passivate per AMS 2700, method 1 or 2, verification Class 1. Apply solid film lube per AS1701, Class VI.

*5.1.2    Dye Penetrant Inspection*

For all non-exempt hardware, dye penetrant inspection shall be performed per ASTM E1417/E1417M, Type 1, Method A, B or D, Level 3, Form A or D. Unless etching is specifically required on the drawing, do not etch before dye penetrant. Acceptance criteria as applicable per Section 5.1.4.

Fasteners smaller than 0.1640-32 do not require penetrant inspection.

## KEY CHARACTERISTICS:

X

Page 2 of 3

|  | CONTRACT REVIEW CHECKLIST | FRM-704 | REV: N |
|---|---|---|---|
| | | | 06/11/2014 |

**(Ref. MSAW 7.1.1)**

*5.3.4  Type 1 and Type 3*

*5.3.4.1  Key Characteristics*

| Feature | Applicable Section | Characteristic | Basis of Acceptability Requirement |
|---|---|---|---|
| Threads | 11.1.3 | Root radius | Optical comparator |
| | | Major diameter | Micrometer or other instrument accurate to .0005 inch or better |
| | | Other thread dimensions at maximum metal conditions | Virtual or effective gauging with dimensions per controlling thread specification |
| | | Other thread dimensions at minimum metal conditions | Actual or single element measurement |
| | | Pitch diameter (inspected before and after coating, if applicable, to verify coating thickness) | Tri-roll or optical comparator |
| Head to Shank Fillet Radius | 11.3 | Fillet radius | Optical comparator |
| Shank Diameter | 11.2 | Diameter (inspected before and after coating, if applicable, to verify coating thickness) | Micrometer or other instrument accurate to .0001 inch or better |
| Shank Length | 11.1.4 | Length | Micrometer or other instrument accurate to .0005 inch or better |
| Overall length | Per drawing | Length | Micrometer or other instrument accurate to .0005 inch or better |
| Squareness of head bearing surface to shank | 11.9.1 | Squareness | Optical comparator |
| Concentricity of head and threads to shank | 11.9.3 | Concentricity | Optical comparator or coordinate measuring machine |
| Other | Per drawing | Any additional key characteristics called on the face of the drawing | As applicable |

Table 11: Type 1 and Type 3 Key Characteristics

## 14.3 Class 3A

- Part number: STL-3A-CUST-SPX25120-RD-DX.XXXLXX.XXX
  - Diameter (D) and length (L) above in inches
- Diameters 1.25 and less
  - Alloy: A286 Stainless steel per AMS 5853
  - Heat Treatment: Precipitation heat treated per AMS 2759/3 to 160 Ksi min UTS
- Diameters greater than 1.25
  - Contact SpaceX Engineering
- Inspection: Ultrasonic inspect raw stock per AMS-STD-2154, Type 1, Class A or per ASTM E 2375, Class A.  Starting stock thicknesses/diameters under 0.5 inch are exempted from this requirement.
- Diameter Tolerance: +/-.0005 inches
- Length Tolerance: +5.00/-0.00 inches
- Straightness Tolerance: Within .002 FIM per inch of length
- Shear Testing: Double shear test per MIL-STD-1312-13 or a single shear test per MIL-STD-1312-20. Values in Section 12.1.2, Class 3A shall be used for double shear tests and halved for single shear tests.

| Quality Assurance | Claudia Aguilar | Date | 2/6/2024 |
|---|---|---|---|

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# EXHIBIT O

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d



| | SCHEDULE AGREEMENT<br>AGG-474-81560-16<br>PURCHASE ORDER | **PO Number:** | **2465630** |
|---|---|---|---|
| | | Revision Number: | 9 |

**APPROVED**

**Bill To:**

Submit invoices using  supplierportal.spacex.com
(more details below)

Space Exploration Technologies Corp.
1 Rocket Road
Hawthorne, CA 90250, USA

Order Date:     10/19/2023

**Issued To:**

M. S. Aerospace Inc.
13928 Balboa Blvd.
Sylmar, CA  91342    US

Phone:    Fax:
Contact:
Email:

**Ship To:**

Include SpaceX PO # on all shipping documents
Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250-3356
UNITED STATES

**Buyer Information:**

Buyer: Atiya Rauf
Email: Atiya.Rauf@spacex.com
Phone: +1 (310) 682-3015

### This Purchase Order is part of Schedule Agreement: AGG-474-81560-16
For more details please visit https://www.supplierportal.spacex.com/ and click on the "Agreements" link

| Terms | Supplier Code | Incoterms | Shipping Method | Status |
|---|---|---|---|---|
| Net 30 | MSAERO | Free Carrier | See Delivery Schedule | Released |

| Line | Qty | UM | Part ID /<br>*Mfg Part ID /*<br>*Mfg Name* | Part<br>Rev. | Supplier<br>Part ID | Delivery<br>Schedule | Frozen<br>Window<br>(days) | Ship Mode | Unit Price<br>(USD) | Taxable | Extended Price<br>(USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | EA | A2001-C-4-19 | D | | See Portal | | See Delivery<br>Schedule | 0.0000 | N | $ 0 |

Total Line Charge                                                                $ 0 USD

**Line Status: Canceled**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard in Million Dollars | Size Standard in # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer<br>Manufacturing | 332722 | 0.00 | 600 |

**Description**

FASTENER, DOUBLE ENDED, 5/16 INSERT Dimensional inspection
of parts shall be in accordance with SPX-00025120, Section 5.3.
Namely, samples sizes shown in Table 7 shall apply, and only the
Key and Major characteristics identified in Section 5.3.4 shall be
inspected

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00042457 v11.0
||End Specification List||

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | | 2465630 |
|---|---|---|
| Revision Number: | | 9 |

‖ BOM Information ‖
A2001-C-4-19
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

‖ End BOM Information ‖

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 19.0000 | EA | A2006-C-4-7 | D | | See Portal | | See Delivery Schedule | 22.9500 | N | 436.05 |

**Total Line Charge**      436.05 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |
| Description | | | |

FASTENER, DOUBLE ENDED, 1/4 TO 1/4

‖Start Specification List‖
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
‖End Specification List‖

‖ BOM Information ‖
A2006-C-4-7
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

‖ End BOM Information ‖



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | SCHEDULE AGREEMENT | | PO Number: | | | 2465630 |
| | | | | AGG-474-81560-16 | | | | | |
| | | | | PURCHASE ORDER | | Revision Number: | | | 9 |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | EA | A2003-C-2-3 | D | | See Portal | | See Delivery Schedule | 0.0000 | N | $ 0 |

Total Line Charge       $ 0 USD

Line Status: Canceled

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, SHORT Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2003-C-2-3
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 111.0000 | EA | A2006-C-3-3 | D | | See Portal | | See Delivery Schedule | 19.9500 | N | 2,214.45 |

Total Line Charge       2,214.45 USD



| | SCHEDULE AGREEMENT | PO Number: | 2465630 |
|---|---|---|---|
| | AGG-474-81560-16 | Revision Number: | 9 |
| | PURCHASE ORDER | | |

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4 Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

IIStart Specification ListII
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
IIEnd Specification ListII

II BOM Information II
A2006-C-3-3
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 0 | EA | A2003-C-1-3 | D | | See Portal | | See Delivery Schedule | 0.0000 | N | $ 0 |

Total Line Charge                                                    $ 0 USD

**Line Status: Canceled**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, SHORT Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

# SPACEX

**SCHEDULE AGREEMENT**
AGG-474-81560-16
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2003-C-1-3
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 23.0000 | EA | A2021-C-6 | B | | See Portal | | See Delivery Schedule | 27.5000 | N | 632.50 |

Total Line Charge — 632.50 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

| Description |
|---|

FASTENER, DOUBLE ENDED, FLAT, #10 TO 1/4

||Start Specification List||
SPX-00000874 v59.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2021-C-6
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-14 - NONDESTRUCTIVE TEST REPORT
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-29a - NDT CERTIFICATION
    SPXQC-54 - NON-DESTRUCTIVE TESTING (NDT)
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||



| | | SCHEDULE AGREEMENT | PO Number: | 2465630 |
|---|---|---|---|---|
| | | AGG-474-81560-16 | Revision Number: | 9 |
| | | PURCHASE ORDER | | |

| Line | Qty | UM | Part ID / *Mfg Part ID* / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1294.0000 | EA | A2013-N-13-2 | E | | See Portal | | See Delivery Schedule | 36.9500 | N | 47,813.30 |

Total Line Charge  47,813.30 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

| Description |
|---|

**FASTENER, DOUBLE ENDED 5/16 TO 3/8**

IIStart Specification ListII
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00042457 v11.0
IIEnd Specification ListII

II BOM Information II
A2013-N-13-2
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

| Line | Qty | UM | Part ID / *Mfg Part ID* / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 0 | EA | A2014-C | B | | See Portal | | See Delivery Schedule | 0.0000 | N | $ 0 |

Total Line Charge  $ 0 USD



| | SCHEDULE AGREEMENT | PO Number: | 2465630 |
| | AGG-474-81560-16 | Revision Number: | 9 |
| | PURCHASE ORDER | | |

**Line Status: Canceled**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

| Description |
|---|

FASTENER, DOUBLE ENDED, 7/16 TO 1/4

llStart Specification Listll
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00042457 v11.0
llEnd Specification Listll

ll BOM Information ll
A2014-C
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 0 | EA | A2008-C-9-3 | B | | See Portal | | See Delivery Schedule | 0.0000 | N | $ 0 |

**Total Line Charge**      $ 0 USD

**Line Status: Canceled**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

| Description |
|---|

FASTENER, DOUBLE ENDED, 3/8 TO 5/16 Dimensional inspection
of parts shall be in accordance with SPX-00025120, Section 5.3.
Namely, samples sizes shown in Table 7 shall apply, and only the
Key and Major characteristics identified in Section 5.3.4 shall be
inspected

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2008-C-9-3
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-56 - FIRST ARTICLE SHIPMENT
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 142.0000 | EA | A2006-C-3-7 | D | | See Portal | | See Delivery Schedule | 20.9500 | N | 2,974.90 |

**Total Line Charge**  2,974.90 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**
FASTENER, DOUBLE ENDED, 1/4 TO 1/4 Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2006-C-3-7
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

PO Number: 2465630
Revision Number: 9

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| 11 | 0 | EA | A2002-C-6-4 | D | | See Portal | | See Delivery Schedule | 0.0000 | N | $ 0 |

**Total Line Charge** $ 0 USD

**Line Status: Canceled**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

| Description |
|------|
| FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG |

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2002-C-6-4
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| 12 | 133.0000 | EA | A2006-C-1-3 | D | | See Portal | See Delivery Schedule | 19.9500 | N | 2,653.35 |

**Total Line Charge**       2,653.35 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4 Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2006-C-1-3
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 0 | EA | A2002-C-4-2 | D | | See Portal | | See Delivery Schedule | 0.0000 | N | $ 0 |

**Total Line Charge**       $ 0 USD

**Line Status: Canceled**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

Bolt, Nut, Screw, Rivet and Washer Manufacturing    332722    0.00    600

**Description**

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG Dimensional inspection of parts shall be in accordance with SPX-0025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

IIStart Specification ListII
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
IIEnd Specification ListII

II BOM Information II
A2002-C-4-2
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 0 | EA | A2015-C-4-8 | B | | See Portal | | See Delivery Schedule | 0.0000 | N | $ 0 |

**Total Line Charge**                                                  **$ 0 USD**

**Line Status: Canceled**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**

FASTENER, DOUBLE ENDED, #10 TO #10

IIStart Specification ListII
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
IIEnd Specification ListII

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

||BOM Information ||
A2015-C-4-8
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-14 - NONDESTRUCTIVE TEST REPORT
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-29a - NDT CERTIFICATION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 129.0000 | EA | A2006-C-2-6 | D | | See Portal | | See Delivery Schedule | 19.9500 | N | 2,573.55 |

| | | |
|---|---|---|
| **Total Line Charge** | | **2,573.55 USD** |

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4 Dimensional inspection of
parts shall be in accordance with SPX-00025120, Section 5.3.

**THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:**

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2006-C-2-6
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

# SPACEX

**SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3.

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 30.0000 | EA | A2020-C-4 | B | | See Portal | | See Delivery Schedule | 16.5000 | N | 495.00 |

**Total Line Charge** — 495.00 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard in Million Dollars | Size Standard in # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

Description

FASTENER, DOUBLE ENDED, #10 TO 1/4

IIStart Specification ListII
SPX-00000874 v59.0
SPX-00042457 v11.0
IIEnd Specification ListII

II BOM Information II
A2020-C-4
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 59.0000 | EA | A2015-C-2-4 | B | | See Portal | | See Delivery Schedule | 11.6500 | N | 687.35 |

**Total Line Charge** — 687.35 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**

**FASTENER, DOUBLE ENDED, #10 TO #10**

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2015-C-2-4
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-14 - NONDESTRUCTIVE TEST REPORT
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-29a - NDT CERTIFICATION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part. Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 0 | EA | A2002-C-4-7 | D | | See Portal | | See Delivery Schedule | 0.0000 | N | $ 0 |

**Total Line Charge**                                                                                   **$ 0 USD**

**Line Status: Canceled**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**

**FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG** Dimensional
inspection of parts shall be in accordance with SPX-00025120,
Section 5.3. Namely, samples sizes shown in Table 7 shall apply,
and only the Key and Major characteristics Identified in Section
5.3.4 shall be inspected

**THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:**

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

PO Number: 2465630

Revision Number: 9

|| BOM Information ||
A2002-C-4-7
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 0 | EA | A2006-C-2-3 | D | | See Portal | | See Delivery Schedule | 0.0000 | N | $ 0 |

**Total Line Charge**      $ 0 USD

**Line Status: Canceled**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard in Million Dollars | Size Standard in # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

Description

FASTENER, DOUBLE ENDED, 1/4 TO 1/4 Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2006-C-2-3
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

PO Number: 2465630

Revision Number: 9

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 20 | 98.0000 | EA | A2002-C-4-4 | D | | See Portal | | See Delivery Schedule | 24.4000 | N | 2,391.20 |

Total Line Charge 2,391.20 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|-----|-----|-----|-----|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

| Description |
|-----|

FASTENER, DOUBLE ENDED, 5/16 TO 1/4, LONG Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2002-C-4-4
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| 21 | 1053.0000 | EA | A2006-C-4-7 | B | | See Portal | 28 | See Delivery Schedule | 22.9500 | N | 24,166.35 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | Total Line Charge | 24,166.35 USD |
|---|---|---|

| Line Tax Exemptions | | Misc Fee | Line/Fee Amount |
|---|---|---|---|
| California Flight Exemption | | | 24166.35 |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Bolt, Nut, Screw, Rivet and Washer Manufacturing | 332722 | 0.00 | 600 |

**Description**

FASTENER, DOUBLE ENDED, 1/4 TO 1/4

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v11.0
||End Specification List||

|| BOM Information ||
A2006-C-4-7
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| | $87,038.00 |
|---|---|
| ORDER TOTAL: | USD |

Order Specifications (no technical deviations)

This purchase order is governed by a Schedule Agreement AGG-474-81560-16 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs.

# **SPACEX**

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

*SpaceX prefers invoice submission via supplierportal.spacex.com or EDI 810. Need Portal access? Contact your buyer. New to Portal? Check out the User Guide by logging in and clicking 'How To I FAQ.' Interested in EDI 810? Contact EDI-Implementation@spacex.com Other invoicing questions? Contact AccountsPayable@spacex.com*

*PO Attachments can be downloaded via the PO Detail page in supplierportal.spacex.com*

*Beginning January 1, 2025, SpaceX will no longer be making check payments. To avoid payment delays, please initiate self-enrollment to ACH payments via supplierportal.spacex.com/electronic-bank-account/list/ as soon as possible. Questions on ACH banking verification? Contact ACH@spacex.com*

*SpaceX PO number must be included on all shipping and invoice documents.*

*Free Carrier assumes shipping point as the origin location. Delivered at Place assumes Ship To Location as destination location*

**Terms and Conditions.** Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR) and FAR Supplement clauses. The following documents are applicable to this purchase order and incorporated herein by reference: (1) SpaceX Standard Terms and Conditions available at http://www.spacex.com/legal/tsandcs; (2) SpaceX FAR and FAR Supplement Flowdown Clauses available at http://www.spacex.com/legal/farflowdown; (3) SpaceX Quality Clause Attachment for Purchase Orders available at http://www.spacex.com/legal/qualityclause; and (4) SpaceX Supplier Manual available at http://www.spacex.com/legal/suppliermanual. Additional supplier forms are available at http://www.spacex.com/legal. To access these websites, please enter the password #SallyRide.

By performing under this subcontract, the subcontractor confirms that subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) are current, accurate and complete as of the date of the offer for this subcontract for the NAICS and corresponding size standard stated above. If you are a Small Business based on SAM.gov Reps and Certs per FAR 52.219-1 but for the NAICS code assigned to the PO Line you are not a Small Business, please go to SpaceX.com/legal pass: #SallyRide fill out NAICSDispute.xlsx form and promptly email NAICS@spacex.com.

Note by performing this subcontract under the assigned NAICS and corresponding size standard stated above under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small business, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (i) Be punished by imposition of fine, imprisonment, or both; (ii) Be subject to administrative remedies, including suspension and debarment; and (iii) Be ineligible for participation in programs conducted under the authority of the Act.

## Tax Exemptions

| PO Line Number | Misc Fee | Line/Fee Amount | Tax Exemptions |
|---|---|---|---|
| 21 | | $24,166.35 | California Flight Exemption |

## CHANGE SINCE PREVIOUS VERSION FOR PURCHASE ORDER: 2465630

## APPENDIX

| DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
|---|---|---|---|---|
| 12/9/2024 11:59 AM | BuyerUserID | 2465630 | Alex Dobrenen | Atiya Rauf |
| 12/9/2024 11:59 AM | PartRevision | 2465630/21 | D | B |
| 12/9/2024 11:59 AM | PurchaseOrderRequirementID | 2465630/21 | A2006-C-4-7/D - Included | |



| | | SCHEDULE AGREEMENT | PO Number: | | 2465630 |
| | | AGG-474-81560-16 | | | |
| | | PURCHASE ORDER | Revision Number: | | 9 |

| REVISION NUMBER | DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
|---|---|---|---|---|---|
| 9 | 12/9/2024 11:59 AM | BuyerUserID | 2465630 | Alex Dobrenen | Atiya Rauf |
| 9 | 12/9/2024 11:59 AM | PartRevision | 2465630/21 | D | B |
| 9 | 12/9/2024 11:59 AM | PurchaseOrderRequirementID | 2465630/21 | A2006-C-4-7/D - Included | |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/1 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/10 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/11 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/12 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/13 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/14 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/15 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/16 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/17 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/18 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/19 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/2 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/20 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | PartRevision | 2465630/21 | B | D |
| 8 | 11/26/2024 8:48 AM | PurchaseOrderRequirementID | 2465630/21 | | A2006-C-4-7/D - Included |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/3 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/4 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/5 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/6 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/7 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/8 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 8 | 11/26/2024 8:48 AM | CorporateDocument VersionID | 2465630/9 | SPX-00042457 : v9.0 | SPX-00042457 : v11.0 |
| 7 | 11/25/2024 1:13 PM | Add New Line | 2465630/21 | | |
| 7 | 11/25/2024 1:13 PM | CorporateDocument VersionID | 2465630/21 | | SPX-00042457 : v11.0 |
| 7 | 11/25/2024 1:13 PM | QualityID | 2465630/21 | | SPXQC-17 |
| 6 | 11/18/2024 3:21 PM | AcknowledgedFlag | 2465630 | True | False |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/1 | Open | Canceled |

# SPACEX

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/1 | 6/13/2025 | 11/17/2024 |
|---|---|---|---|---|---|
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/1 | 20.000000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/1 | 500.0000 | 0.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/10 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/10 | 2/23/2026 | 12/5/2024 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/10 | 1500.0000 | 142.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/11 | Open | Canceled |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/11 | 4/14/2026 | 11/17/2024 |
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/11 | 23.500000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/11 | 2500.0000 | 0.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/12 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/12 | 8/5/2026 | 12/5/2024 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/12 | 2500.0000 | 133.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/13 | Open | Canceled |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/13 | 2/20/2027 | 11/17/2024 |
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/13 | 20.500000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/13 | 7500.0000 | 0.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/14 | Open | Canceled |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/14 | 8/5/2026 | 11/17/2024 |
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/14 | 13.950000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/14 | 2500.0000 | 0.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/15 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/15 | 8/12/2026 | 12/5/2024 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/15 | 2500.0000 | 129.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/16 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/16 | 8/14/2026 | 12/30/2024 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/16 | 20000.0000 | 30.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/17 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/17 | 10/10/2026 | 4/18/2025 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/17 | 10000.0000 | 59.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/18 | Open | Canceled |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/18 | 12/5/2027 | 11/17/2024 |
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/18 | 22.500000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/18 | 2500.0000 | 0.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/19 | Open | Canceled |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/19 | 10/21/2026 | 11/17/2024 |
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/19 | 19.950000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/19 | 2500.0000 | 0.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/2 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/2 | 10/31/2025 | 12/30/2024 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/2 | 1000.0000 | 19.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/20 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/20 | 4/13/2027 | 12/5/2024 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/20 | 2500.0000 | 98.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/3 | Open | Canceled |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/3 | 8/26/2026 | 11/17/2024 |
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/3 | 26.000000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/3 | 1000.0000 | 0.0000 |

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/4 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/4 | 12/8/2025 | 12/5/2024 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/4 | 2500.0000 | 111.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/5 | Open | Canceled |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/5 | 12/8/2025 | 11/17/2024 |
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/5 | 21.500000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/5 | 2500.0000 | 0.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/6 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/6 | 12/8/2025 | 1/30/2025 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/6 | 3000.0000 | 23.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/7 | Open | Closed |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/7 | 1500.0000 | 1294.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/8 | Open | Canceled |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/8 | 2/14/2026 | 11/17/2024 |
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/8 | 25.550000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/8 | 30000.0000 | 0.0000 |
| 6 | 11/18/2024 3:21 PM | LineStatus | 2465630/9 | Open | Canceled |
| 6 | 11/18/2024 3:21 PM | NeedDate | 2465630/9 | 2/21/2026 | 11/17/2024 |
| 6 | 11/18/2024 3:21 PM | UnitPrice | 2465630/9 | 22.950000 | 0.000000 |
| 6 | 11/18/2024 3:21 PM | UserOrderQuantity | 2465630/9 | 1000.0000 | 0.0000 |
| 5 | 6/26/2024 4:04 PM | BuyerUserID | 2465630 | Atiya Rauf | Alex Dobrenen |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/1 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/1 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/1 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/1 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/10 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/10 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/10 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/10 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/11 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/11 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/11 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/12 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/12 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/12 | | SPXQC-101 |

**SPACEX**

| PO Number: | | 2465630 |
|---|---|---|
| Revision Number: | | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/12 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/13 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | NeedDate | 2465630/13 | 8/5/2026 | 2/20/2027 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/13 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/13 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/13 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/14 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/14 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/14 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/15 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | NeedDate | 2465630/15 | 8/5/2026 | 8/12/2026 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/15 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/15 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/15 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/16 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/16 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/16 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/16 | SPXQC-14 | |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/16 | SPXQC-29a | |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/17 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/17 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/17 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/18 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | NeedDate | 2465630/18 | 10/21/2026 | 12/5/2027 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/18 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/18 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/18 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/19 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/19 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/19 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/19 | | SPXQC-102 |

**SPACEX**

SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER

| PO Number: | 2465630 |
| Revision Number: | 9 |

| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/2 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
|---|---|---|---|---|---|
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/2 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/2 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/20 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | NeedDate | 2465630/20 | 10/21/2026 | 4/13/2027 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/20 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/20 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/20 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/3 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | NeedDate | 2465630/3 | 10/31/2025 | 8/26/2026 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/3 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/3 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/3 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/4 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/4 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/4 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/4 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/5 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/5 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/5 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/5 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/6 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/6 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/6 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/7 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/7 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/7 | | SPXQC-102 |
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/8 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/8 | | SPXQC-101 |

# SPACEX

| | | SCHEDULE AGREEMENT | | PO Number: | | 2465630 |
| | | AGG-474-81560-16 | | Revision Number: | | 9 |
| | | PURCHASE ORDER | | | | |

| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/8 | | SPXQC-102 |
|---|---|---|---|---|---|
| 5 | 6/26/2024 4:04 PM | CorporateDocument VersionID | 2465630/9 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 5 | 6/26/2024 4:04 PM | PurchaseOrderLine Specification | 2465630/9 | | Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/9 | | SPXQC-101 |
| 5 | 6/26/2024 4:04 PM | QualityID | 2465630/9 | | SPXQC-102 |
| 4 | 5/13/2024 11:17 AM | AcknowledgedFlag | 2465630 | True | False |
| 4 | 5/13/2024 11:17 AM | BuyerUserID | 2465630 | Alex Dobrenen | Atiya Rauf |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/1 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/1 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/10 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/10 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/11 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/11 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/12 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/12 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/13 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/13 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/14 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/14 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/15 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/15 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/16 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/17 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/17 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/18 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/18 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/19 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/19 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/2 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |

**SPACEX**

SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/2 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/20 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/20 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/3 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/3 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/4 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/4 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/5 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/5 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/6 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/7 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/7 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/8 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/8 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/9 | SPX-00000874 : v57.0 | SPX-00000874 : v58.0 |
| 4 | 5/13/2024 11:17 AM | CorporateDocument VersionID | 2465630/9 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/1 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/10 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/10 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/11 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/11 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/12 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/12 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/13 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/13 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/14 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/14 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/15 | | SPX-00025120 : v5.0 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | | 2465630 |
|---|---|---|
| Revision Number: | | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/15 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/17 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/17 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/18 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/18 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/19 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/19 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/2 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/2 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/20 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/20 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/3 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/3 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | PartRevision | 2465630/3 | C | D |
| 3 | 2/15/2024 2:38 PM | PurchaseOrderReq uirementID | 2465630/3 | | A2003-C-2-3/D - Included |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/4 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/4 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/5 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/5 | | SPX-00035093 : v3.0 |
| 3 | 2/15/2024 2:38 PM | PartRevision | 2465630/5 | C | D |
| 3 | 2/15/2024 2:38 PM | PurchaseOrderReq uirementID | 2465630/5 | | A2003-C-1-3/D - Included |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/7 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/8 | | SPX-00025120 : v5.0 |
| 3 | 2/15/2024 2:38 PM | CorporateDocument VersionID | 2465630/9 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/1 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/1 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/10 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/10 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/10 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | PartRevision | 2465630/10 | C | D |

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 2/14/2024 9:45 AM | PurchaseOrderReq uirementID | 2465630/10 | A2006-C-3-7/C - Included | A2006-C-3-7/D - Included |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/11 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/11 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/11 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/12 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/12 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/12 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | PartRevision | 2465630/12 | C | D |
| 2 | 2/14/2024 9:45 AM | PurchaseOrderReq uirementID | 2465630/12 | A2006-C-1-3/C - Included | A2006-C-1-3/D - Included |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/13 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/13 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/13 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/14 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/14 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/14 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/15 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/15 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/15 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | PartRevision | 2465630/15 | C | D |
| 2 | 2/14/2024 9:45 AM | PurchaseOrderReq uirementID | 2465630/15 | A2006-C-2-6/C - Included | A2006-C-2-6/D - Included |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/16 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | PartRevision | 2465630/16 | A | B |
| 2 | 2/14/2024 9:45 AM | PurchaseOrderReq uirementID | 2465630/16 | A2020-C-4/A - Included | |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/17 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/17 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/17 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/18 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/18 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/18 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/19 | | SPX-00025120 : v5.0 |

**SPACEX**

SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/19 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/19 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | PartRevision | 2465630/19 | C | D |
| 2 | 2/14/2024 9:45 AM | PurchaseOrderReq uirementID | 2465630/19 | A2006-C-2-3/C - Included | A2006-C-2-3/D - Included |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/2 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/2 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/2 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/20 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/20 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/20 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/3 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/3 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/3 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/4 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/4 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/4 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | PartRevision | 2465630/4 | C | D |
| 2 | 2/14/2024 9:45 AM | PurchaseOrderReq uirementID | 2465630/4 | A2006-C-3-3/C - Included | A2006-C-3-3/D - Included |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/5 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/5 | | SPX-00035093 : v3.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/5 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/6 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | PartRevision | 2465630/6 | A | B |
| 2 | 2/14/2024 9:45 AM | PurchaseOrderReq uirementID | 2465630/6 | A2021-C-6/A - Included | |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/7 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/7 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/8 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/8 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/9 | | SPX-00025120 : v5.0 |
| 2 | 2/14/2024 9:45 AM | CorporateDocument VersionID | 2465630/9 | SPX-00000874 : v56.0 | SPX-00000874 : v57.0 |

**SPACEX**

SCHEDULE AGREEMENT
AGG-474-81560-16
PURCHASE ORDER

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1/10/2024 10:09 AM | AcknowledgedFlag | 2465630 | True | False |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/1 | | SPX-00025120 : v5.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/1 | | 6/13/2025 |
| 1 | 1/10/2024 10:08 AM | PartRevision | 2465630/1 | B | D |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/1 | | 6/13/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/1 | AgreementItemReferen ceId: AGG-ITEM-4381-41181-8 | |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderReq uirementID | 2465630/1 | | A2001-C-4-19/D - Included |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/10 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/10 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/10 | | 2/23/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/10 | | 2/23/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/10 | AgreementItemReferen ceId: AGG-ITEM-4392-45137-15 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/11 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/11 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/11 | | 4/14/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/11 | | 4/14/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/11 | AgreementItemReferen ceId: AGG-ITEM-4385-81801-15 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/12 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/12 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/12 | | 8/5/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/12 | | 8/5/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/12 | AgreementItemReferen ceId: AGG-ITEM-4388-68991-33 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/13 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/13 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/13 | | 8/5/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/13 | | 8/5/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/13 | AgreementItemReferen ceId: AGG-ITEM-4382-25154-11 | |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/14 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/14 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/14 | | 8/5/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/14 | | 8/5/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/14 | AgreementItemReferen ceId: AGG-ITEM-4398-15270-16 | |

**SPACEX**

| | | | | | |
|---|---|---|---|---|---|
| | | SCHEDULE AGREEMENT<br>AGG-474-81560-16<br>PURCHASE ORDER | | PO Number: | **2465630** |
| | | | | Revision Number: | 9 |

| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/15 | | SPX-00025120 : v5.0 |
|---|---|---|---|---|---|
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/15 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/15 | | 8/5/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/15 | | 8/5/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/15 | | AgreementItemReferen ceId: AGG-ITEM-4390-94012-9 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/16 | | 8/14/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/16 | | 8/14/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/16 | | AgreementItemReferen ceId: AGG-ITEM-4399-92571-26 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/17 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/17 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/17 | | 10/10/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/17 | | 10/10/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/17 | | AgreementItemReferen ceId: AGG-ITEM-4397-19590-24 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/18 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/18 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/18 | | 10/21/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/18 | | 10/21/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/18 | | AgreementItemReferen ceId: AGG-ITEM-4384-41780-16 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/19 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/19 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/19 | | 10/21/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/19 | | 10/21/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/19 | | AgreementItemReferen ceId: AGG-ITEM-4389-66023-18 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/2 | | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/2 | | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/2 | | 10/31/2025 |
| 1 | 1/10/2024 10:08 AM | PartRevision | 2465630/2 | B | D |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/2 | | 10/31/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/2 | | AgreementItemReferen ceId: AGG-ITEM-4393-42281-13 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderReq uirementID | 2465630/2 | | A2006-C-4-7/D - Included |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/20 | | SPX-00025120 : v5.0 |

# SPACEX

| PO Number: | 2465630 |
|---|---|
| Revision Number: | 9 |

| | | | | |
|---|---|---|---|---|
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/20 | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/20 | 10/21/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/20 | 10/21/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/20 | AgreementItemReferen ceId: AGG-ITEM-4383-25167-16 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/3 | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/3 | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/3 | 10/31/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/3 | 10/31/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/3 | AgreementItemReferen ceId: AGG-ITEM-4387-40904-16 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/4 | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/4 | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/4 | 12/8/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/4 | 12/8/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/4 | AgreementItemReferen ceId: AGG-ITEM-4391-48229-19 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/5 | SPX-00025120 : v5.0 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/5 | SPX-00035093 : v3.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/5 | 12/8/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/5 | 12/8/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/5 | AgreementItemReferen ceId: AGG-ITEM-4386-31387-20 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/6 | 12/8/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/6 | 12/8/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/6 | AgreementItemReferen ceId: AGG-ITEM-4400-24618-6 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/7 | SPX-00025120 : v5.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/7 | 12/28/2025 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/7 | 12/28/2025 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/7 | AgreementItemReferen ceId: AGG-ITEM-4395-43400-9 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/8 | SPX-00025120 : v5.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/8 | 2/14/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/8 | 2/14/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/8 | AgreementItemReferen ceId: AGG-ITEM-4396-32630-13 |
| 1 | 1/10/2024 10:08 AM | CorporateDocument VersionID | 2465630/9 | SPX-00025120 : v5.0 |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465630/9 | 2/21/2026 |

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | **2465630** |
|---|---|
| **Revision Number:** | 9 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465630/9 | | 2/21/2026 |
| 1 | 1/10/2024 10:08 AM | PurchaseOrderLine Specification | 2465630/9 | AgreementItemReferen celd: AGG-ITEM-4394-71159-20 | |

# EXHIBIT D

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| | |
|---|---|
| **SCHEDULE AGREEMENT**<br>**AGG-385-63531-15**<br>**PURCHASE ORDER** | **PO Number:** 2425869 |
| | **Revision Number:** 0 |

### APPROVED

**Bill To:**

Submit invoices using supplierportal.spacex.com
(more details below)

**Space Exploration Technologies Corp.**
1 Rocket Road
Hawthorne, CA 90250, USA

**Order Date:** 9/16/2023

**Issued To:**

M. S. Aerospace Inc.
13928 Balboa Blvd.
Sylmar, CA  91342    US

Phone:    Fax:
Contact:
Email:

**Ship To:**

Include SpaceX PO # on all shipping documents
Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Alex Dobrenen
Email: Alex.Dobrenen@spacex.com
Phone: +1 (310) 682-2372

### This Purchase Order is part of Schedule Agreement: AGG-385-63531-15
For more details please visit https://www.supplierportal.spacex.com/ and click on the "Agreements" link

| Terms | Supplier Code | Incoterms | Shipping Method | Status |
|---|---|---|---|---|
| Net 30 Days | MSAERO | Free Carrier | FedEx Ground - Acct#<br>631605893 - U.S. Only | Released |

| Line | Qty | UM | Part ID /<br>*Mfg Part ID /*<br>*Mfg Name* | Part<br>Rev. | Supplier<br>Part ID | Delivery<br>Schedule | Frozen<br>Window<br>(days) | Ship Mode | Unit Price<br>(USD) | Taxable | Extended Price<br>(USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5000.0000 | EA | A3001-C-4-42 | E | | See Portal | 28 | FedEx<br>Ground -<br>Acct#<br>631605893 -<br>U.S. Only | 11.7500 | N | 58,750.00 |
| | | | | | | **Total Line Charge** | | | | | **58,750.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, HEADED PIN, PROTRUDING, TENSION
AgreementItemReferenceId: AGG-ITEM-3234-68020-5
llStart Specification Listll
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425869 |
|---|---|
| Revision Number: | 0 |

‖ BOM Information ‖
A3001-C-4-42
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

‖ End BOM Information ‖

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 2500.0000 | EA | A3001-C-5-8 | E | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 12.0000 | N | 30,000.00 |

|  |  | Total Line Charge | 30,000.00 USD |
|---|---|---|---|

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|

FASTENER, HEADED PIN, PROTRUDING, TENSION
AgreementItemReferenceId: AGG-ITEM-3235-46674-17

‖Start Specification List‖
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
‖End Specification List‖

‖ BOM Information ‖
A3001-C-5-8
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-56 - FIRST ARTICLE SHIPMENT
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

‖ End BOM Information ‖

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425869 |
| --- | --- |
| Revision Number: | 0 |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | 9000.0000 | EA | A3001-C-4-21 | E | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 8.5000 | N | 76,500.00 |

| | | | | | | Total Line Charge | | | | | 76,500.00 USD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
| --- | --- | --- | --- |

**Description**

FASTENER, HEADED PIN, PROTRUDING, TENSION
AgreementItemReferenceId: AGG-ITEM-3232-16025-1

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||
|| BOM Information ||
A3001-C-4-21
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4 | 10000.0000 | EA | A3001-C-4-40 | E | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 11.7500 | N | 117,500.00 |

| | | | | | | Total Line Charge | | | | | 117,500.00 USD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
| --- | --- | --- | --- |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
AGG-385-63531-15
**PURCHASE ORDER**

PO Number: **2425869**

Revision Number: 0

---

Description

**FASTENER, HEADED PIN, PROTRUDING, TENSION**
AgreementItemReferenceId: AGG-ITEM-3233-14045-2

llStart Specification Listll
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll

ll BOM Information ll
A3001-C-4-40
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

ORDER TOTAL: **$282,750.00 USD**

---

Order Specifications (no technical deviations)

This purchase order is governed by a Schedule Agreement AGG-385-63531-15 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs.

*SpaceX prefers invoice submission via supplierportal.spacex.com or EDI 810. Need Portal access? Contact your buyer. New to Portal? Check out the User Guide by logging in and clicking 'How To I FAQ.' Interested in EDI 810? Contact EDI-Implementation@spacex.com Other invoicing questions? Contact AccountsPayable@spacex.com*

*SpaceX PO number must be included on all shipping and invoice documents.*

*Free Carrier assumes shipping point as the origin location. Delivered at Place assumes Ship To Location as destination location*

**Terms and Conditions.** Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR) and FAR Supplement clauses. The following documents are applicable to this purchase order and incorporated herein by reference: (1) SpaceX Standard Terms and Conditions available at http://www.spacex.com/legal/tsandcs; (2) SpaceX FAR and FAR Supplement Flowdown Clauses available at http://www.spacex.com/legal/farflowdown; (3) SpaceX Quality Clause Attachment for Purchase Orders available at http://www.spacex.com/legal/qualityclause; and (4) SpaceX Supplier Manual available at http://www.spacex.com/legal/suppliermanual. Additional supplier forms are available at http://www.spacex.com/legal. To access these websites, please enter the password #SallyRide.

By performing under this subcontract, the subcontractor confirms that subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) are current, accurate and complete as of the date of the offer for this subcontract for the NAICS and corresponding size standard stated above. If you are a Small Business based on SAM.gov Reps and Certs per FAR 52.219-1 but for the NAICS code assigned to the PO Line you are not a Small Business, please go to SpaceX.com/legal pass: #SallyRide fill out NAICSDispute.xlsx form and promptly email NAICS@spacex.com

Note by performing this subcontract under the assigned NAICS and corresponding size standard stated above under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (i) Be punished by imposition of fine, imprisonment, or both; (ii) Be subject to administrative remedies, including suspension and debarment; and (iii) Be ineligible for participation in programs conducted under the authority of the Act.

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# EXHIBIT E

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425868 |
|---|---|

**Revision Number:** 6

**APPROVED**

**Bill To:**

Submit invoices using supplierportal.spacex.com
(more details below)

**Space Exploration Technologies Corp.**
1 Rocket Road
Hawthorne, CA 90250, USA

**Order Date:** 9/16/2023

**Issued To:**

M. S. Aerospace Inc.
13928 Balboa Blvd.
Sylmar, CA 91342   US

Phone:    Fax:
Contact:
Email:

**Ship To:**

Include SpaceX PO # on all shipping documents
Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA 90250-3356
UNITED STATES

**Buyer Information:**

Buyer: Alex Dobrenen
Email: Alex.Dobrenen@spacex.com
Phone: +1 (310) 682-2372

**This Purchase Order is part of Schedule Agreement: AGG-385-63531-15**
For more details please visit https://www.supplierportal.spacex.com/ and click on the "Agreements" link

| Terms | Supplier Code | Incoterms | Shipping Method | Status |
|---|---|---|---|---|
| Net 30 | MSAERO | Free Carrier | See Delivery Schedule | Released |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2500.0000 | EA | A3001-C-4-12 | E | | See Portal | 28 | See Delivery Schedule | 8.0000 | N | 20,000.00 |

| | | | | | | **Total Line Charge** | | | | | **20,000.00 USD** |

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**
FASTENER, HEADED PIN, PROTRUDING, TENSION
AgreementItemReferenceId: AGG-ITEM-3227-86570-17

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-4-12
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-56 - FIRST ARTICLE SHIPMENT
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Page 1 of 22

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

SCHEDULE AGREEMENT
AGG-385-63531-15
PURCHASE ORDER

PO Number: 2425868

Revision Number: 6

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2 | 2500.0000 | EA | A3001-C-4-17 | E | | See Portal | 28 | See Delivery Schedule | 8.5000 | N | 21,250.00 |

Total Line Charge                                                                21,250.00 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|-----|-----|-----|-----|

**Description**

FASTENER, HEADED PIN, PROTRUDING, TENSION
AgreementItemReferenceId: AGG-ITEM-3230-20092-98

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-4-17
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-56 - FIRST ARTICLE SHIPMENT
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 3 | 15000.0000 | EA | A3001-C-4-7 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 108,750.00 |

Total Line Charge                                                                108,750.00 USD

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

---

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

**FASTENER, HEADED PIN, PROTRUDING, TENSION**

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-4-7
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-10a - MATERIAL TRACEABILITY
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-56 - FIRST ARTICLE SHIPMENT
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 6000.0000 | EA | A3001-C-4-11 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 43,500.00 |

| | | | | | | **Total Line Charge** | | | | | **43,500.00 USD** |

---

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

**FASTENER, HEADED PIN, PROTRUDING, TENSION**

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

|| BOM Information ||
A3001-C-4-11
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-56 - FIRST ARTICLE SHIPMENT
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 6000.0000 | EA | A3001-C-3-3 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 43,500.00 |

**Total Line Charge**      43,500.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|
FASTENER, HEADED PIN, PROTRUDING, TENSION

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-3-3
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-56 - FIRST ARTICLE SHIPMENT
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 15000.0000 | EA | A3001-C-4-10 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 108,750.00 |

| | | | | | | Total Line Charge | | | | | 108,750.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, HEADED PIN, PROTRUDING, TENSION

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-4-10
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 6000.0000 | EA | A3001-C-4-9 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 43,500.00 |

| | | | | | | Total Line Charge | | | | | 43,500.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

**Description**

**FASTENER, HEADED PIN, PROTRUDING, TENSION**

**llStart Specification Listll**
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
**llEnd Specification Listll**

**ll BOM Information ll**
A3001-C-4-9
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-56 - FIRST ARTICLE SHIPMENT
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

**ll End BOM Information ll**

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 25000.0000 | EA | A3001-C-4-6 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 181,250.00 |

| | | | | | | Total Line Charge | | | | | 181,250.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

**Description**

**FASTENER, HEADED PIN, PROTRUDING, TENSION**

**llStart Specification Listll**
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
**llEnd Specification Listll**

**ll BOM Information ll**
A3001-C-4-6
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

**ll End BOM Information ll**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

SCHEDULE AGREEMENT
AGG-385-63531-15
PURCHASE ORDER

PO Number: 2425868

Revision Number: 6

| Line | Qty | UM | Part ID / *Mfg Part ID* / *Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|-----|------|------|------|------|------|------|------|------|
| 9 | 15000.0000 | EA | A3001-C-3-6 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 108,750.00 |

Total Line Charge 108,750.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|

**Description**

FASTENER, HEADED PIN, PROTRUDING, TENSION
llStart Specification Listll
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll
ll BOM Information ll
A3001-C-3-6
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-56 - FIRST ARTICLE SHIPMENT
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / *Mfg Part ID* / *Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|-----|------|------|------|------|------|------|------|------|
| 10 | 6000.0000 | EA | A3001-C-3-2 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 43,500.00 |

Total Line Charge 43,500.00 USD

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, HEADED PIN, PROTRUDING, TENSION

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-3-2
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 25000.0000 | EA | A3001-C-3-5 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 181,250.00 |

|  |  |  |  | **Total Line Charge** |  |  |  |  |  |  | 181,250.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, HEADED PIN, PROTRUDING, TENSION

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

| SCHEDULE AGREEMENT | PO Number: | 2425868 |
|---|---|---|
| AGG-385-63531-15 | | |
| PURCHASE ORDER | Revision Number: | 6 |

‖ BOM Information ‖
A3001-C-3-5
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-56 - FIRST ARTICLE SHIPMENT
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

‖ End BOM Information ‖

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 10000.0000 | EA | A3001-C-4-8 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 72,500.00 |

|  |  |  | **Total Line Charge** |  |  |  |  |  |  |  | **72,500.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
|  |  |  |  |

| Description |
|---|
FASTENER, HEADED PIN, PROTRUDING, TENSION

‖Start Specification List‖
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
‖End Specification List‖

‖ BOM Information ‖
A3001-C-4-8
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-56 - FIRST ARTICLE SHIPMENT
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

‖ End BOM Information ‖

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

PO Number: 2425868

Revision Number: 6

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| 13 | 30000.0000 | EA | A3001-C-3-4 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 217,500.00 |

|  |  |  |  |  |  |  |  | Total Line Charge |  |  | 217,500.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|
|  |  |  |  |

**Description**

FASTENER, HEADED PIN, PROTRUDING, TENSION

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-3-4
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-56 - FIRST ARTICLE SHIPMENT
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| 14 | 10000.0000 | EA | A3001-C-4-4 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 72,500.00 |

|  |  |  |  |  |  |  |  | Total Line Charge |  |  | 72,500.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|
|  |  |  |  |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

| | SCHEDULE AGREEMENT<br>AGG-385-63531-15<br>PURCHASE ORDER | PO Number: | 2425868 |
|---|---|---|---|
| | | Revision Number: | 6 |

---

**Description**

**FASTENER, HEADED PIN, PROTRUDING, TENSION**

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-4-4
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-56 - FIRST ARTICLE SHIPMENT
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID /<br>*Mfg Part ID /<br>Mfg Name* | Part<br>Rev. | Supplier<br>Part ID | Delivery<br>Schedule | Frozen<br>Window<br>(days) | Ship Mode | Unit Price<br>(USD) | Taxable | Extended Price<br>(USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 15000.0000 | EA | A3001-C-4-5 | E | | See Portal | 28 | See Delivery<br>Schedule | 7.2500 | N | 108,750.00 |

|  |  |  |  |  | **Total Line Charge** |  |  |  |  |  | 108,750.00<br>USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

---

**Description**

**FASTENER, HEADED PIN, PROTRUDING, TENSION**

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-4-5
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-17 - SOURCE INSPECTION
   SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| | | SCHEDULE AGREEMENT | | PO Number: | 2425868 |
| AGG-385-63531-15 | | | | Revision Number: | 6 |
| PURCHASE ORDER | | | |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 16 | 3000.0000 | EA | A3001-C-4-13 | E | | See Portal | 28 | See Delivery Schedule | 8.0000 | N | 24,000.00 |

| | | | Total Line Charge | | | 24,000.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|
| | | | |

| Description |
|------|
| **FASTENER, HEADED PIN, PROTRUDING, TENSION** |

||Start Specification List||
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
A3001-C-4-13
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-56 - FIRST ARTICLE SHIPMENT
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 17 | 15000.0000 | EA | A3001-C-3-7 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 108,750.00 |

| | | | Total Line Charge | | | 108,750.00 USD |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

PO Number: 2425868

Revision Number: 6

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

Description

FASTENER, HEADED PIN, PROTRUDING, TENSION

IIStart Specification ListII
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
IIEnd Specification ListII

II BOM Information II
A3001-C-3-7
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-17 - SOURCE INSPECTION
    SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

II End BOM Information II

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 6000.0000 | EA | A3001-C-3-8 | E | | See Portal | 28 | See Delivery Schedule | 7.2500 | N | 43,500.00 |

Total Line Charge                    43,500.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

Description

FASTENER, HEADED PIN, PROTRUDING, TENSION

IIStart Specification ListII
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
IIEnd Specification ListII

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
AGG-385-63531-15
**PURCHASE ORDER**

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

ll BOM Information ll
A3001-C-3-8
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 9000.0000 | EA | A3001-C-4-14 | E | | See Portal | 28 | See Delivery Schedule | 8.0000 | N | 72,000.00 |

**Total Line Charge**                                                                 72,000.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

Description
FASTENER, HEADED PIN, PROTRUDING, TENSION
llStart Specification Listll
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll
ll BOM Information ll
A3001-C-4-14
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 5000.0000 | EA | A3001-C-4-20 | E | | See Portal | 28 | See Delivery Schedule | 8.5000 | N | 42,500.00 |

**Total Line Charge** 42,500.00 USD

**Line Status: Closed**

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**
FASTENER, HEADED PIN, PROTRUDING, TENSION

llStart Specification Listll
SPX-00000874 v59.0
SPX-00025120 v6.0
SPX-00035093 v3.0
SPX-00042457 v9.0
llEnd Specification Listll

ll BOM Information ll
A3001-C-4-20
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-17 - SOURCE INSPECTION
  SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

ll End BOM Information ll

| | |
|---|---|
| **ORDER TOTAL:** | **$1,666,000.00 USD** |

Order Specifications (no technical deviations)

11/4/2024 Note: SpaceX authorizes corrosion resistance verification via the Copper Sulfate Test, allowed by AMS 2700F, Section 3.2.1.3.1 for the part number A3001-C-3-6 on this Schedule Agreement.

This purchase order is governed by a Schedule Agreement AGG-385-63531-15 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs.

**SPACEX**

SCHEDULE AGREEMENT
AGG-385-63531-15
PURCHASE ORDER

PO Number: 2425868

Revision Number: 6

*SpaceX prefers invoice submission via supplierportal.spacex.com or EDI 810. Need Portal access? Contact your buyer. New to Portal? Check out the User Guide by logging in and clicking 'How To I FAQ.' Interested in EDI 810? Contact EDI-Implementation@spacex.com Other invoicing questions? Contact AccountsPayable@spacex.com*

*PO Attachments can be downloaded via the PO Detail page in supplierportal.spacex.com*

*Beginning January 1, 2025, SpaceX will no longer be making check payments. To avoid payment delays, please initiate self-enrollment to ACH payments via supplierportal.spacex.com/electronic-bank-account/list/ as soon as possible. Questions on ACH banking verification? Contact ACH@spacex.com*

*SpaceX PO number must be included on all shipping and invoice documents.*

*Free Carrier assumes shipping point as the origin location. Delivered at Place assumes Ship To Location as destination location*

**Terms and Conditions.** Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR) and FAR Supplement clauses. The following documents are applicable to this purchase order and incorporated herein by reference: (1) SpaceX Standard Terms and Conditions available at http://www.spacex.com/legal/tsandcs; (2) SpaceX FAR and FAR Supplement Flowdown Clauses available at http://www.spacex.com/legal/farflowdown; (3) SpaceX Quality Clause Attachment for Purchase Orders available at http://www.spacex.com/legal/qualityclause; and (4) SpaceX Supplier Manual available at http://www.spacex.com/legal/suppliermanual. Additional supplier forms are available at http://www.spacex.com/legal. To access these websites, please enter the password #SallyRide.

By performing under this subcontract, the subcontractor confirms that subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) are current, accurate and complete as of the date of the offer for this subcontract for the NAICS and corresponding size standard stated above. If you are a Small Business based on SAM.gov Reps and Certs per FAR 52.219-1 but for the NAICS code assigned to the PO Line you are not a Small Business, please go to SpaceX.com/legal pass: #SallyRide fill out NAICSDispute.xlsx form and promptly email NAICS@spacex.com.

Note by performing this subcontract under the assigned NAICS and corresponding size standard stated above under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (i) Be punished by imposition of fine, imprisonment, or both; (ii) Be subject to administrative remedies, including suspension and debarment; and (iii) Be ineligible for participation in programs conducted under the authority of the Act.

**Tax Exemptions**

| PO Line Number | Misc Fee | Line/Fee Amount | Tax Exemptions |
|---|---|---|---|
| 3 | | $108,750.00 | California Flight Exemption |
| 4 | | $43,500.00 | California Flight Exemption |
| 5 | | $43,500.00 | California Flight Exemption |
| 6 | | $108,750.00 | California Flight Exemption |
| 7 | | $43,500.00 | California Flight Exemption |
| 8 | | $181,250.00 | California Flight Exemption |
| 9 | | $108,750.00 | California Flight Exemption |
| 10 | | $43,500.00 | California Flight Exemption |
| 11 | | $181,250.00 | California Flight Exemption |
| 12 | | $72,500.00 | California Flight Exemption |
| 13 | | $217,500.00 | California Flight Exemption |
| 14 | | $72,500.00 | California Flight Exemption |
| 15 | | $108,750.00 | California Flight Exemption |
| 16 | | $24,000.00 | California Flight Exemption |
| 17 | | $108,750.00 | California Flight Exemption |
| 18 | | $43,500.00 | California Flight Exemption |
| 19 | | $72,000.00 | California Flight Exemption |

**CHANGE SINCE PREVIOUS VERSION FOR PURCHASE ORDER: 2425868**

**APPENDIX**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425868 |
| --- | --- |
| Revision Number: | 6 |

| DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
| --- | --- | --- | --- | --- |
| 11/4/2024 3:56 PM | AcknowledgedFlag | 2425868 | True | False |
| 11/4/2024 3:56 PM | PurchaseOrderSpecification | 2425868 | This purchase order is governed by a Schedule Agreement AGG-385-63531-15 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs. | 11/4/2024 Note: SpaceX authorizes corrosion resistance verification via the Copper Sulfate Test, allowed by AMS 2700F, Section 3.2.1.3.1 for the part number A3001-C-3-6 on this Schedule Agreement.<br><br>This purchase order is governed by a Schedule Agreement AGG-385-63531-15 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs. |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

PO Number: 2425868

SCHEDULE AGREEMENT
AGG-385-63531-15
PURCHASE ORDER

Revision Number: 6

| REVISION NUMBER | DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
|---|---|---|---|---|---|
| 6 | 11/4/2024 3:56 PM | AcknowledgedFlag | 2425868 | True | False |
| 6 | 11/4/2024 3:56 PM | PurchaseOrderSpecification | 2425868 | This purchase order is governed by a Schedule Agreement AGG-385-63531-15 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs. | 11/4/2024 Note: SpaceX authorizes corrosion resistance verification via the Copper Sulfate Test, allowed by AMS 2700F, Section 3.2.1.3.1 for the part number A3001-C-3-6 on this Schedule Agreement.<br><br>This purchase order is governed by a Schedule Agreement AGG-385-63531-15 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs. |
| 5 | 9/10/2024 6:45 PM | QualityID | 2425868/12 | | SPXQC-56 |
| 3 | 8/5/2024 4:02 PM | AcknowledgedFlag | 2425868 | True | False |
| 3 | 6/26/2024 3:28 PM | BuyerUserID | 2425868 | Atiya Rauf | Alex Dobrenen |
| 3 | 6/26/2024 3:28 PM | CorporateDocumentVersionID | 2425868/1 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | CorporateDocumentVersionID | 2425868/10 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLineSpecification | 2425868/10 | AgreementItemReferenceId: AGG-ITEM-3168-41416-11 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/10 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/10 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocumentVersionID | 2425868/11 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLineSpecification | 2425868/11 | AgreementItemReferenceId: AGG-ITEM-3171-72238-11 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/11 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/11 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocumentVersionID | 2425868/12 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLineSpecification | 2425868/12 | AgreementItemReferenceId: AGG-ITEM-3223-13250-98 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/12 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/12 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocumentVersionID | 2425868/13 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLineSpecification | 2425868/13 | AgreementItemReferenceId: AGG-ITEM-3170-43604-5 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/13 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/13 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocumentVersionID | 2425868/14 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLineSpecification | 2425868/14 | AgreementItemReferenceId: AGG-ITEM-3219-57626-18 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/14 | | SPXQC-101 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**SPACEX**

SCHEDULE AGREEMENT
AGG-385-63531-15
PURCHASE ORDER

PO Number: 2425868

Revision Number: 6

| | | | | | |
|---|---|---|---|---|---|
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/14 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/15 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/15 | AgreementItemReferen ceId: AGG-ITEM-3220-49904-10 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/15 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/15 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/16 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/16 | AgreementItemReferen ceId: AGG-ITEM-3228-81823-14 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/16 | | SPXQC-56 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/16 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/16 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/17 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/17 | AgreementItemReferen ceId: AGG-ITEM-3217-79319-19 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/17 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/17 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/18 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | NeedDate | 2425868/18 | 10/4/2026 | 10/11/2029 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/18 | AgreementItemReferen ceId: AGG-ITEM-3218-65134-10 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/18 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/18 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/19 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/19 | AgreementItemReferen ceId: AGG-ITEM-3229-89524-21 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/19 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/19 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/2 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/20 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 7/10/2024 2:06 PM | LineStatus | 2425868/20 | Open | Closed |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/20 | AgreementItemReferen ceId: AGG-ITEM-3231-90540-4 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/20 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/20 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/3 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/3 | AgreementItemReferen ceId: AGG-ITEM-3222-38597-18 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/3 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/3 | | SPXQC-102 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/4 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | NeedDate | 2425868/4 | 4/6/2025 | 1/12/2026 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/4 | AgreementItemReferen ceId: AGG-ITEM-3226-38422-9 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/4 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/4 | | SPXQC-102 |
| 3 | 8/5/2024 4:02 PM | QualityID | 2425868/4 | | SPXQC-56 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/5 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/5 | AgreementItemReferen ceId: AGG-ITEM-3169-90430-12 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/5 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/5 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/6 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/6 | AgreementItemReferen ceId: AGG-ITEM-3225-27195-13 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/6 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/6 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/7 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | NeedDate | 2425868/7 | 6/15/2025 | 6/20/2026 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/7 | AgreementItemReferen ceId: AGG-ITEM-3224-64524-9 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/7 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/7 | | SPXQC-102 |
| 3 | 8/5/2024 4:02 PM | QualityID | 2425868/7 | | SPXQC-56 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/8 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/8 | AgreementItemReferen ceId: AGG-ITEM-3221-94850-11 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/8 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/8 | | SPXQC-102 |
| 3 | 6/26/2024 3:28 PM | CorporateDocument VersionID | 2425868/9 | SPX-00000874 : v58.0 | SPX-00000874 : v59.0 |
| 3 | 6/26/2024 3:28 PM | PurchaseOrderLine Specification | 2425868/9 | AgreementItemReferen ceId: AGG-ITEM-3172-28333-9 | |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/9 | | SPXQC-101 |
| 3 | 6/26/2024 3:28 PM | QualityID | 2425868/9 | | SPXQC-102 |
| 2 | 5/13/2024 10:44 AM | AcknowledgedFlag | 2425868 | True | False |
| 2 | 5/13/2024 10:43 AM | BuyerUserID | 2425868 | Alex Dobrenen | Atiya Rauf |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/1 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/1 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/10 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/10 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/11 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/11 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/12 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/12 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/13 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/13 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/14 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/14 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | QualityID | 2425868/14 | | SPXQC-56 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/15 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/15 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/16 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/16 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/17 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/17 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/18 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/18 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/19 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/19 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/2 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/2 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | QualityID | 2425868/2 | | SPXQC-56 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/20 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/20 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/3 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/3 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | QualityID | 2425868/3 | | SPXQC-56 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/4 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/4 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/5 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-385-63531-15**
**PURCHASE ORDER**

| PO Number: | 2425868 |
|---|---|
| Revision Number: | 6 |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/5 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/6 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/6 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/7 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/7 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/8 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/8 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/9 | SPX-00000874 : v56.0 | SPX-00000874 : v58.0 |
| 2 | 5/13/2024 10:43 AM | CorporateDocument VersionID | 2425868/9 | SPX-00025120 : v5.0 | SPX-00025120 : v6.0 |
| 1 | 10/3/2023 12:08 PM | AcknowledgedFlag | 2425868 | False | True |
| 1 | 9/19/2023 5:20 PM | QualityID | 2425868/11 | | SPXQC-60 |
| 1 | 9/19/2023 5:20 PM | QualityID | 2425868/13 | | SPXQC-60 |
| 1 | 9/19/2023 5:20 PM | QualityID | 2425868/5 | | SPXQC-60 |
| 1 | 9/19/2023 5:20 PM | QualityID | 2425868/9 | | SPXQC-60 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# EXHIBIT F

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

**APPROVED**

| PO Number: | 2465631 |
|---|---|
| Revision Number: | 2 |

**Bill To:**

Submit invoices using  supplierportal.spacex.com
(more details below)

**Space Exploration Technologies Corp.**
1 Rocket Road
Hawthorne, CA 90250, USA

Order Date:         10/19/2023

**Issued To:**

M. S. Aerospace Inc.
13928 Balboa Blvd.
Sylmar, CA  91342    US

Phone:     Fax:
Contact:
Email:

**Ship To:**

Include SpaceX PO # on all shipping documents
Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Alex Dobrenen
Email: Alex.Dobrenen@spacex.com
Phone: +1 (310) 682-2372

**This Purchase Order is part of Schedule Agreement: AGG-474-81560-16**
For more details please visit https://www.supplierportal.spacex.com/ and click on the "Agreements" link

| Terms | Supplier Code | Incoterms | Shipping Method | Status |
|---|---|---|---|---|
| Net 30 Days | MSAERO | Free Carrier | FedEx Ground - Acct# 631605893 - U.S. Only | Released |

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 30000.0000 | EA | A2022-C-3 | B | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 22.5000 | N | 675,000.00 |
| | | | | | | Total Line Charge | | | | | 675,000.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

FASTENER, DOUBLE ENDED, SHOULDERED, #10 TO 1/4
||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
SPX-00042457 v9.0
||End Specification List||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

PO Number: 2465631

Revision Number: 2

|| BOM Information ||
A2022-C-3
 SPXQC-14 - NONDESTRUCTIVE TEST REPORT
 SPXQC-17 - SOURCE INSPECTION
 SPXQC-29a - NDT CERTIFICATION
 SPXQC-60 - CUSTOM HARDWARE REQUIREMENTS

|| End BOM Information ||

| | | |
|---|---|---|
| | **ORDER TOTAL:** | **$675,000.00** |
| | | **USD** |

---

**Order Specifications (no technical deviations)**

This purchase order is governed by a Schedule Agreement AGG-474-81560-16 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs.

*SpaceX prefers invoice submission via supplierportal.spacex.com or EDI 810. Need Portal access? Contact your buyer. New to Portal? Check out the User Guide by logging in and clicking 'How To I FAQ.' Interested in EDI 810? Contact EDI-Implementation@spacex.com Other invoicing questions? Contact AccountsPayable@spacex.com*

*SpaceX PO number must be included on all shipping and invoice documents.*

*Free Carrier assumes shipping point as the origin location. Delivered at Place assumes Ship To Location as destination location*

Terms and Conditions. Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR) and FAR Supplement clauses. The following documents are applicable to this purchase order and incorporated herein by reference: (1) SpaceX Standard Terms and Conditions available at http://www.spacex.com/legal/tsandcs; (2) SpaceX FAR and FAR Supplement Flowdown Clauses available at http://www.spacex.com/legal/farflowdown; (3) SpaceX Quality Clause Attachment for Purchase Orders available at http://www.spacex.com/legal/qualityclause; and (4) SpaceX Supplier Manual available at http://www.spacex.com/legal/suppliermanual. Additional supplier forms are available at http://www.spacex.com/legal. To access these websites, please enter the password #SallyRide.

By performing under this subcontract, the subcontractor confirms that subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) are current, accurate and complete as of the date of the offer for this subcontract for the NAICS and corresponding size standard stated above. If you are a Small Business based on SAM.gov Reps and Certs per FAR 52.219-1 but for the NAICS code assigned to the PO Line you are not a Small Business, please go to SpaceX.com/legal pass: #SallyRide fill out NAICSDispute.xlsx form and promptly email NAICS@spacex.com.

Note by performing this subcontract under the assigned NAICS and corresponding size standard stated above under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (i) Be punished by imposition of fine, imprisonment, or both; (ii) Be subject to administrative remedies, including suspension and debarment; and (iii) Be ineligible for participation in programs conducted under the authority of the Act.

| Tax Exemptions | | | |
|---|---|---|---|
| **PO Line Number** | **Misc Fee** | **Line/Fee Amount** | **Tax Exemptions** |
| 1 | | $675,000.00 | California Flight Exemption |

## CHANGE SINCE PREVIOUS VERSION FOR PURCHASE ORDER: 2465631

## APPENDIX

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465631 |
|---|---|
| Revision Number: | 2 |

| DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
|---|---|---|---|---|
| 1/18/2024 7:47 AM | CorporateDocument VersionID | 2465631/1 | SPX-00025120 : v5.0 | |
| 1/18/2024 7:47 AM | PartRevision | 2465631/1 | A | B |
| 1/18/2024 7:47 AM | PurchaseOrderReq uirementID | 2465631/1 | A2022-C-3/A - Included | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-474-81560-16**
**PURCHASE ORDER**

| PO Number: | 2465631 |
| --- | --- |
| Revision Number: | 2 |

| REVISION NUMBER | DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
| --- | --- | --- | --- | --- | --- |
| 2 | 1/18/2024 7:47 AM | CorporateDocument VersionID | 2465631/1 | SPX-00025120 : v5.0 | |
| 2 | 1/18/2024 7:47 AM | PartRevision | 2465631/1 | A | B |
| 2 | 1/18/2024 7:47 AM | PurchaseOrderReq uirementID | 2465631/1 | A2022-C-3/A - Included | |
| 1 | 1/10/2024 10:09 AM | AcknowledgedFlag | 2465631 | True | False |
| 1 | 1/10/2024 10:09 AM | CorporateDocument VersionID | 2465631/1 | SPX-00025120 : v5.0 | |
| 1 | 10/20/2023 3:47 PM | CurrentPromiseDate | 2465631/1 | | 7/30/2026 |
| 1 | 10/20/2023 3:47 PM | PromiseDate | 2465631/1 | | 7/30/2026 |
| 1 | 1/10/2024 10:09 AM | PurchaseOrderLine Specification | 2465631/1 | AgreementItemReferen ceId: AGG-ITEM-4401- 62103-98 | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# EXHIBIT G

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

PO Number: **2532797**

Revision Number: 0

**APPROVED**

### Bill To:

Submit invoices using  supplierportal.spacex.com
(more details below)

Space Exploration Technologies Corp.
1 Rocket Road
Hawthorne, CA 90250, USA

Order Date:          12/15/2023

### Issued To:

M. S. Aerospace Inc.
13928 Balboa Blvd.
Sylmar, CA  91342    US

Phone:     Fax:
Contact:
Email:

### Ship To:

Include SpaceX PO # on all shipping documents
Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250
UNITED STATES

### Buyer Information:

Buyer: Atiya Rauf
Email: Atiya.Rauf@spacex.com
Phone: +1 (310) 682-3015

## This Purchase Order is part of Schedule Agreement: AGG-635-30992-18

For more details please visit https://www.supplierportal.spacex.com/ and click on the "Agreements" link

| Terms | Supplier Code | Incoterms | Shipping Method | Status |
|---|---|---|---|---|
| Net 30 Days | MSAERO | Free Carrier | FedEx Ground - Acct# 631605893 - U.S. Only | Released |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2100.0000 | EA | SX-MS14181-12034L-F-01 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 81.5000 | N | 171,150.00 |
| | | | | | | Total Line Charge | | | | | 171,150.00 USD |

**Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:**
**Part revision and lot code**

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

### Description

**BOLT, SPLINE DRIVE, FATIGUE TESTED**
IIStart Specification ListII
SPX-00000874 v56.0
SPX-00025120 v5.0
IIEnd Specification ListII
II BOM Information II
SX-MS14181-12034L-F-01
   SPXQC-10a - MATERIAL TRACEABILITY
   SPXQC-10b - MATERIAL TEST RESULTS

II End BOM Information II

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

| PO Number: | 2532797 |
|---|---|
| Revision Number: | 0 |

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 600.0000 | EA | SX-MS14181-12050L-F-01 | A | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 98.0000 | N | 58,800.00 |
| | | | | | | **Total Line Charge** | | | | | **58,800.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|
| **BOLT, SPLINE DRIVE, FATIGUE TESTED** |

||Start Specification List||
SPD-00041825 v1.0
SPX-00000874 v56.0
SPX-00025120 v5.0
||End Specification List||

|| BOM Information ||
SX-MS14181-12050L-F-01
   SPXQC-10a - MATERIAL TRACEABILITY
   SPXQC-10b - MATERIAL TEST RESULTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2700.0000 | EA | MS14181-12016 | | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 61.0000 | N | 164,700.00 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

| | | PO Number: | 2532797 |
|---|---|---|---|
| | | Revision Number: | 0 |

Total Line Charge

164,700.00
USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

BOLT, TENSION, NICKEL ALLOY 718, EXT WRENCHING

llStart Specification Listll
SPX-00000874 v56.0
llEnd Specification Listll

ll BOM Information ll
MS14181-12016
   SPXQC-10a - MATERIAL TRACEABILITY
   SPXQC-10b - MATERIAL TEST RESULTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 2000.0000 | EA | SX-MS14181-12038L-F-01 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 82.5000 | N | 165,000.00 |

Total Line Charge

165,000.00
USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

**Description**

BOLT, SPLINE DRIVE, FATIGUE TESTED

llStart Specification Listll
SPX-00000874 v56.0
SPX-00025120 v5.0
llEnd Specification Listll

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

PO Number: **2532797**

Revision Number: **0**

ll BOM Information ll
SX-MS14181-12038L-F-01
    SPXQC-10a - MATERIAL TRACEABILITY
    SPXQC-10b - MATERIAL TEST RESULTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| 5 | 800.0000 | EA | SX-MS14181-12042L-F-01 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 90.0000 | N | 72,000.00 |

**Total Line Charge** 72,000.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|------|------|------|------|
| | | | |

| Description |
|------|

**BOLT, SPLINE DRIVE, FATIGUE TESTED**

llStart Specification Listll
SPX-00000874 v56.0
SPX-00025120 v5.0
llEnd Specification Listll

ll BOM Information ll
SX-MS14181-12042L-F-01
    SPXQC-10a - MATERIAL TRACEABILITY
    SPXQC-10b - MATERIAL TEST RESULTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|-----|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| SCHEDULE AGREEMENT AGG-635-30992-18 PURCHASE ORDER | PO Number: | 2532797 |
|---|---|---|
| | Revision Number: | 0 |

| Line | Qty | UM | Part ID | Part Rev | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 800.0000 | EA | MS14181H12018L | | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 72.0000 | N | 57,600.00 |

Total Line Charge     57,600.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|

**BOLT, TENSION, NICKEL ALLOY 718, EXT WRENCHING**

**llStart Specification Listll**
SPX-00000874 v56.0
**llEnd Specification Listll**

**ll BOM Information ll**
MS14181H12018L
  SPXQC-10a - MATERIAL TRACEABILITY
  SPXQC-10b - MATERIAL TEST RESULTS

**ll End BOM Information ll**

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 1200.0000 | EA | MS14181H12030L | | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 78.0000 | N | 93,600.00 |

Total Line Charge     93,600.00 USD

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|

**BOLT, TENSION, NICKEL ALLOY 718, EXT WRENCHING**

**llStart Specification Listll**
SPX-00000874 v56.0
**llEnd Specification Listll**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

| PO Number: | **2532797** |
|---|---|
| Revision Number: | 0 |

ll BOM Information ll
MS14181H12030L
    SPXQC-10a - MATERIAL TRACEABILITY
    SPXQC-10b - MATERIAL TEST RESULTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 800.0000 | EA | MS14181H12032L | | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 81.0000 | N | 64,800.00 |
| | | | | | | | | **Total Line Charge** | | | **64,800.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|
| |

**BOLT, TENSION, NICKEL ALLOY 718, EXT WRENCHING**

llStart Specification Listll
SPX-00000874 v56.0
llEnd Specification Listll

ll BOM Information ll
MS14181H12032L
    SPXQC-10a - MATERIAL TRACEABILITY
    SPXQC-10b - MATERIAL TEST RESULTS

ll End BOM Information ll

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| | SCHEDULE AGREEMENT | PO Number: | 2532797 |
|---|---|---|---|
| | AGG-635-30992-18 | Revision Number: | 0 |
| | PURCHASE ORDER | | |

| 9 | 800.0000 | EA | SX-MS14181H12036L-F-01 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 84.0000 | N | 67,200.00 |

| | | | | | | | Total Line Charge | | | | 67,200.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

| Description |
|---|

**BOLT, SPLINE DRIVE, FATIGUE TESTED**

||Start Specification List||
SPX-00000874 v56.0
||End Specification List||

|| BOM Information ||
SX-MS14181H12036L-F-01
  SPXQC-10a - MATERIAL TRACEABILITY
  SPXQC-10b - MATERIAL TEST RESULTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 1800.0000 | EA | SX-MS14181-12040L-F-01 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 86.0000 | N | 154,800.00 |

| | | | | | | | Total Line Charge | | | | 154,800.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

| Description |
|---|

**BOLT, SPLINE DRIVE, FATIGUE TESTED**

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

| PO Number: | 2532797 |
|---|---|
| Revision Number: | 0 |

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
||End Specification List||

|| BOM Information ||
SX-MS14181-12040L-F-01
  SPXQC-10a - MATERIAL TRACEABILITY
  SPXQC-10b - MATERIAL TEST RESULTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 1300.0000 | EA | SX-MS14181-12037L-F-01 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 77.0000 | N | 100,100.00 |
| | | | | | | **Total Line Charge** | | | | | 100,100.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|
| **BOLT, SPLINE DRIVE, FATIGUE TESTED** |

||Start Specification List||
SPD-00041825 v1.0
SPX-00000874 v56.0
SPX-00025120 v5.0
||End Specification List||

|| BOM Information ||
SX-MS14181-12037L-F-01
  SPXQC-10a - MATERIAL TRACEABILITY
  SPXQC-10b - MATERIAL TEST RESULTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

PO Number: **2532797**

Revision Number: 0

| Line | Qty | UM | Part ID / *Mfg Part ID* / *Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 12 | 1100.0000 | EA | SX-MS14181-12044L-F-01 | B | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 86.0000 | N | 94,600.00 |
| | | | | | | Total Line Charge | | | | | 94,600.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|-----|-----|-----|-----|
| | | | |

**Description**

**BOLT, SPLINE DRIVE, FATIGUE TESTED**

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
||End Specification List||

|| BOM Information ||
SX-MS14181-12044L-F-01
   SPXQC-10a - MATERIAL TRACEABILITY
   SPXQC-10b - MATERIAL TEST RESULTS
   SPXQC-56 - FIRST ARTICLE SHIPMENT

|| End BOM Information ||

| Line | Qty | UM | Part ID / *Mfg Part ID* / *Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|------|-----|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 13 | 1000.0000 | EA | SX-MS14181-12046L-F-01 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 84.0000 | N | 84,000.00 |
| | | | | | | Total Line Charge | | | | | 84,000.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|-----|-----|-----|-----|
| | | | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

| PO Number: | 2532797 |
|---|---|
| Revision Number: | 0 |

| Description |
|---|

**BOLT, SPLINE DRIVE, FATIGUE TESTED**

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
||End Specification List||

|| BOM Information ||
SX-MS14181-12046L-F-01
   SPXQC-10a - MATERIAL TRACEABILITY
   SPXQC-10b - MATERIAL TEST RESULTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1000.0000 | EA | MS14181-12046L | | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 84.0000 | N | 84,000.00 |

| | | | | | | | Total Line Charge | | | | 84,000.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|

| Description |
|---|

**BOLT, TENSION, NICKEL ALLOY 718, EXT WRENCHING, SPLINE, DRY FILM LUBE**

||Start Specification List||
SPX-00000874 v56.0
||End Specification List||

|| BOM Information ||
MS14181-12046L
   SPXQC-10a - MATERIAL TRACEABILITY
   SPXQC-10b - MATERIAL TEST RESULTS

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

PO Number: **2532797**

Revision Number: 0

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 1400.0000 | EA | SX-MS14181-12052L-F-01 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 92.0000 | N | 128,800.00 |
| | | | | | | Total Line Charge | | | | | 128,800.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

| Description |
|---|

**BOLT, SPLINE DRIVE, FATIGUE TESTED**

||Start Specification List||
SPX-00000874 v56.0
SPX-00025120 v5.0
||End Specification List||
|| BOM Information ||
SX-MS14181-12052L-F-01
  SPXQC-10a - MATERIAL TRACEABILITY
  SPXQC-10b - MATERIAL TEST RESULTS

|| End BOM Information ||

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Delivery Schedule | Frozen Window (days) | Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 5000.0000 | EA | SX-MS14181-12036L-F-01 | C | | See Portal | 28 | FedEx Ground - Acct# 631605893 - U.S. Only | 71.5000 | N | 357,500.00 |
| | | | | | | Total Line Charge | | | | | 357,500.00 USD |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| | | | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**SCHEDULE AGREEMENT**
**AGG-635-30992-18**
**PURCHASE ORDER**

| PO Number: | 2532797 |
|---|---|
| Revision Number: | 0 |

**Description**

**BOLT, SPLINE DRIVE, FATIGUE TESTED**

**IIStart Specification ListII**
SPX-00000874 v56.0
SPX-00025120 v5.0
**IIEnd Specification ListII**

**II BOM Information II**
SX-MS14181-12036L-F-01
  SPXQC-10a - MATERIAL TRACEABILITY
  SPXQC-10b - MATERIAL TEST RESULTS

**II End BOM Information II**

| | |
|---|---|
| | **$1,918,650.00** |
| **ORDER TOTAL:** | **USD** |

**Order Specifications (no technical deviations)**

This purchase order is governed by a Schedule Agreement AGG-635-30992-18 and is bound by the supplementary Terms & Conditions. For detailed information, consult the "Schedule Agreements" section within the SpaceX Standard Terms and Conditions document, available at http://www.spacex.com/legal/tsandcs.

*SpaceX prefers invoice submission via supplierportal.spacex.com or EDI 810. Need Portal access? Contact your buyer. New to Portal? Check out the User Guide by logging in and clicking 'How To I FAQ.' Interested in EDI 810? Contact EDI-Implementation@spacex.com Other invoicing questions? Contact AccountsPayable@spacex.com*

*SpaceX PO number must be included on all shipping and invoice documents.*

*Free Carrier assumes shipping point as the origin location. Delivered at Place assumes Ship To Location as destination location*

Terms and Conditions. Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR) and FAR Supplement clauses. The following documents are applicable to this purchase order and incorporated herein by reference: (1) SpaceX Standard Terms and Conditions available at http://www.spacex.com/legal/tsandcs; (2) SpaceX FAR and FAR Supplement Flowdown Clauses available at http://www.spacex.com/legal/farflowdown; (3) SpaceX Quality Clause Attachment for Purchase Orders available at http://www.spacex.com/legal/qualityclause; and (4) SpaceX Supplier Manual available at http://www.spacex.com/legal/suppliermanual. Additional supplier forms are available at http://www.spacex.com/legal. To access these websites, please enter the password #SallyRide.

By performing this subcontract, the subcontractor confirms that subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) are current, accurate and complete as of the date of the offer for this subcontract for the NAICS and corresponding size standard stated above. If you are a Small Business based on SAM.gov Reps and Certs per FAR 52.219-1 but for the NAICS code assigned to the PO Line you are not a Small Business, please go to SpaceX.com/legal pass: #SallyRide fill out NAICSDispute.xlsx form and promptly email NAICS@spacex.com.

Note by performing this subcontract under the assigned NAICS and corresponding size standard stated above under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (i) Be punished by imposition of fine, imprisonment, or both; (ii) Be subject to administrative remedies, including suspension and debarment; and (iii) Be ineligible for participation in programs conducted under the authority of the Act.

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# EXHIBIT H

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**PURCHASE ORDER**

**APPROVED**

| PO Number: | 2694108 |
|---|---|
| Revision Number: | 1 |

**Bill To:**

Submit invoices using  supplierportal.spacex.com
(more details below)

**Space Exploration Technologies Corp.**
1 Rocket Road
Hawthorne, CA 90250, USA

*M S Aerospace*
Order Received: 4/30/24
Pending Contract Review
Confirmation to Follow

| Order Date: | 4/25/2024 |
|---|---|

**Issued To:**

M. S. Aerospace Inc.
13928 Balboa Blvd.
Sylmar, CA 91342   US

Phone:    Fax:
Contact:
Email:

| MSA CONTRACT REVIEW LEVEL I : | DATE: |
|---|---|
| *C. Walker* | 4/30/24 |

Subject to MSA Terms and conditions of Sale, at
https://msaerospace.com/terms-conditions-sale/

| MSA PROD CONTROL REVIEW: | DATE: |
|---|---|
| *Selina Esquivel* | 5/1/24 |

**Ship To:**

Include SpaceX PO # on all shipping documents
Space Exploration Technologies
12520 Wilkie Ave
Hawthorne, CA  90250
UNITED STATES

**Buyer Information:**

Buyer: Benjamin Tecker
Email: Benjamin.Tecker@spacex.com
Phone: +1 (310) 682-3147

| Terms | Supplier Code | Incoterms | Shipping Method | Status |
|---|---|---|---|---|
| Net 30 Days | MSAERO | Free Carrier | FedEx Ground - Acct# 631605893 - U.S. Only | Released |

| Line | Qty | UM | Part ID / Mfg Part ID / Mfg Name | Part Rev. | Supplier Part ID | Current Promise Date | Original Promise Date | Need Date / Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 232.0000 | EA | 00381411-001 | C | 00381411-001 | | | 12/3/2024 8:00:00 AM No method specified | 160.0000 | N | 37,120.00 |

| MSA CONTRACT REVIEW LEVEL II : | DATE: |
|---|---|
| *Dennis Quigley* | 5/7/24 |

Total Line Charge

**37,120.00 USD**

quoted 60 weeks & explained that to Benjamin as well, MSA ship date @ 6/23/25, AV

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Machine Shops | 332710 | 0.00 | 500 |

**Description**

BOLT, FITTING, PUSHER, AFT

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v58.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
00381411-001
   SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
   SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
   SPXQC-10a - MATERIAL TRACEABILITY
   SPXQC-10b - MATERIAL TEST RESULTS
   SPXQC-13 - DIMENSIONAL INSPECTION REPORT
   SPXQC-17 - SOURCE INSPECTION

|| End BOM Information ||



M S Aerospace

Order Confirmation

Received By  M. Klotzman

Date:  5/8/24

# SPACEX

**PURCHASE ORDER**

| PO Number: | 2694108 |
|---|---|
| Revision Number: | 1 |

Supplier to retain quantity of tested materials specified by print for a minimum of one (1) year. After one (1) year, the parts may be disposed of as scrap. Tested parts to be clearly marked as tested material and stored separate from inventory. All certifications traceable to the materials supplied must be kept on file for a minimum of seven (7) years unless otherwise specified by the SpaceX purchase order.Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Current Promise Date | Original Promise Date | Need Date / Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 192.0000 | EA | 00381411-001 | C | 00381411-001 | | | 5/27/2025 7:00:00 AM No method specified | 160.0000 | N | 30,720.00 |

|  | Total Line Charge | | 30,720.00 USD |
|---|---|---|---|

> quoted 60 weeks & explained that to Benjamin as well, MSA ship date @ 6/23/25, AV

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product: Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Machine Shops | 332710 | 0.00 | 500 |

**Description**

BOLT, FITTING, PUSHER, AFT

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v58.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
00381411-001
  SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
  SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
  SPXQC-10a - MATERIAL TRACEABILITY
  SPXQC-10b - MATERIAL TEST RESULTS
  SPXQC-13 - DIMENSIONAL INSPECTION REPORT
  SPXQC-17 - SOURCE INSPECTION

|| End BOM Information ||

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

| | PO Number: | **2694108** |
|---|---|---|
| **PURCHASE ORDER** | Revision Number: | 1 |

Supplier to retain quantity of tested materials specified by print for a minimum of one (1) year. After one (1) year, the parts may be disposed of as scrap. Tested parts to be clearly marked as tested material and stored separate from inventory. All certifications traceable to the materials supplied must be kept on file for a minimum of seven (7) years unless otherwise specified by the SpaceX purchase order. Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| Line. | Qty | UM | Part ID / *Mfg Part ID / Mfg Name* | Part Rev. | Supplier Part ID | Current Promise Date | Original Promise Date | Need Date / Ship Mode | Unit Price (USD) | Taxable | Extended Price (USD) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 288.0000 | EA | 00381411-001 | C | 00381411-001 | | | 11/9/2025 8:00:00 AM No method specified | 160.0000 | N | 46,080.00 |
| | | | | | | | **Total Line Charge** | | | | **46,080.00 USD** |

Per Supplier Manual (SPX-00007672) SpaceX requires the following traceability information upon receipt of product:
Part revision and lot code

| NAICS Category | NAICS Code | Size Standard In Million Dollars | Size Standard In # Of Employees |
|---|---|---|---|
| Machine Shops | 332710 | 0.00 | 500 |

Description

**BOLT, FITTING, PUSHER, AFT**

THE FOLLOWING SPACEX QUALITY CLAUSES APPLY TO THIS PURCHASE ORDER LINE:

||Start Specification List||
SPX-00000874 v58.0
SPX-00042457 v10.0
SPX-00042457 v9.0
||End Specification List||

|| BOM Information ||
00381411-001
    SPXQC-101 - AML ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE
    SPXQC-102 - ASL APPROVED SUPPLIER SERVICE LIST OR SPECIAL SERVICES
    SPXQC-10a - MATERIAL TRACEABILITY
    SPXQC-10b - MATERIAL TEST RESULTS
    SPXQC-13 - DIMENSIONAL INSPECTION REPORT
    SPXQC-17 - SOURCE INSPECTION

|| End BOM Information ||

Supplier to retain quantity of tested materials specified by print for a minimum of one (1) year. After one (1) year, the parts may be disposed of as scrap. Tested parts to be clearly marked as tested material and stored separate from inventory. All certifications traceable to the materials supplied must be kept on file for a minimum of seven (7) years unless otherwise specified by the SpaceX purchase order. Dimensional inspection of parts shall be in accordance with SPX-00025120, Section 5.3. Namely, samples sizes shown in Table 7 shall apply, and only the Key and Major characteristics identified in Section 5.3.4 shall be inspected

| | | $113,920.00 |
|---|---|---|
| | **ORDER TOTAL:** | USD |

Order Specifications (no technical deviations)

# SPACEX

| PO Number: | 2694108 |
|---|---|
| Revision Number: | 1 |

## PURCHASE ORDER

*SpaceX prefers invoice submission via supplierportal.spacex.com or EDI 810. Need Portal access? Contact your buyer. New to Portal? Check out the User Guide by logging in and clicking 'How To | FAQ.' Interested in EDI 810? Contact EDI-Implementation@spacex.com Other invoicing questions? Contact AccountsPayable@spacex.com*

**SpaceX PO number must be included on all shipping and invoice documents.**

**Free Carrier assumes shipping point as the origin location. Delivered at Place assumes Ship To Location as destination location**

**Terms and Conditions.** Commencing with this order signifies supplier's acceptance of this P.O. and its agreement with all SpaceX Terms and Conditions, any applicable SpaceX Quality Clauses, and any applicable Federal Acquisition Regulations (FAR) and FAR Supplement clauses. The following documents are applicable to this purchase order and incorporated herein by reference: (1) SpaceX Standard Terms and Conditions available at http://www.spacex.com/legal/tsandcs; (2) SpaceX FAR and FAR Supplement Flowdown Clauses available at http://www.spacex.com/legal/farflowdown; (3) SpaceX Quality Clause Attachment for Purchase Orders available at http://www.spacex.com/legal/qualityclause; and (4) SpaceX Supplier Manual available at http://www.spacex.com/legal/suppliermanual. Additional supplier forms are available at http://www.spacex.com/legal. To access these websites, please enter the password #SallyRide.

By performing under this subcontract, the subcontractor confirms that subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) are current, accurate and complete as of the date of the offer for this subcontract for the NAICS and corresponding size standard stated above. If you are a Small Business based on SAM.gov Reps and Certs per FAR 52.219-1 but for the NAICS code assigned to the PO Line you are not a Small Business, please go to SpaceX.com/legal pass: #SallyRide fill out NAICSDispute.xlsx form and promptly email NAICS@spacex.com.

Note by performing this subcontract under the assigned NAICS and corresponding size standard stated above under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall (i) Be punished by imposition of fine, imprisonment, or both; (ii) Be subject to administrative remedies, including suspension and debarment; and (iii) Be ineligible for participation in programs conducted under the authority of the Act.

### Tax Exemptions

| PO Line Number | Misc Fee | Line/Fee Amount | Tax Exemptions |
|---|---|---|---|
| 1 | | $37,120.00 | California Flight Exemption |
| 2 | | $30,720.00 | California Flight Exemption |
| 3 | | $46,080.00 | California Flight Exemption |

## CHANGE SINCE PREVIOUS VERSION FOR PURCHASE ORDER: 2694108

## APPENDIX

| DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
|---|---|---|---|---|
| 4/29/2024 10:58 AM | Add New Line | 2694108/3 | | |
| 4/29/2024 10:59 AM | CorporateDocument VersionID | 2694108/3 | | SPX-00042457 : v10.0 |
| 4/29/2024 10:59 AM | QualityID | 2694108/3 | | SPXQC-17 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# SPACEX

**PURCHASE ORDER**

| PO Number: | **2694108** |
| --- | --- |
| Revision Number: | 1 |

| REVISION NUMBER | DATE CHANGED | FIELD NAME | PURCHASE ORDER / LINE | OLD VALUE | NEW VALUE |
| --- | --- | --- | --- | --- | --- |
| 1 | 4/29/2024 10:58 AM | Add New Line | 2694108/3 | | |
| 1 | 4/29/2024 10:59 AM | CorporateDocument VersionID | 2694108/3 | | SPX-00042457 : v10.0 |
| 1 | 4/29/2024 10:59 AM | QualityID | 2694108/3 | | SPXQC-17 |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

| MSA Aerospace | CONTRACT REVIEW CHECKLIST | | FRM-704 | REV: N |
|---|---|---|---|---|
| | | | | 06/11/2014 |

### (Ref. MSAW 7.1.1)

| Part No. | 00381411-001 | | Rev | C | | Order No. | 24-1943 |
|---|---|---|---|---|---|---|---|
| Customer | Space Exploration Technologies | | | Customer PO No. | 2694108 | | |

### Determination of Requirements Related to Product

| | Yes | No | N/A |
|---|---|---|---|
| Required drawing revision, including ECNs, are available & legible. | X | | |
| All required documents (specifications, clauses, RCCs, etc.) are available & are the required or latest revision. | X | | |
| Special delivery requirements are identified (AOG, Expedite, schedules, etc.) | X | | |
| End user identified.          End user: SpaceX end user | X | | |

### Review of Requirements Related to the Product

| | | Yes | No | N/A |
|---|---|---|---|---|
| All product requirements are defined. | | X | | |
| Material Type: Titanium Alloy 6AL-4V | Material Specification: AMS4928 or AMS6931 **SPXQC-101:** ACCEPTABLE MILL LIST OR RAW MATERIAL SOURCE (AML) The Seller shall exclusively source raw material from the SpaceX Acceptable Mill List (AML) found on spacex.com/legal. Applicable for SpaceX-designed hardwares with metallic materials. Not applicable for: • Commercially available off the shelf (COTS) or supplier-controlled (IP) parts • Composites & Avionics unless metallic raw material is called out on the drawing. ○ Non-metallic material (i.e. plastic, ceramics, polymers, glasses, and other material) ○ Metallic material: wires, powder, 3D printing, etc Documentation Required The Seller must provide at least one of the following documents, if not all: • Raw Material Certification from Source on SpaceX AML • Certification of Analysis from Source on SpaceX AML • SpaceX issued Certificate (i.e. packing slip or CofC) SpaceX reserves the right to add or remove sources from the AML for any reason or no reason in its sole discretion. Sources have no right and should have no expectation that they will be included on or will not be removed from the AML. The inclusion of a source on the AML does not constitute a warranty by SpaceX as to any goods or services from that source. The removal of a source from the AML does not constitute an express or implicit communication about the source. SpaceX shall have no obligation to explain its decisions to include or remove a source from the AML | X | | |
| All contract or order requirements differing from those previously expressed are resolved & documented. | | X | | |
| MSA is capable of meeting the requirements. | | X | | |
| OEM-approved sources required. | OEM: SpaceX approved source required **SPXQC-102:** Approved Supplier List (ASL) The Seller shall exclusively source special processes from the SpaceX Approved Supplier List. The SpaceX ASL can be found on spacex.com/legal. Additionally, the Seller may also be approved by SpaceX to perform special processes internally, and this requirement will also apply to those internal special processes. Applicable for SpaceX-designed parts with special process(es) called out on the drawing. Not applicable when: • Approved mill performed special process on raw material ○ Note: Distributor must provide a CofC/CoA/test report from source on SpaceX ASL • Any special process NOT called out on the drawing (i.e. no other special process called out and finish is bare) • M-state part with less all the special process drawing notes. Documentation Required The Seller must provide at least one of the following documents, if not all • Certificate of Conformance/Certification of Analysis/Test report from | X | | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

| MSAerospace | CONTRACT REVIEW CHECKLIST | FRM-704 | REV: N |
|---|---|---|---|
| | | | 06/11/2014 |

**(Ref. MSAW 7.1.1)**

| | | | | |
|---|---|---|---|---|
| | Source on SpaceX ASL • Material Certificate o Note: In the event where the mill on the AML performed the special process (i.e. not limited to Ultrasonic Inspection, heat treat of raw material, etc) for the raw material, a material certificate can be used. • SpaceX issued Certificate (i.e. packing slip or CofC) SpaceX reserves the right to add or remove sources from the ASL for any reason or no reason in its sole discretion. Sources have no right and should have no expectation that they will be included on or will not be removed from the ASL. The inclusion of a source on the ASL does not constitute a warranty by SpaceX as to any goods or services from that source. The removal of a source from the ASL does not constitute an express or implicit communication about the source. SpaceX shall have no obligation to explain its decisions to include or remove a source from the ASL | | | |

| Marking requirements specified. | Method: AS478 method 15A1 or 15B1 Laser | X | | |
|---|---|---|---|---|

Marking: 00381411-001 REV C and 2694108

⚠3 IDENTIFY PART NUMBER, REVISION, AND WORK(OR PURCHASE) ORDER ID
APPROX WHERE SHOWN PER AS478-15A1 OR -15B1

☐ Serial Numbers          ☐ DSCP – Marking Plan must be subject to QE(3) overview: By _____ Date: _____

Special Requirements:

☐ None ☐ MCS/LCS ☐ DFARS Material Required ☐ PWA301 Substitution ☐ 1st Article** ☒ Source Inspection ***

☐ Vendor Substantiation ☐ Flight Safety ☐ Engineering Source Approval ☐ Product Verification Testing

☐ Product Lot Testing ☐ Acceptance Test Plan ☐ Qualification ☐ CCC-QE Review ☐ PWA-QA6071

☐ Snecma - N1 ☐ N2 ☐ N3 ☐ – Director of QA _____ ☐ Snecma - N4
(Note: N1, N2 and N3 require approval prior to acceptance of the order)

☐ PO and Part Rev. ____ Match ____ DO NOT Match ☐ Other: ____
***SPXQC-17: SOURCE INSPECTION (SPACEX APPROVED) Refer to SPX-00042457 for Source Inspection requirements and process details. A SpaceX Source Inspection does not preclude subsequent inspection nor does it relieve the Seller of the responsibility of providing acceptable product. Documentation Required - SPX-00002162 SpaceX Source Inspection Form - A copy of completed SPX-00002162 SpaceX Source Inspection Form with each Shipment

4.4.5   First Article Inspection
A First Article Inspection Report (FAIR) shall be included the first time a Seller delivers a part/assembly to a given alpha revision of a SpaceX-designed part number. The FAIR shall list actual inspection results for all drawing dimensions and applicable notes. A FAIR is not required for numeric revision SpaceX part numbers, development, Research & Development (R&D) parts, standard commercial off the shelf (COTS) parts, standard catalog items or deliverable software. The parts used to perform the first article shall be marked. First article acceptance by SpaceX shall neither constitute final acceptance of the lot nor relieve the Seller of the obligation to furnish parts that meet all drawing, specification and Purchase Order requirements.

The Seller is required to use AS9102 for first article inspections.

If a first article inspection is required on a part for which a similar FAIR has already been delivered to SpaceX, a delta FAIR may be acceptable. Questions regarding the suitability of delta first
** article inspections should be directed to a SpaceX supplier quality engineer.

| ☐ DPAS Priority Rating: None | Contract # | | | |
|---|---|---|---|---|
| Critical/Flight Safety Characteristics: | | | X | |
| Key Characteristics: The Seller shall inspect every Key and Major Characteristic specified on the drawing on 100% of parts. Sampling of Key and Major Characteristics is not permitted. – .50 THIS REGION THREADED .190-32 UNJF-3A ㉜ ROLL THREADS IN SINGLE OPERATION PER AS8879 ⑤ Ø .7490/.7480 - 2.817±.005 ⊕ Ø.005 A ㉔ ⑦ | | X | | |
| Laboratory test requirements & methods are defined & understood. | | X | | |
| MSA laboratory has the capability & resources to meet the defined requirements (including approved suppliers). | | X | | |

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

| MSAerospace | CONTRACT REVIEW CHECKLIST | FRM-704 | REV: N |
|---|---|---|---|
| | | | 06/11/2014 |

**(Ref. MSAW 7.1.1)**

| Test coupons are required. | ☐ Long Parts | ☐ Raw Material | Qty: | | X | |
|---|---|---|---|---|---|---|
| Special Requirements, Forms, etc.: | | | | X | | |
| 2   FINISH: TITANIUM ANODIC COATING PER AMS 2488 TYPE 2 DIMENSIONAL LIMITS SHOWN APPLY AFTER COATING | | | | | | |

| Quality Assurance | Claudia Aguilar | Date | 5/7/2024 |
|---|---|---|---|

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# EXHIBIT I

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d



**From:** Mike Ross rossm@msaerospace.com
**Subject:** Tom email
**Date:** September 15, 2025 at 10:53 AM
**To:** Jerome Taleb taiebj@msaerospace.com

Here is the Tom email.  There is a long chain that lead up to this if you want to review or just reference this email below.

Thanks

Mike

**From:** Tom Neal <Thomas.Neal@spacex.com>
**Sent:** Tuesday, May 28, 2024 12:47 PM
**To:** Alex Verebes <verebesa@msaerospace.com>; Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Cc:** Mike Ross <rossm@msaerospace.com>
**Subject:** RE: MSAERO - Risk PNs, low inventory and upcoming need

Alex,

Following up on last week, I do want to thank MS for hosting us and for the improvements on the outstanding orders, especially those driven by raw material impacts.

Regarding working with my team, as you are aware labor is very much a finite resource, especially at SpaceX.  My team is organized by commodities, and those owners of a commodity are expected to own the entire business relationship, RFP strategy, awards, fulfillment, etc.

My concern here, if we split out ownership for a single supplier it will negatively impact both you and I from both a fulfillment and a business development landscape.  For these reasons I do want to stress the importance of working with the team on a productive solution.

I would suggest a meeting with Fawzi and Atiya to discuss the format of the OOR, if this format doesn't convey the right messages let's discuss or iterate on a solution that is workable for both parties.  At a quick glance, it does look like a good view of top down the orders coming due or past due, and if we hit the top 25 lines we can cover a good 4 months of scheduled deliveries.  Good news is that Fawzi is pretty handy with coding skills, so if we do need to pivot on format we can.

If I'm missing something below please reach out to me directly so we can discuss any concerns.  I'd hate for some small disconnect to negatively impact our business as I feel like we're pointing this back in the right direction and we have tons in the pipeline to execute on over the next few years.

Thanks,

**Tom Neal**
**Senior Manager – Supply Chain**
Space Exploration Technologies Corporation
1 Rocket Road, Hawthorne, CA 90250
d: 310.970.8236 | c: 404.655.8799



**Please note:** This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying, or other use of this message or its attachments is strictly prohibited. Moreover, this email may contain technical data as defined in the International Traffic in Arms Regulations (ITAR) and re-export or transfer of this information to a third party or foreign entity requires the approval of SpaceX and the U.S. Department of State prior to export, transport, or re-export.

# EXHIBIT J

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**From: Tom Neal** Thomas.Neal@spacex.com 
**Subject:** RE: Upcoming Open MS Aero Orders
**Date:** October 28, 2024 at 12:22 PM
**To:** Jerome Taieb taiebj@msaerospace.com

Hey Jerome,

Actually had a good tag up with Mike. He was able to provide the necessary info on the urgent open lots, and we had a good conversation around restarting the open order review between Fawzi and Alex to reestablish a productive weekly cadence for this material.

Fawzi should be setting up the first session this week, and I'm encouraged to see how Alex can help Fawzi with the open book of business to increase transparency and ensure the parts that are truly critical are getting attention in the shop.

I think this is a great step in the right direction for our businesses to gain realignment, we've been head down fulfilling what was a large shuffling of parts/suppliers last year when I arrived on the team, and in this fulfillment phase we're working to figure out what went well and what needs to be adjusted for the next round of sourcing events as we try to stabilize this supply chain for the next few years of ramped Falcon production and the inevitable push for Raptor/Starship product to be produced at rate.

I'd like to see the team restart weekly meetings, and then schedule some time either at your facility or ours in a couple weeks to break down what is working, what needs adjustment, and ensure we stay on a great path between both companies for transparency, comms, and support.

Thanks,
Tom

**From:** Jerome Taieb <taiebj@msaerospace.com>
**Sent:** Saturday, October 26, 2024 8:07 PM
**To:** Tom Neal <Thomas.Neal@spacex.com>
**Subject:** Re: Upcoming Open MS Aero Orders

Tom,

I am so sorry, I have been out of the office for the last few days with no access to emails. I can speak on Monday if you have the time. Let me know of a good time for you.
Thanks,

Jerome TAIEB, CPA
President
MS Aerospace
13928 Balboa Blvd
SYLMAR, CA 91342
818-833-9095
818-833-9525
taiebj@msaerospace.com
http://www.msaerospace.com
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Tom Neal <Thomas.Neal@spacex.com>
**Sent:** Wednesday, October 23, 2024 5:00:58 PM
**To:** Jerome Taieb <taiebj@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Hey Jerome,

Do you have time for a call between you and I tomorrow? I'm free at 830 and 930 if either work for you.

We're up to our eyeballs in some quality issues on other hardware right now, and I really want to see how we mitigate impacts to production in a constructive way for the hardware you represent.

I'm also happy to walk through the details on the competitive bidding landscape at SpaceX and the status of our procurement.

Looking forward to the discussion.

Thanks,

**Tom Neal**
Senior Manager – Supply Chain
Space Exploration Technologies Corporation
1 Rocket Road, Hawthorne, CA 90250
d: 310.970.8236 | c: 404.655.8799

**SPACEX**

Please note: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying, or other use of this message or its attachments is strictly prohibited. Moreover, this email may contain technical data as defined in the International Traffic in Arms Regulations (ITAR) and re-export or transfer of this information to a third party or foreign entity requires the approval of SpaceX and the U.S. Department of State prior to export, transport, or re-export.

**From:** Jerome Taieb <taiebj@msaerospace.com>
**Sent:** Tuesday, October 22, 2024 6:40 PM
**To:** Tom Neal <Thomas.Neal@spacex.com>; Fawzi Elansari <Fawzi.Elansari@spacex.com>; Alex Verebes <verebesa@msaerospace.com>
**Cc:** Mike Ross <rossm@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Tom, Fawzi,

We are very excited to know our efforts are making a small impact on SpaceX success and the Space industry in general. I can't help but notice the dichotomy between the recognition of our efforts in Tom's email and the extensive grievances presented in Fawzi's email. We are far from perfect but we have proven times and times again our flexibility and willingness to help juggling dates around SpaceX's schedule, expediting every time possible and often beating a commitment already made. As a matter of fact, the list of parts presented in Fawzi's email itself shows many improved dates, partial quantities indicative of MSA splitting jobs to improve dates. I feel MSA has been making tremendous efforts to give SpaceX superior customer service (far beyond what we do for other customers) at no cost to SpaceX despite added costs on our end while SpaceX has made the unilateral decision to exclude MSA from any future business opportunities (No order or RFQ since April of this year). Yet, it does not seem this feeling is shared by the SpaceX Procurement Team. We are not denying some dates are slipping and it is sometimes difficult to pinpoint the exact reason of a delay, whether it is because of a material delay, because we don't want to break a setup or because a resource is a bottleneck. We are in favor of productive and effective communication but we don't find that overly reporting delays and reasons for delays is conducive to improvements or efficient use of resources.

We are definitely open to visit and gather any useful information which can help us better service SpaceX but I believe SpaceX needs to assess whether it views MSA as a key partner going forward or just a supplier being phased out. This will give clarity to all parties in terms of expectations and support going forward.

Thank you.

**Jerome TAIEB, CPA**
**President**

M S Aerospace

13928 Balboa Blvd
SYLMAR, CA 91342
818-833-9095
818-833-9525
taiebj@msaerospace.com
http://www.msaerospace.com

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Tom Neal <Thomas.Neal@spacex.com>
**Sent:** Tuesday, October 22, 2024 9:10 AM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>; Alex Verebes <verebesa@msaerospace.com>
**Cc:** Mike Ross <rossm@msaerospace.com>; Jerome Taieb <taiebj@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Hey team,

To echo Fawzi's needs below.  We do have multiple parts with MS that will be critical to support production needs for this record production year and need your support to hit these target dates.

It may not be immediately evident, but with the previous pull ins and open communication/support from your team to move dates around you have officially enabled the space industry to take the next giant leap, exceeding last year's total annual launches by Halloween!  Rapid cadence, supported by a robust and on time supply chain, enables us to lower the cost of access to space and really take the entire space economy to the next level which will be great for both our businesses for years to come.

I'd appreciate response to the asks below for tracking and order management where needed, and then I'd like to invite the team down here to review how we're working together and look for areas of improvement to make this more seamless for order updates and supporting demand when dates shift internally.

I think it would be good for our side to share production schedules and how we see order ramps into the end of the year, as well as show the MS Aero team the latest WIP on the floor as an indication of how much inventory you're helping to move through the shop.

Let us know some times that would work for the team, and please let's get on a call to discuss the milestones and potential for shifting part schedules below in advance of this onsite.

Thanks,

**Tom Neal**
Senior Manager – Supply Chain
Space Exploration Technologies Corporation
1 Rocket Road, Hawthorne, CA 90250
d: 310.970.8236 | c: 404.655.8799

SPACEX

Please note: This email message, including any attachments, contains or may contain confidential information intended only for the addressee. If you are not an intended recipient of this message, be advised that any reading, dissemination, forwarding, printing, copying, or other use of this message or its attachments is strictly prohibited. Moreover, this email may contain technical data as defined in the International Traffic in Arms Regulations (ITAR) and re-export or transfer of this information to a third party or foreign entity requires the approval of SpaceX and the U.S. Department of State prior to export, transport, or re-export.

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Monday, October 21, 2024 10:11 PM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Cc:** Mike Ross <rossm@msaerospace.com>; Tom Neal <Thomas.Neal@spacex.com>; Jerome Taieb <taiebj@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

| Part | Qty | Original SpaceX Need | Commit | Last Update: 8/27 | Latest MS Notes |
|------|-----|---------------------|--------|-------------------|-----------------|
|      |     |                     |        |                   |                 |
|      |     |                     |        |                   |                 |
|      |     |                     |        |                   |                 |
|      |     |                     |        |                   |                 |
|      |     |                     |        |                   |                 |
|      |     |                     |        |                   |                 |
|      |     |                     |        |                   |                 |
|      |     |                     |        |                   |                 |

**From:** Alex Verebes <verebesa@msaerospace.com>
**Sent:** Friday, October 18, 2024 2:29 PM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Cc:** Mike Ross <rossm@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

HI Fawzi,

I have suggested the weekly meeting numerous times or even just an excel file that we can update weekly as I do with my other customers.  This is how they know where there top 10-15 critical orders are at all times.

We are doing our best to prioritize your jobs as well as the critical jobs for our other customers.  There is nothing else we can do at this time to improve the delivery on your orders.

Once you provide the excel file of your critical orders to review, I can update that file with the latest information for our meeting.

Thank you and have a good weekend.

13928 Balboa Blvd
SYLMAR, CA 91342
*818-270-9417--Direct Dial*
818-833-0095
818-833-9625
verebesa@msaerospace.com
http://www.msaerospace.com
*Standard AS9102 @ $750*
*PFEMA/PPAP @ $3500*
*Net Inspect FAI @ $3500*
SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT https://msaerospace.com/terms-conditions-sale/
*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient  immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Wednesday, October 16, 2024 5:44 PM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

- •
- •
- •

**From:** Alex Verebes <verebesa@msaerospace.com>
**Sent:** Wednesday, October 16, 2024 4:36 PM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Subject:** RE: Upcoming Open MS Aero Orders

I am not but we can start again next week.  Please send me a list of items that you would like to discuss.  I am free on Wednesday.

Thanks

13928 Balboa Blvd
SYLMAR, CA 91342
*818-270-9417--Direct Dial*
818-833-9095
818-833-9525
verebesa@msaerospace.com
http://www.msaerospace.com
*Standard AS9102 @ $750*
*PFEMA/PPAP @ $2500*
*Net Inspect FAI @ $3500*
SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT https://msaerospace.com/terms-conditions-sale/
CONFIDENTIALITY NOTICE. This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Wednesday, October 16, 2024 1:07 PM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

**From:** Alex Verebes <verebesa@msaerospace.com>
**Sent:** Tuesday, October 15, 2024 11:56 AM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Hi Fawzi,

The order is on our hot list and we will continue to do the best we can to improve the date.

13928 Balboa Blvd
SYLMAR, CA 91342
*818-270-9417--Direct Dial*
818-833-9095
818-833-9525
verebesa@msaerospace.com
http://www.msaerospace.com
*Standard AS9102 @ $750*
*PFEMA/PPAP @ $2500*
*Net Inspect FAI @ $3500*
SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT https://msaerospace.com/terms-conditions-sale/
CONFIDENTIALITY NOTICE. This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Tuesday, October 15, 2024 11:33 AM

Sent: Tuesday, October 15, 2024 11:32 AM
To: Alex Verebes <verebesa@msaerospace.com>
Subject: RE: Upcoming Open MS Aero Orders

**From:** Alex Verebes <verebesa@msaerospace.com>
**Sent:** Monday, October 14, 2024 11:11 AM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Hi Fawzi

Here you go

13928 Balboa Blvd
SYLMAR, CA 91342
*818-270-9417--Direct Dial*
818-833-9095
818-833-9525
verebesa@msaerospace.com
http://www.msaerospace.com
*Standard AS9102 @ $750*
*PFEMA/PPAP @ $2500*
*Net Inspect FAI @ $3500*
**SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT https://msaerospace.com/terms-conditions-sale/**
*CONFIDENTIALITY NOTICE! This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Monday, October 14, 2024 10:26 AM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

**From:** Alex Verebes <verebesa@msaerospace.com>
**Sent:** Wednesday, October 9, 2024 9:27 AM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Hi Fawzi,

I am working with my production team to try and pull that one in as well.  We are not able to provide detailed milestones at this time.

Thanks

13928 Balboa Blvd
SYLMAR, CA 91342
*818-270-9417--Direct Dial*
818-833-9095
818-833-9525
verebesa@msaerospace.com
http://www.msaerospace.com
*Standard AS9102 @ $750*
*PFEMA/PPAP @ $2500*
*Net Inspect FAI @ $3500*
**SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT https://msaerospace.com/terms-conditions-sale/**
*CONFIDENTIALITY NOTICE! This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Tuesday, October 08, 2024 5:37 PM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

**From:** Fawzi Elansari
**Sent:** Friday, October 4, 2024 2:44 PM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

**From:** Alex Verebes <verebesa@msaerospace.com>
**Sent:** Friday, October 4, 2024 2:19 PM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Hi Fawzi,

Yes the dates are correct below.  I was able to work with production to get the A3001-C-3-6 pulled back in to 10/30 as I remember that was the most critical. It is possible we will finish the others sooner but based on the operations left, I believe that is a good date.

It looks like there are 2 parts that we will not get you at least a partial by 10/30 but we will continue to try and ship those as quickly as possible.

| Part | Qty | Commit | Last Update: 8/27 | |
|------|-----|--------|-------------------|--|
|      |     |        |                   |  |
|      |     |        |                   |  |
|      |     |        |                   |  |
|      |     |        |                   |  |
|      |     |        |                   |  |
|      |     |        |                   |  |
|      |     |        |                   |  |
|      |     |        |                   |  |
|      |     |        |                   |  |

13928 Balboa Blvd
SYLMAR, CA 91342
*818-270-9417--Direct Dial*
818-833-9095
818-833-9525
verebesa@msaerospace.com
http://www.msaerospace.com
*Standard AS9102 @ $750*
*PFEMA/PPAP @ $2500*
*Net Inspect FAI @ $3500*
**SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT https://msaerospace.com/terms-conditions-sale/**
*CONFIDENTIALITY NOTICE. This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Friday, October 04, 2024 1:13 PM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

**From:** Fawzi Elansari
**Sent:** Wednesday, October 2, 2024 5:40 PM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

**From:** Alex Verebes <verebesa@msaerospace.com>
**Sent:** Wednesday, October 2, 2024 4:36 PM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Hi Fawzi

Please see below

Thanks

13928 Balboa Blvd
SYLMAR, CA 91342
*818-270-9417--Direct Dial*
818-833-9095
818-833-9525
verebesa@msaerospace.com
http://www.msaerospace.com
*Standard AS9102 @ $750*
*PFEMA/PPAP @ $2500*
*Net Inspect FAI @ $3500*
**SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT https://msaerospace.com/terms-conditions-sale/**
*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Monday, September 30, 2024 10:37 AM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

| Part | Qty | Commit | *Last Update: 8/27* | |
|------|-----|--------|---------------------|---|
|      |     |        |                     |   |
|      |     |        |                     |   |
|      |     |        |                     |   |
|      |     |        |                     |   |
|      |     |        |                     |   |
|      |     |        |                     |   |
|      |     |        |                     |   |
|      |     |        |                     |   |

**From:** Fawzi Elansari
**Sent:** Friday, September 27, 2024 9:49 AM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders

**From:** Alex Verebes <verebesa@msaerospace.com>
**Sent:** Wednesday, September 11, 2024 2:13 PM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Hi Fawzi,

We will continue to work with production to try and improve on the delivery dates as best as we can.


13928 Balboa Blvd
SYLMAR, CA 91342
*818-270-9417--Direct Dial*
818-833-9095
818-833-9525
verebesa@msaerospace.com
http://www.msaerospace.com
*Standard AS9102 @ $750*
*PFEMA/PPAP @ $2500*
*Net Inspect FAI @ $2500*
**SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT https://msaerospace.com/terms-conditions-sale/**
*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Wednesday, September 11, 2024 1:57 PM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders


**From:** Alex Verebes <verebesa@msaerospace.com>
**Sent:** Friday, August 30, 2024 2:22 PM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Subject:** RE: Upcoming Open MS Aero Orders

Please see below,

We will be on time for these orders.


13928 Balboa Blvd
SYLMAR, CA 91342
*818-270-9417--Direct Dial*
818-833-9095
818-833-9525
verebesa@msaerospace.com
http://www.msaerospace.com
*Standard AS9102 @ $750*
*PFEMA/PPAP @ $2500*
*Net Inspect FAI @ $2500*
**SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT https://msaerospace.com/terms-conditions-sale/**
*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Thursday, August 29, 2024 10:07 AM
**To:** Alex Verebes <verebesa@msaerospace.com>; Mike Ross <rossm@msaerospace.com>
**Subject:** RE: Upcoming Open MS Aero Orders


**From:** Fawzi Elansari
**Sent:** Tuesday, August 27, 2024 5:16 PM
**To:** Alex Verebes <verebesa@msaerospace.com>; Mike Ross <rossm@msaerospace.com>
**Subject:** Upcoming Open MS Aero Orders

| Part | Qty | Commit | Raw Material? | |
|------|-----|--------|---------------|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Fawzi Elansari** : Draft, Sample Chum Summm.
SPACEX

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# EXHIBIT K

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Tuesday, November 05, 2024 2:17 PM
**To:** Mike Ross <rossm@msaerospace.com>; Tom Neal <Thomas.Neal@spacex.com>; Alex Verebes <verebesa@msaerospace.com>; Tash Berty <Harrison.Berty@spacex.com>
**Cc:** Jerome Taieb <taiebj@msaerospace.com>
**Subject:** RE: A3001-C-3-6

That is great news Mike, appreciate you and the team pushing this through.

@Tash Berty, can you check if final source can be waived on these please and confirm if that is an avenue we can take?

Thanks,

Fawzi

**From:** Mike Ross <rossm@msaerospace.com>
**Sent:** Tuesday, November 5, 2024 2:14 PM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>; Tom Neal <Thomas.Neal@spacex.com>; Alex Verebes <verebesa@msaerospace.com>
**Cc:** Tash Berty <Harrison.Berty@spacex.com>; Jerome Taieb <taiebj@msaerospace.com>
**Subject:** RE: A3001-C-3-6

Good Afternoon,

Quality just confirmed all the source was completed and the job is moving on.

We have a job running in dry film lube currently they are going to schedule 2nd shift to finish the current job so they can expedite the Space X job first thing in the morning.

We had previously asked Space X if they wanted to waive the final source?

If the final source is waived we will have the job ready for shipment or pick up Friday afternoon.

Thank you

*Mike Ross*

*Sales Manager*

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

# EXHIBIT L

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

rossm@msaerospace.com

**SUBJECT TO MSA TERMS AND CONDITIONS OF SALE, AT**
**https://msaerospace.com/terms-conditions-sale/www.msaerospace.com**
*A manufacturer of specialty fasteners and precision components for Aerospace*
♻ Before printing, think about your responsibility and commitment to the ENVIRONMENT
*All quotes valid 30 days unless otherwise indicated*

---

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Friday, December 13, 2024 5:16 PM
**To:** Alex Verebes <verebesa@msaerospace.com>
**Cc:** Tom Neal <Thomas.Neal@spacex.com>
**Subject:** PO 2465630 I SA AGG-474-81560-16 Cancellation

Hey Alex,

Following up from our discussion today, wanted to write to you that we officially had to cancel PO 2465630 in relation Schedule Agreement AGG-474-81560-16 on November 19, 2024. As you may understand with a consistent change in our manifest, we had to closely review demand in detail and cancel the parts associated to this PO as we will no longer need the excess inventory related for our demand)

Our goal is to continue working with you on the delivery and timeline of our other open orders with M. S. and progress on that front.

We appreciate your understanding and look forward to the continuous relationship.

Thanks,

**Fawzi Elansari** | Lead, Supply Chain Planning
SPACEX
Space Exploration Technologies
Hawthorne, CA
Desk: 310-686-6390
Mobile: 513-800-8748

**From:** Mike Ross rossm@msaerospace.com 📎
**Subject:** FW: PO 2465630 I SA AGG-474-81560-16 Cancellation
**Date:** September 5, 2025 at 11:14 AM
**To:** Jerome Taleb talebj@msaerospace.com



Here is the email chain.

Let me know if you need anything else.

Mike

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Tuesday, December 17, 2024 2:27 PM
**To:** Mike Ross <rossm@msaerospace.com>
**Cc:** Tom Neal <Thomas.Neal@spacex.com>; Alex Verebes <verebesa@msaerospace.com>
**Subject:** RE: PO 2465630 I SA AGG-474-81560-16 Cancellation

Mike,

I appreciate getting back to us very quickly. We intend for this to definitely be an open discussion to understand the work you have done thus far and how it aligns with need dates so we look forward to reviewing the analysis for completed and open work.

I have definitely done my due diligence to avoid getting to this point but will absolutely do a double review again if there are opportunities to push lines out into 2026 for need. As it currently stands reviewing changes in MRP and demand has pushed us to make this decision and we understand the impact it has.

Looking forward to your review of parts and collaborating on next steps.

Thanks,
Fawzi

**From:** Mike Ross <rossm@msaerospace.com>
**Sent:** Monday, December 16, 2024 4:05 PM
**To:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Cc:** Tom Neal <Thomas.Neal@spacex.com>; Alex Verebes <verebesa@msaerospace.com>
**Subject:** FW: PO 2465630 I SA AGG-474-81560-16 Cancellation

Good Afternoon,

We are unable to accept this cancelation unconditionally.   Due to the time this PO has been in process we have some lines that have already shipped, and a number that are either already completed or very close to completion and getting ready to ship.  We have parts in shipping that you are requesting cancelation on.  These need to be reinstated as soon as possible as we have already incurred all the costs associated with the manufacturing of these orders.

The balance is either in WIP or has material allocated.  MSA cannot accept any cancelations for jobs that are already in WIP without a negotiated termination plan and assessment of charges.  Alex is going to put together a list of the parts along with the current status.  We will present termination charges to Space X for review and hopefully come to an amicable resolution.

Unlike Space X, MSA is a smaller company that can't just absorb a 2-million-dollar cancelation.   This is a direct threat to the health of our business.  The actions being taken are opposite of what we would expect from a company that has a goal of working with MSA.  A first step for example would be a request to push out some orders that are not needed until say 2026 or make a request for termination charges.

We have a desire to work with Space X, and hope that we can come to a resolution that will allow us to continue working together.

Thank you

*Mike Ross*
*Sales Manager*
M S Aerospace
**MS Aerospace inc.**
**(818)833-9095 Main**
**(818)270-9412 Direct**
**(818)674-7673 Cell**

# EXHIBIT M

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**Jerome TAIEB, CPA**
**President**



13928 Balboa Blvd
SYLMAR, CA 91342
818-833-9095
818-833-9525
taiebj@msaerospace.com
http://www.msaerospace.com

*CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.*

**From:** Fawzi Elansari <Fawzi.Elansari@spacex.com>
**Sent:** Wednesday, February 12, 2025 1:12 PM
**To:** Jerome Taieb <taiebj@msaerospace.com>; Mike Ross <rossm@msaerospace.com>; Alex Verebes <verebesa@msaerospace.com>; Tom Neal <Thomas.Neal@spacex.com>
**Subject:** M. S. Aerospace - SpaceX Orders Termination

Hello M. S. Aerospace Team,

As discussed over the call Monday, I am writing to you to formally notify you that SpaceX is terminating all of the open orders with M. S. Aerospace and SpaceX listed below. With respect to the Schedule Agreements and related POs specified below, and the additional POs specified as late below (the "Default Terminations"), as a result of breaches of the applicable delivery schedules, the terminations are being made pursuant to Section 8 of the SpaceX Standard Terms and Conditions applicable to the Schedule Agreements and POs and are to be effective immediately and without liability to SpaceX.

In addition to the Default Terminations, with respect to the additional POs specified below, the terminations are being made for convenience pursuant to Section 35 of the SpaceX Standard Terms and Conditions applicable to such PO's. Accordingly, SpaceX will not have any liability for termination beyond work that has been completed. These additional terminations are effective immediately and are being made due to a variety of factors, including large swings in demand and updates to our forecast.

Notwithstanding the relative rights and responsibilities laid out in our contracts, as a sign of good faith and in appreciation for our longstanding relationship, we are willing to continue to accept deliveries of, and honor payment obligations for, the line items marked as "Keep" in the Action column of the attached spreadsheet, so long as conforming delivery of the parts (including inspection) is complete within the next 4 weeks.

The following Schedule Agreements & PO's are subject to this notice of termination:

**Schedule Agreement #: AGG-474-81560-16**

PO 2465630

PO 2465631


**Schedule Agreement #: AGG-385-63531-15**

PO 2425868

PO 2425869


**Schedule Agreement #: AGG-635-30992-18**

PO 2532797


**Additional PO's (Terminated for Convenience)**

PO 2694108


**Additional PO's (Terminated for Late Delivery Default)**

PO 1957168

PO 2019870


Attached for your convivence is a list of all the parts and PO lines associated with the cancellation. We have marked what we are cancelling and what we are willing to keep open as described above.


We look forward to the call to work on the best path forward between both parties. If you are willing to accept our conditional offer to complete delivery of the line items specified as "Keep" in the Action column of the attached spreadsheet, please respond to this email indicating that you accept. If you do not accept the conditional offer within 3 days, then the POs will be terminated without any liability except as described above and in accordance with the applicable SpaceX Standard Terms and Conditions.


Thanks,


**Fawzi Elansari |** Lead, Supply Chain Planning

SPACEX

Space Exploration Technologies

Hawthorne, CA

Desk: 310-682-9350

Mobile: 513-800-8748


 **SPACEX Cancellation Spreadsheet.xlsx**
25K

# EXHIBIT N

Doc ID: 9ea53cb577514d393d95bbe3aeaa4276e6bef33d

**From:** Danica Hooper <Danica.Hooper@spacex.com>
**Sent:** Tuesday, May 6, 2025 5:17:19 PM
**To:** Mike Ross <rossm@msaerospace.com>
**Cc:** Cameron Knapp <Cameron.Knapp@spacex.com>; Ryan Shane <Ryan.Shane@spacex.com>; Michael Parzuchowski <Michael.Parzuchowski@spacex.com>; Andy Hunkeler <Andrew.Hunkeler@spacex.com>
**Subject:** SpaceX/MS Aero - MP159 hot heading

Hi Mike,

I'm reaching out to see if you could help us understand process sensitivities for hot heading MP159?

For context, we're considering a few designs for an upcoming iteration of our Raptor engine. We're currently locking down our raw material supply, and are trying to figure out what optionality we have for modifying this material, and if your company could support this work.

Specifically, we're interested in:

- Form/condition of the input material for hot heading (solution treated & cold drawn bar per AMS 5842?)
- Changes in mechanical properties
- Limits on head diameter from ~3/4" bar stock
- Thread rolling capability

Looking forward to working with your team on this! Let me know if there's any additional information I can provide, or happy to set up a call if that would be easier.

Thanks,

**Danica Hooper**

**Raptor Supply Chain Engineering**

Cell: (760) 691-0957

**SPACEX**

**From:** Mike Ross <rossm@msaerospace.com>
**Sent:** Tuesday, May 6, 2025 5:30 PM
**To:** Danica Hooper <Danica.Hooper@spacex.com>
**Cc:** Cameron Knapp <Cameron.Knapp@spacex.com>; Ryan Shane <Ryan.Shane@spacex.com>; Michael Parzuchowski <Michael.Parzuchowski@spacex.com>; Andy Hunkeler <Andrew.Hunkeler@spacex.com>
**Subject:** Re: SpaceX/MS Aero - MP159 hot heading

Good Afternoon

Thank you for reaching out.  Unfortunately the SpaceX Procurement team has decided to no longer work with MSA and has canceled the entire order book.

As much as I'd like to support you and SpaceX on this project I don't think the SpaceX sourcing group is interested in working with MSA any longer.

Thanks again for reaching out if anything changes I'll let you know.

Mike Ross

Sent from my T-Mobile 4G LTE Device
Get Outlook for Android

**Dropbox** Sign                                              Audit trail

| | |
|---|---|
| Title | Verification for Signature - M.S. AEROSPACE INC. |
| File name | Complaint_with_Ex...MSA_v._SpaceX.pdf |
| Document ID | 9ea53cb577514d393d95bbe3aeaa4276e6bef33d |
| Audit trail date format | MM / DD / YYYY |
| Status | ○ Signed |

## Document history

| | | |
|---|---|---|
| ⤤ **SENT** | **09 / 17 / 2025** 19:43:34 UTC | Sent for signature to Jerome Taieb (taiebj@msaerospace.com) from ji@jasoningber.com IP: 138.84.86.120 |
| 👁 **VIEWED** | **09 / 17 / 2025** 22:24:43 UTC | Viewed by Jerome Taieb (taiebj@msaerospace.com) IP: 65.60.119.162 |
| ✍ **SIGNED** | **09 / 17 / 2025** 22:25:30 UTC | Signed by Jerome Taieb (taiebj@msaerospace.com) IP: 65.60.119.162 |
| ⊘ **COMPLETED** | **09 / 17 / 2025** 22:25:30 UTC | The document has been completed. |

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jason M. Ingber (SBN 318323) and Serach B. Shafa (SBN 358332) <br> 3580 Wilshire Blvd., Suite 1260, Los Angeles, California 90010 <br><br> TELEPHONE NO.: (213) 805-8373   FAX NO. : <br> EMAIL ADDRESS: ji@jasoningber.com, ss@jasoningber.com <br> ATTORNEY FOR *(Name):* Plaintiff M.S. AEROSPACE INC. | **Electronically FILED by** <br> **Superior Court of California,** <br> **County of Los Angeles** <br> **9/17/2025 11:16 PM** <br> **David W. Slayton,** <br> **Executive Officer/Clerk of Court,** <br> **By S. Ruiz, Deputy Clerk** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill Strreet
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
M.S. AEROSPACE INC. vs. SPACE EXPLORATION TECHNOLOGIES CORP.

| CIVIL CASE COVER SHEET <br> [x] Unlimited   [ ] Limited <br> (Amount demanded exceeds $35,000)   (Amount demanded is $35,000 or less) | Complex Case Designation <br> [ ] Counter   [ ] Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | CASE NUMBER: <br> 25STCV27316 <br><br> JUDGE: <br> DEPT.: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [x] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | [ ] Enforcement of judgment (20) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Miscellaneous Civil Complaint** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] RICO (27) |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Fraud (16) | [ ] Residential (32) | **Miscellaneous Civil Petition** |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Partnership and corporate governance (21) |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Other petition *(not specified above)* (43) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [x] punitive
4. Number of causes of action *(specify):* 3
5. This case [ ] is [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 09/17/2025

Jason Ingber
_____
(TYPE OR PRINT NAME)

*Jason Ingber*
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 <br> *www.courts.ca.gov* |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

---

**CIVIL CASE COVER SHEET**

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form |   | Clear this form |

| SHORT TITLE | CASE NUMBER |
|---|---|
| M.S. AEROSPACE INC. vs. SPACE EXPLORATION TECHNOLOGIES CORP. | 25STCV27316 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> **This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7. Location where petitioner resides. |
| 2. Permissive filing in Central District. | 8. Location wherein defendant/respondent functions wholly. |
| 3. Location where cause of action arose. | 9. Location where one or more of the parties reside. |
| 4. Location where bodily injury, death or damage occurred. | 10. Location of Labor Commissioner Office. |
| 5. Location where performance required, or defendant resides. | 11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6. Location of property or permanently garaged vehicle. | |

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| **Other Personal Injury/ Property Damage/ Wrongful Death** | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| M.S. AEROSPACE INC. vs. SPACE EXPLORATION TECHNOLOGIES CORP. | |

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Other Personal Injury/ Property Damage/ Wrongful Death** | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| | Product Liability (24) | ☐ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☑ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE | CASE NUMBER |
|---|---|
| M.S. AEROSPACE INC. vs. SPACE EXPLORATION TECHNOLOGIES CORP. | |

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Contract** (Continued) | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/ negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation<br>              Number of Parcels _____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer – Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer – Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

| | | |
|---|---|---|
| LASC CIV 109 Rev. 01/23 | CIVIL CASE COVER SHEET ADDENDUM | LASC Local Rule 2.3 |
| For Mandatory Use | AND STATEMENT OF LOCATION | |

| SHORT TITLE | CASE NUMBER |
|---|---|
| M.S. AEROSPACE INC. vs. SPACE EXPLORATION TECHNOLOGIES CORP. | |

| | **A**<br>Civil Case Cover Sheet Case Type | **B**<br>Type of Action<br>(check only one) | **C**<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Provisionally Complex Litigation** (Continued) | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

LASC CIV 109 Rev. 01/23

For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

LASC Local Rule 2.3

| SHORT TITLE | CASE NUMBER |
|---|---|
| M.S. AEROSPACE INC. vs. SPACE EXPLORATION TECHNOLOGIES CORP. | |

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON: | ADDRESS: |
|---|---|
| ☐ 1. ☑ 2. ☐ 3. ☐ 4. ☑ 5. ☐ 6. ☐ 7. ☐ 8. ☑ 9. ☐ 10. ☐ 11 | 13928 Balboa Boulevard |

| CITY: | STATE: | ZIP CODE: |
|---|---|---|
| Sylmar | California | 91342 |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the <u>Stanley Mosk Courthouse</u> District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated: <u>09/17/2025</u>

*Jason Angber*

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>Branch Name: Stanley Mosk Courthouse<br>Mailing Address: 111 North Hill Street<br>City, State and Zip Code: Los Angeles CA 90012 | |
|---|---|
| SHORT TITLE: M.S. AEROSPACE INC. vs SPACE EXPLORATION TECHNOLOGIES CORP.<br><br>**NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | **CASE NUMBER:**<br>25STCV27316 |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of LOS ANGELES. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

Electronically Submitted By:  Green Filing
Reference Number: 12901846_1
Submission Number: 25LA01800332
Court Received Date: 09/17/2025
Court Received Time: 11:16 pm
Case Number: 25STCV27316
Case Title: M.S. AEROSPACE INC. vs SPACE EXPLORATION TECHNOLOGIES CORP.
Location: Stanley Mosk Courthouse
Case Type: Civil Unlimited
Case Category: Negligent Breach of Contract/Warranty (no fraud)
Jurisdictional Amount: Over $35,000
Notice Generated Date: 09/18/2025
Notice Generated Time: 9:23 am

| Documents Electronically Filed/Received | Status |
|---|---|
| Complaint | Accepted |
| Civil Case Cover Sheet | Accepted |
| Summons | Accepted |

**Comments**
Submitter's Comments:

---

NOTICE OF CONFIRMATION OF FILING

Clerk's Comments:

**Electronic Filing Service Provider Information**
Service Provider: Green Filing
Contact: Green Filing
Phone: (801) 448-7268

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>09/17/2025<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____ S. Ruiz _____ Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br>**UNLIMITED CIVIL CASE** | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>25STCV27316 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✓ | Doreen B. Boxer | 19 | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 09/18/2025
    (Date)

David W. Slayton, Executive Officer / Clerk of Court

By S. Ruiz _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

LACIV 190 (Rev 6/18)                    **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06



*Superior Court of California, County of Los Angeles*
**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE**

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS MUST SERVE THIS ADR INFORMATION PACKAGE ON ANY NEW PARTIES NAMED TO THE ACTION WITH THE CROSS-COMPLAINT.**

**WHAT IS ADR?**
Alternative Dispute Resolution (ADR) helps people find solutions to their legal disputes without going to trial. The Court offers a variety of ADR resources and programs for various case types.

**TYPES OF ADR**

- **Negotiation.** Parties may talk with each other about resolving their case at any time. If the parties have attorneys, they will negotiate for their clients.

- **Mediation.** Mediation may be appropriate for parties who want to work out a solution but need help from a neutral third party. A mediator can help the parties reach a mutually acceptable resolution. Mediation may be appropriate when the parties have communication problems and/or strong emotions that interfere with resolution. Mediation may not be appropriate when the parties want a public trial, lack equal bargaining power, or have a history of physical or emotional abuse.

- **Arbitration.** Less formal than a trial, parties present evidence and arguments to an arbitrator who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision.

- **Settlement Conferences.** A judge or qualified settlement officer assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Mandatory settlement conferences may be ordered by a judicial officer. In some cases, voluntary settlement conferences may be requested by the parties.

**ADVANTAGES OF ADR**

- **Save time and money.** Utilizing ADR methods is often faster than going to trial and parties can save on court costs, attorney's fees, and other charges.
- **Reduce stress and protect privacy.** ADR is conducted outside of a courtroom setting and does not involve a public trial.
- **Help parties maintain control.** For many types of ADR, parties may choose their ADR process and provider.

**DISADVANTAGES OF ADR**

- **Costs.** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial.** ADR does not provide a public trial or decision by a judge or jury.

**WEBSITE RESOURCES FOR ADR**

- **Los Angeles Superior Court ADR website:** www.lacourt.org/ADR
- **California Courts ADR website:** www.courts.ca.gov/programs-adr.htm

<u>Los Angeles Superior Court ADR Programs for Unlimited Civil (cases valued over $35,000)</u>
Litigants should closely review the requirements for each program and the types of cases served.

- **Civil Mediation Vendor Resource List.** Litigants in unlimited civil cases may use the Civil Mediation Vendor Resource List to arrange voluntary mediations without Court referral or involvement. The Resource List includes organizations that have been selected through a formal process that have agreed to provide a limited number of low-cost or no-cost mediation sessions with attorney mediators or retired judges. Organizations may accept or decline cases at their discretion. Mediations are scheduled directly with these organizations and are most often conducted through videoconferencing. The organizations on the Resource List target active civil cases valued between $50,000-$250,000, though cases outside this range may be considered. *For more information and to view the list of vendors and their contact information, download the Resource List Flyer and FAQ Sheet at www.lacourt.org/ADR/programs.html.*
  **RESOURCE LIST DISCLAIMER:** The Court provides this list as a public service. The Court does not endorse, recommend, or make any warranty as to the qualifications or competency of any provider on this list. Inclusion on this list is based on the representations of the provider. The Court assumes no responsibility or liability of any kind for any act or omission of any provider on this list.

- **Mediation Volunteer Panel (MVP).** Unlimited civil cases referred by judicial officers to the Court's Mediation Volunteer Panel (MVP) are eligible for three hours of virtual mediation at no cost with a qualified mediator from the MVP. Through this program, mediators volunteer preparation time and three hours of mediation at no charge. If the parties agree to continue the mediation after three hours, the mediator may charge their market hourly rate. When a case is referred to the MVP, the Court's ADR Office will provide information and instructions to the parties. The Notice directs parties to meet and confer to select a mediator from the MVP or they may request that the ADR Office assign them a mediator. The assigned MVP mediator will coordinate the mediation with the parties. *For more information or to view MVP mediator profiles, visit the Court's ADR webpage at www.lacourt.org/ADR or email ADRCivil@lacourt.org.*

- **Mediation Center of Los Angeles (MCLA) Referral Program.** The Court may refer unlimited civil cases to mediation through a formal contract with the Mediation Center of Los Angeles (MCLA), a nonprofit organization that manages a panel of highly qualified mediators. Cases must be referred by a judicial officer or the Court's ADR Office. The Court's ADR Office will provide the parties with information for submitting the case intake form for this program. MCLA will assign a mediator based on the type of case presented and the availability of the mediator to complete the mediation in an appropriate time frame. MCLA has a designated fee schedule for this program. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*

- **Resolve Law LA (RLLA) Virtual Mandatory Settlement Conferences (MSC).** Resolve Law LA provides three-hour virtual Mandatory Settlement Conferences at no cost for personal injury and non-complex employment cases. Cases must be ordered into the program by a judge pursuant to applicable Standing Orders issued by the Court and must complete the program's online registration process. The program leverages the talent of attorney mediators with at least 10 years of litigation experience who volunteer as settlement officers. Each MSC includes two settlement officers, one each from the plaintiff and defense bars. Resolve Law LA is a joint effort of the Court, Consumer Attorneys Association of Los Angeles County (CAALA), Association of Southern California Defense Counsel (ASCDC), Los Angeles Chapter of the American Board of Trial Advocates (LA-ABOTA), Beverly Hills Bar Foundation (BHBF), California Employment Lawyers Association (CELA), and Los Angeles County Bar Association (LACBA). *For more information, visit https://resolvelawla.com.*

- **Judicial Mandatory Settlement Conferences (MSCs).** Judicial MSCs are ordered by the Court for unlimited civil cases and may be held close to the trial date or on the day of trial. The parties and their attorneys meet with a judicial officer who does not make a decision, but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For more information, visit https://www.lacourt.org/division/civil/CI0047.aspx.

### Los Angeles Superior Court ADR Programs for Limited Civil (cases valued below $35,000)

Litigants should closely review the requirements for each program and the types of cases served.

- **Online Dispute Resolution (ODR).** Online Dispute Resolution (ODR) is a free online service provided by the Court to help small claims and unlawful detainer litigants explore settlement options before the hearing date without having to come to court. ODR guides parties through a step-by-step program. After both sides register for ODR, they may request assistance from trained mediators to help them reach a customized agreement. The program creates settlement agreements in the proper form and sends them to the Court for processing. Parties in small claims and unlawful detainer cases must carefully review the notices and other information they receive about ODR requirements that may apply to their case. *For more information, visit https://my.lacourt.org/odr.*

- **Dispute Resolution Program Act (DRPA) Day-of-Hearing Mediation.** Through the Dispute Resolution Program Act (DRPA), the Court works with county-funded agencies, including the Los Angeles County Department of Consumer & Business Affairs (DCBA) and the Center for Conflict Resolution (CCR), to provide voluntary day-of-hearing mediation services for small claims, unlawful detainer, limited civil, and civil harassment matters. DCBA and CCR staff and trained volunteers serve as mediators, primarily for self-represented litigants. There is no charge to litigants. *For more information, visit https://dcba.lacounty.gov/countywidedrp.*

- **Temporary Judge Unlawful Detainer Mandatory Settlement Conference Pilot Program.** Temporary judges who have been trained as settlement officers are deployed by the Court to designated unlawful detainer court locations one day each week to facilitate settlement of unlawful detainer cases on the day of trial. For this program, cases may be ordered to participate in a Mandatory Settlement Conference (MSC) by judicial officers at Stanley Mosk, Long Beach, Compton, or Santa Monica. Settlement rooms and forms are available for use on the designated day at each courthouse location. There is no charge to litigants for the MSC. *For more information, contact the Court's ADR Office at ADRCivil@lacourt.org.*